# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **POLARIS INNOVATIONS LIMITED,** | |
| **Plaintiff,** | |
| **vs.** | **Civil Action No. 2:23-CV-00044-JRG** |
| **NANYA TECHNOLOGY CORPORATION,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

**EXPERT DECLARATION OF DEAN NEIKIRK, Ph.D.**

Dated: March 21, 2024

Signed: _____

Dean P. Neikirk, Ph.D.

**Table of Contents**

I.      INTRODUCTION..................................................................................................1

II.     BACKGROUND, QUALIFICATIONS AND COMPENSATION ...............................2

   A.   Education and Qualifications........................................................................2

   B.   Compensation ..............................................................................................7

III.    DATA OR OTHER INFORMATION CONSIDERED .................................................7

IV.     UNDERSTANDING OF APPLICABLE LEGAL STANDARDS ...............................7

V.      TECHNICAL BACKGROUND ...........................................................................10

   A.   Memory Cells..............................................................................................10

   B.   Integrated Circuits......................................................................................11

   C.   Bit Lines and Word Lines ...........................................................................13

   D.   Active Areas and Transistors......................................................................17

   E.   Capacitors ...................................................................................................20

VI.     Level of Ordinary Skill in the Art ....................................................................21

VII.    THE '461 PATENT...........................................................................................21

   A.   Overview......................................................................................................21

   B.   File History .................................................................................................24

   C.   "two first specific but different directions"; "said two first specific directions" (cl. 1) 36

   D.   "between at least one of said rows and said columns" (cl. 1).......................40

   E.   "each of said stacked capacitors is closely spaced to another capacitor and has a high aspect ratio" (cl. 6)...................................................................................41

VIII.   THE '547 PATENT...........................................................................................43

   A.   Overview......................................................................................................43

   B.   "active areas being aligned along straight lines" (cl. 1); "active area line" (cls. 1& 10); "active areas extending in a direction" (cl. 10).............................................44

IX.     THE '631 PATENT...........................................................................................49

   A.   Overview......................................................................................................49

   B.   "a memory cell arrangement with a folded bit line arrangement" (cl. 1) ......51

Appendix A: CURRICULUM VITAE
Appendix B: LIST OF MATERIALS CONSIDERED

## I.    INTRODUCTION

1.    My name is Dean Neikirk.  I have been retained in this litigation on behalf of Defendant Nanya Technology Corporation.  I understand that Polaris Innovations Limited ("Polaris") has asserted Claims 1, 2, 5, 6, 7, 11, 12, and 13 of U.S. Patent No. 7,456,461 ("the '461 patent"), Claims 1, 9, 10, 13, 14, and 16 of U.S. Patent No. 7,471,547 (the "'547 patent"), and Claims 1, 2, 5, 6, and 7 of U.S. Patent No. 7,772,631 (the "'631 patent") (collectively the "asserted claims" of the "asserted patents"), among others, against Nanya.  I understand that there are three other patents asserted against Nanya—U.S. Patent No. 7,218,569; U.S. Patent No. 7,405,992; and U.S. Patent No. 7,532,523—though I have not been asked to offer any opinion regarding those patents.

2.    I have been asked to opine on the technology described in and relevant to the asserted patents from the perspective of a person of ordinary skill in the art ("POSITA"), and in particular how a POSITA would understand certain terms of the asserted claims.  This is my written declaration as to the opinions I would offer in support of the proper understanding of those terms to a POSITA at any hearing, trial, or other proceeding.  I provide technical bases for these opinions as appropriate.  I reserve the right to formulate and offer additional opinions based upon any additional rulings, information, or discovery that may become known to me.  I also reserve the right to respond to any arguments made by Polaris, or by any of Polaris's experts in any declarations or testimony.

3.    Moreover, I understand Polaris has contended all claim terms at issue should be given their plain and ordinary meaning, and thus has not offered any particular constructions or meanings for those terms.  To the extent Polaris or its expert(s) hereafter expressly or impliedly imparts any particular construction or meaning to any terms that it previously asserted should be given their plain and ordinary meaning, or any other terms that have not yet been construed,

either in rebuttal to this declaration or in Polaris's claim construction briefs, I reserve the right to respond to any such construction or meaning.

## II.    BACKGROUND, QUALIFICATIONS AND COMPENSATION

### A.    Education and Qualifications

4.    I am currently an Emeritus Professor in the Department of Electrical and Computer Engineering, at the Cockrell School of Engineering of The University of Texas at Austin, holding the Emeritus Cullen Trust for Higher Education Professorship in Engineering.  I received a B.S. degree (1979) in physics from Oklahoma State University, and an M.S. degree (1981) and Ph.D. (1984) degree in applied physics from the California Institute of Technology. My earliest research was in the interaction of light with optically active materials, including color centers in crystals for use as laser hosts.  For the next forty years I conducted research on the design, fabrication, and testing of many types of solid state devices, including the use of silicon and other compound semiconductors.  Each of my academic degrees involved significant studies in solid state physics, semiconductor devices, electrical engineering, electronic systems, electromagnetics, optics, radio frequency systems, and antennas.  For example, courses relating to these fields that I took include two years of study in electromagnetics and optics, two years of study in solid state and semiconductor physics, as well as four years of graduate research in microelectronic and semiconductor devices, antenna design, antenna fabrication, microwave systems, and optical systems.  My Ph.D. thesis was on the design and fabrication of high frequency electromagnetic detectors and imaging antenna arrays, including extensive research on integrated-circuit fabrication, novel photolithographic alignment techniques, high frequency semiconductor devices, integrated circuits, antennas, sensors, and IC packaging.  I designed and fabricated the first monolithic integrated-circuit imaging antenna array for use at wavelengths in the far infrared (sometimes referred to as the terahertz) region of the electromagnetic spectrum.

For this work on the first high resolution focal plane antenna array for use at wavelengths between 0.1 mm and 1 mm I was awarded the 1984 Marconi International Fellowship Young Scientist Award "for contributions to the development of millimeter wave integrated circuits especially in the area of detectors and imaging arrays."

5.      My work as a professor began in 1984, when I joined the University of Texas at Austin as an assistant professor.  In 1988 I became an associate professor, and in 1992 became a full professor.  I received the 1986 National Science Foundation Presidential Young Investigator award for research in high frequency semiconductor devices, terahertz devices, and optically controlled microwave devices.  I also received a 1985-86 IBM Corporation Faculty Development Award to support my early work in advanced semiconductor devices.  My research over the last forty years has concentrated heavily in the areas of microelectronics, semiconductor devices, including memory devices, IC fabrication, electromagnetics, microwave engineering, and new sensors.  This research work has been funded by many agencies, focusing on the fabrication and modeling of semiconductor devices, electromagnetic devices and detectors, chemical sensors, temperature sensors, proximity sensors, and pressure sensors, as well as research on the high frequency properties of transmission lines, RF devices, and infrared to terahertz detectors for use in focal plane imaging arrays.

6.      In 1985, I established the Microelectronics Fabrication Teaching Laboratory at The University of Texas at Austin, which continues to this day to provide undergraduate and graduate students with hands-on experience in IC fabrication.  I educated over a thousand undergraduate and graduate students in semiconductor fabrication techniques, many of whom went on to work in the semiconductor fabrication industry.  Topics covered in my class included semiconductor physics, semiconductor bulk crystal growth techniques; wafer preparation;

3

oxidation; doping techniques including both diffusion and ion implantation (both theory and equipment used); junction depth calculations and measurement techniques; deposited thin films including polysilicon, silicon dioxide, silicon nitride, metals, and silicides; physical vapor deposition; chemical vapor deposition; metallization and contacts; epitaxial growth; photolithograph (optical, electron beam, and X-ray); etching techniques (both wet chemical and dry plasma, etch selectivity and anisotropy); yield considerations; and contamination. This course also included practical laboratory experience where students fabricated semiconductor devices, using such processes as photolithography, pre-deposition and drive-in diffusion, gate oxide growth, contact deposition and annealing, metallization, junction depth and sheet resistance measurements, I-V and breakdown measurements, MOS capacitor testing, MOSFET testing, and resistor testing. My teaching in this area included the following courses: VLSI Fabrication Techniques, Ultra Large Scale Integrated Circuit Fabrication Techniques, and Integrated Circuit Nanomanufacturing Techniques.

7.    I have also taught many courses in microwave devices, IC packaging, electromagnetics, computer aided design methods for circuit simulation, sensors of all sorts, and micro-electromechanical systems.  These courses include Electromagnetics in Packaging, Simulation Methods in CAD/VLSI, Micro-Electromechanical Systems, Electromagnetic Engineering, and Microwave and Radio Frequency Engineering.  I have also taught several continuing education courses in these fields.

8.    In recognition of my research and classroom teaching accomplishments, I received the 1984-85 Engineering Foundation Faculty Award from the University of Texas at Austin Engineering Foundation Advisory Council, the 1985-90 General Motors Foundation Centennial Teaching Fellowship, the 1987 Award for Outstanding Engineering Teaching by an

4

Assistant Professor, the 1990-1992 Temple Foundation Endowed Faculty Fellowship, the 1997 College of Engineering Award for Outstanding Teaching in the Department of Electrical and Computer Engineering, the 2003 Department of Electrical and Computer Engineering Gordon T. Lepley IV Endowed Memorial Teaching Award, and the 2007 Lockheed Martin Aeronautics Company Award for Excellence in Engineering Teaching.

9. For 37 years I conducted research with students and research scientists in the Microelectromagnetics Research Group in the Microelectronics Research Center at The University of Texas at Austin. Much of that research involved the use of new, novel semiconductor materials to make solid state devices, including high frequency field effect transistors and quantum well resonant tunnelling devices. I also worked on both alloyed and non-alloyed low resistance ohmic contacts to these materials. My work required the development of new semiconductor device models to design the layers and doping necessary for proper operation, including quantum tunneling transport models.

10. In addition to my work on compound semiconductors I also conducted research in manufacturing systems engineering, where the research emphasis was on manufacturability and device yield. During my research career I conducted studies for organizations such as SEMATECH (Semiconductor Manufacturing Technology not-for-profit consortium), an industry consortium that focused on silicon integrated circuit fabrication.

11. I have also devoted a significant portion of my time at the University of Texas to documenting my research work by contributing to various technical journals and other publications. My work has been included in 95 archival journal publications, 165 referenced conference proceedings, and 24 published abstracts. My publications have addressed technologies such as semiconductor devices, memory-switching double-barrier quantum-well

5

diodes circuits, RF oscillator circuits, RF and infrared detection circuits, chemical sensors, integrated circuits for antenna arrays, conductor loss in transmission lines, optical and electromagnetic devices for infrared detection, multilayer interconnection lines for high speed digital integrated circuits, micro-electro-mechanical systems, and other topics related to sensors and optical systems.

12.    For more than ten years I served as the Graduate Advisor of the Department of Electrical and Computer Engineering at the University of Texas at Austin, as well as serving for over five years as an Associate Chairman of the Electrical and Computer Engineering Department at The University of Texas at Austin.  I also served as Associate Dean of Graduate Studies from 2014 to 2021.

13.    I am currently a Life Senior Member of the Institute of Electrical and Electronics Engineers ("IEEE"). From March 1991 to October 1994, I served as an Associate Editor for the IEEE publication called "IEEE Transactions on Education."  I also served as a member of the Editorial Board on the IEEE Transactions on Microwave Theory and Techniques in the 1990-2000 timeframe.

14.    Through my work on sensors, electronic systems and innovations in other related fields, I have been named an inventor on 17 U.S. patents.  My issued patents include, for example, U.S. Patent No, 5,408,107, titled "Semiconductor Device Apparatus Having Multiple Current-Voltage Curves and Zero-Bias Memory" that is directed to a semiconductor device that can be switched between current-voltage curve settings at higher positive or negative voltages and can be read at lower voltages.  As another example, US Patent 5,080,870, titled "Sublimating and Cracking Apparatus" is directed to equipment used in the growth of semiconductor layers. My other patents are listed in my curriculum vitae attached as Appendix A.

6

### B.     Compensation

15.     I am being compensated at a rate of $800 per hour for my work on this case.  I am also being reimbursed for reasonable and customary expenses associated with my work in this case.  No portion of my compensation is dependent or otherwise contingent upon the results of this lawsuit, or the specifics of my testimony.

### III.     DATA OR OTHER INFORMATION CONSIDERED

16.     My opinions set forth in this report are based on my knowledge and experience as well as my investigation and analysis of relevant materials.  In formulating my opinions in this case, I have reviewed the materials referred to herein and/or listed in Appendix B.

17.     My analysis of the materials produced in this case is ongoing and I will continue to review any new material as it is provided.  This declaration represents only those opinions I have formed to date.  I reserve the right to revise, supplement, and/or amend my opinions stated herein based on new information and on my continuing analysis of the materials already provided.  I also reserve the right to revise, supplement, and/or amend my opinions stated herein based on any declaration or testimony provided by an expert on behalf of Polaris, and I reserve the right to revise, supplement, and/or amend my opinions based on any positions that Polaris may take before or during any claim construction hearing.

### IV.     UNDERSTANDING OF APPLICABLE LEGAL STANDARDS

18.     I will not offer opinions of the law as I am not an attorney.  However, I am informed of various principles concerning patent law, which I used in arriving at my conclusions.  Attorneys for Nanya have described to me the relevant law as it relates to the subject matter and issues discussed in this report.  Below is a summary of the relevant legal standards as conveyed to me by attorneys for Nanya.

7

19.     I understand that claim construction is a matter of law.  I understand that patent claim terms are generally given their plain and ordinary meaning as they would be understood by a person of ordinary skill in the art at the time of the invention.  I understand that a person of ordinary skill in the art is deemed to have read the claim terms in the context of the specific claim in which the term appears, as well as in the context of the entire intrinsic record, including the specification and prosecution history.

20.     In construing a term, I understand that the Court looks at (1) the words of the claims themselves, (2) the remainder of the patent specification, (3) the prosecution history, and (4) extrinsic evidence, such as learned treatises, dictionaries, or articles, concerning relevant scientific principles, the meaning of technical terms, and the state of the art.  I understand that the specification and prosecution history can limit the interpretation of claim terms so as to exclude any interpretation that was disclaimed in the specification or during prosecution.  I further understand that a disclaimer must be clear and unequivocal, which can be express or by implication.

21.     A patentee may also define their own terms or give a claim term a different meaning than it would otherwise possess.  The presumption that a claim term has its ordinary meaning may be rebutted when the patentee acts as their own lexicographer by explicitly defining or re-defining a claim term.

22.     I understand that different words or phrases used in separate claims are presumed to indicate that the claims have different meanings and scope.  However, I also understand that the doctrine of claim differentiation is a guide, and not a rigid rule.  If a claim will bear only one interpretation, similarity will have to be tolerated.

8

23. I understand that the claims of a patent must, when read in light of the specification and prosecution history, inform, with reasonable certainty, those skilled in the art about the scope of the alleged invention. I understand that this is referred to as the definiteness requirement and that definiteness is to be evaluated from the perspective of someone skilled in the relevant art. I also understand that, in assessing definiteness, claims are to be read in light of the patent's specification and prosecution history. Further, I understand that definiteness is measured from the viewpoint of a person skilled in the art at the time the patent was filed.

24. I understand that the U.S. Supreme Court has interpreted the definiteness requirement as follows:

> "[The patent law requires] that a patent's claims, viewed in light of the specification and prosecution history, inform those skilled in the art about the scope of the invention with reasonable certainty. The definiteness requirement, so understood, mandates clarity, while recognizing that absolute precision is unattainable."

25. I understand that the U.S. Supreme Court has also stated:

> "It cannot be sufficient that a court can ascribe some meaning to a patent's claims; the definiteness inquiry trains on the understanding of a skilled artisan at the time of the patent application, not that of a court viewing matters post hoc. To tolerate imprecision just short of that rendering a claim 'insolubly ambiguous' would diminish the definiteness requirement's public-notice function and foster the innovation-discouraging 'zone of uncertainty,' ... against which this Court has warned."

26. I understand that claim terms must find clear support in the specification so that the meaning of the terms can be ascertained by reference to the specification.

27. I understand that a claim is indefinite when it contains words or phrases whose meaning is unclear. The lack of clarity could arise in the context of a lack of antecedent basis. For example, if a claim refers to "said lever" or "the lever," but the claim contains no earlier recitation or limitation of a lever, the claim would be unclear as to what element the limitation

9

was making reference.  I understand, however, that the failure to provide explicit antecedent basis for terms does not render a claim indefinite if the scope of the claim would be reasonably ascertainable by one of skill in the art.  In addition, a claim is indefinite if a POSITA could not discern the boundaries of the claim based on the claim language, the specification, and the prosecution history, as well as their knowledge of the relevant art area.

28.    I understand that a claim written in dependent form that contains a reference to a claim previously set forth and which specifies a further limitation is to be construed to incorporate by reference all the limitations of the claim to which it refers.

29.    It is these principles that I have applied to my analysis set forth in this declaration.

## V.    TECHNICAL BACKGROUND

### A.    Memory Cells

30.    The patents I have considered in forming my opinions are the '461 patent, the '547 patent, and the '631 patent.  All three of these patents generally relate to structures used in semiconductor memory integrated circuits.  Such integrated circuits are usually made up of many repeated cells, each cell storing a unit of information in the form of a "1" or "0", called a bit, arranged in some regular fashion to form an array, or matrix.  The design of the structure of these cells usually emphasizes minimizing size so that a dense array can be fabricated yielding a large amount of information storage in a minimum amount of space.

31.    Memory cells frequently use the storage of electrical charge to represent the stored information.  Information can thus be read from a memory cell by detecting whether the cell is or is not storing charge.  Storage of charge usually takes place in a component called a capacitor.  An arrangement of wiring can be used to gain access to each memory cell, i.e., to address and read each cell individually.  Depending on how the charge is stored in the cell, the charge may remain largely undisturbed over time (e.g., static random access memory, or SRAM)

10

without requiring any refreshing of the stored information.  Alternatively, the method used to store the charge may degrade over time, hence requiring refreshing of the stored information (e.g., dynamic random access memory, or DRAM).

### B.    Integrated Circuits

32.    An integrated circuit, such as a memory integrated circuit, has the actual memory cells arranged in a "cell matrix".  Aside from the memory cells, the integrated circuit also has other components that interact with the memory cells for its operation, as shown for example in the figure below of a Dynamic Random Access Memory (DRAM) device (NTC-POL00027447).



**Figure 1.1**  1,024-bit DRAM functional diagram.

33.    To access the individual memory cells within the cell matrix, there are address input pins (shown in the figure above as column address pins C1-C5 and row address pins R1-R5) that are connected to an address input buffers that controls the signals to the row and column decoders (R-decoder and C-decoder).  The decoders convert the address into the row and column

11

designation of the desired memory cell, which is located at the intersection of a row and a column. In addition to address pins, the integrated circuit also has command pins such as chip enable (CE) to inform the integrated circuit when it is being accessed. The integrated circuit also has a read/write pin (R/W) that selects whether data is being read from or written to a particular address. In addition, the integrated circuit has data input (Din) and data output (Dout) pins. Data to be written to the memory is placed on the Din pin and written to the memory cell at the intersection of the addressed row and column when the chip select and read pins are active. Data read from the memory cell at the intersection of the addressed row and column is placed on the Dout pin when the chip select and write pins are active. Overall, there are multiple components that make up the integrated circuit aside from the memory cell matrix.

34.     Memory cells inside the matrix, including active areas, bit lines, word lines, and capacitors, as well as every other electrical device and the electrical interconnections that connect them in an integrated circuit, are formed by iteratively layering material and etching back, or patterning, the material to form the desired structures. Materials in an integrated circuit are chosen based on desired properties for the individual components and their applications, including the material conductivity, strength, resistance to degradation, and other physical traits. The process of repeatedly depositing and etching layers is generally known as a semiconductor fabrication process.

35.     One critical step in an overall fabrication process is the placement of patterns onto a layer so that it can be etched. This is usually done with a process called photolithography, where the desired shapes are imaged onto an photosensitive layer that is then developed to produce openings allowing etching of the layers beneath. After one material layer is deposited

12

and etched to have the desired pattern, another layer of material may be deposited so that it fills the holes left in the prior layer, covers the prior layer, or both.

36.    Advanced techniques are necessary to carry out these steps depending on the material being deposited and its function; for example, a material layer can be formed using chemical vapor deposition or by physical vapor deposition, as each process has different purposes and advantages.  Conversely, layers can be mechanically polished off, etched using chemicals, or even removed using light of specific wavelengths.  Other steps in the process are used that do not directly add or remove material from the integrated circuit, but instead are designed to alter properties of existing layers, such as ion implantation, which can be used to alter the conductivity of silicon to create source and drain regions.  The complexity of the numerous design and manufacture considerations that are necessary to perform each step in the fabrication process thus renders it advantageous to reduce the number of overall steps needed to manufacture a final product, all else being equal.

C.    **Bit Lines and Word Lines**

37.    Within the memory cell matrix, an arrangement of conductive wiring "lines" is normally used to gain access to each cell in a memory array, i.e., to address and read each cell individually.  Broadly, a group of memory cells within the array are accessed (addressed) using one line (the "word line"), while a second line (the "bit line") is used to select a single cell out of that grouping, like xy-coordinates defining a unique position on a grid.  This method allows the number of wires needed to address each element of the array to be smaller than the total number of cells in the array.

38.    In a memory cell array that uses capacitors to store information as electrical charge, reading that charge is influenced by a number of factors.  The individual cell design and layout affects storage capacitance and electrical parasitics.  In addition, how cells are arranged

13

and connected to bit lines, as well as how those bit lines are arranged and connected to the electronics that sense the charge on the cells during read operation, also directly impacts the ability to read information stored in a memory cell.

39.    For example, in a DRAM during a read operation, an individual memory cell's charge is shared with the cell's bit line, causing the voltage on the bit line to fluctuate, thereby allowing the charge state of the cell to be determined.  However, most memory cell arrays use individual cell capacitors that have a capacitance smaller than the capacitance of the much larger bit line.  In other words, the effect on the bit line when the memory cell is read is minute, making it difficult to detect the change in the bit line directly.  Due to the small effect caused by accessing the cell capacitor (compared to bit line capacitance), differential sense amplifiers are usually required to compare the voltage difference between two bit lines.  The differential sense amplifiers are thus connected to pairs of bit lines to facilitate the detection of information stored on the capacitor in individual memory cells.

40.    There are two common types of physical arrangements used to access arrays of capacitor-based memory cells, the "open bit line" arrangement, and the "folded bit line" arrangement.  Some DRAM memory arrays are constructed in the simpler open bit line arrangement, in which sense amplifiers were connected to pairs of bit lines that ran in opposite directions from the sense circuitry out to cells in the array, like a mirror image of one another.  As a result, each bit line was widely separated from its mirror image counterpart.  This is demonstrated in the diagram on the left below, which I have annotated to highlight one pair of bit lines (red/purple) connected to the same sense amplifier (orange triangle), and a second pair of bit lines (blue/green) connect to a second sense amplifier.  For illustration, I have also highlighted a memory cell belonging to each of the bit lines below.

14



**Figure 2.6** Open digitline array schematic.    **Figure 2.4** Folded digitline array schematic.

41.    Since individual cells have relatively small amounts of charge stored in them, the detection of that charge can be disrupted by noise.  Many of the mechanisms that generate noise are spatially localized, meaning that different locations within the memory array can be affected differently by noise.  This phenomenon affects the methods that can be used to try to reduce the impact of noise.  For instance, in the open bit line design, noise generation due to a local disturbance may affect one bit line within a bit line pair differently than its counterpart, potentially resulting in a false signal.  Further, extra area is usually required to insure each pair of widely separated bit lines have the same overall capacitance.  "64-K RAM rebuffs external noise", H. Katto, H. Kawamoto, K. Mitsusada, and K. Itoh, Electronics, July 31, 1980 ("Katto"), pp. 103-106 (NTC-POL00027647-27650); DRAM CIRCUIT DESIGN: A Tutorial, Brent Keeth and  R. Jacob Baker ("Keeth"), pp. 33, 69-82 (NTC-POL00027478, NTC-POL00027513-27526).

42.    It was long ago recognized that different layout and cell connections relative to sense amplifiers and bit lines could improve balance while also reducing noise problems.  Such

15

an arrangement where sense amplifiers are connected to pairs of bit lines arranged to stay close to each other is called a folded bit line approach. Katto at 103-106 (NTC-POL00027647-27650); Keeth at 33, 69-82 (NTC-POL00027478, NTC-POL00027513-27526). In a folded bit line arrangement, the geometric configuration of bit line connections to cells is fundamentally different from an open bit line design. In particular, rather than each bit line being a mirror image of its counterpart, the bit lines are "folded" over (hence the name "folded bit line arrangement") so that each bit line now runs alongside its counterpart. I have illustrated this in the diagram above on the right, in which I have highlighted the same bit lines, cells, and sense amps as before. Because each bit line is now situated right beside its counterpart, in the folded bit line design, location-specific noise generation tends to impact both bit lines within a pair equally, hence producing no differential signal between the paired bit lines, and thus reducing sensitivity to noise.

43.    As the '631 patent explains, "[t]he folded bit line concept is generally understood to mean memory cell arrangements in which every second crossover point between a specific word line and a respective bit line has a memory cell." '631 patent at 1:54-59. In other words, unlike the open bit line arrangement in which there is a memory cell everywhere a bit line and a word line cross, in the folded bit line arrangement, there are "holes" so that only every other crossing point has a memory cell, as I have illustrated below with dashed boxes. Thus, although the folded bit line arrangement can reduce noise, it requires a more complex design.

16



**Figure 2.4** Folded digitline array schematic.

### D.    Active Areas and Transistors

44.    An active area is an area in an integrated circuit in which transistors are formed and located.  An active area can be one long, uninterrupted strip in which many transistors are located, or broken up by insulators in between resulting in small segments of active areas, in which only a few or even just one transistor is located.  The first figure below shows an overhead view of transistors in a common active area, whereas the second figure shows each transistor in its own active area segment separated by insulator material.

17

## Continuous Active Areas:



## Active Area Segments:



45.    Transistors are semiconductor devices that can act as switches. A very common form of transistor consists of silicon semiconductor material with regions doped to form an n-type source and drain at either end of a p-type channel region; the channel region is controlled by a gate insulated from the channel region by an oxide. Just like the name implies, the "gate" controls whether electrical current can flow from the source to the drain. Depending on the voltage applied to the gate, the transistor may be on and current is able to flow between the source and drain, while when an "off" voltage is applied to the gate, current is not able to flow between the source and drain. A very basic schematic of a transistor is reproduced below. Such a transistor is called an n-channel metal-oxide semiconductor field effect transistor, i.e., an n-channel MOSFET. Connections to the transistor are made to the source and drain ends, while the channel that connects the source and drain is turned on and off by the voltage applied to the gate. When the transistor is on, electrical current can pass through the channel, but when the transistor is off, no current passes through, like turning a water faucet on or off to allow water to flow.



46.    In the context of memory arrays using capacitance to store information, the transistor switches are critical to gaining access to the charge on the capacitors. Portions of the

active area material are used to form transistors, while bit lines are arranged to contact one end of the transistor and the memory cell storage capacitor connects to the other end of the transistor. The word lines are arranged to contact to the transistor gate and word lines control whether the transistor is on or off.  When the transistor is on, then electrical charge stored in the capacitor can be shared with the bit line; depending on the amount of charge shared the cell will be "read" as "1," while a different amount of shared charge will be "read" as "0."  Because of the electrical behavior of the transistor sources and drains, one continuous semiconductor material can be used to form separate transistors across many memory cells.  The layout of the active areas used to form transistors, as well as the bit and word line arrangements, all affect the size, and hence the density, of a memory cell array.

### E.    Capacitors

47.    At a high level, a capacitor is a pair of electrodes on which electrical charge is stored, with each electrode carrying opposite (positive versus negative) charge.  As discussed above, a bit of memory can be represented by charge stored on a capacitor.  The amount of charge that can be stored by a capacitor depends on the geometry of the capacitor.  For example, the larger the capacitor electrode is, the more charge the capacitor can hold for a given voltage between the electrodes.  Likewise, the thickness and type of material that separates the two capacitor electrodes (usually called a "dielectric material") impacts the charge that can be stored on the capacitor.  For example, the thinner the capacitor dielectric is, the more charge the capacitor can hold for given voltage between the electrodes.  While the amount of charge stored in each cell should be as large as possible in order to improve reliability, the overall size of a memory cell should also be as small as possible.  Hence the physical arrangement of the capacitor electrodes, the dielectric between those electrodes, and the location of the capacitor

relative to each cell's active transistors, array bit lines, and array word lines, is an important design issue.

## VI.    Level of Ordinary Skill in the Art

48.    I understand that a patent must be written such that it can be understood by a person of ordinary skill in the field of technology/art to which the patent pertains as of the priority date of that patent.

49.    I understand that the "person of ordinary skill in the art" or POSITA is a theoretical construct used in patent law, and is not descriptive of a particular person.  I further understand that the following factors are to be considered when determining the level of ordinary skill in the art: (i) the types of problems encountered in the art, (ii) the prior art solutions to those problems, (iii) the rapidity with which innovations are made in the art, (iv) the sophistication of the technology, and (v) the education level of active workers in the field.

50.    I believe that the subject matter of the asserted patents falls generally within the skill level of a person with either a Bachelor's degree in electrical engineering, materials science, applied physics, or an equivalent field of study, and approximately one to two years of experience working in semiconductor fabrication or fabrication of memory arrays, with additional education substituting for experience.  A person of ordinary skill would know and understand, for example, the basic operation and structure of semiconductor devices, including solid state memory devices, and methods used for their fabrication.

## VII.    THE '461 PATENT

### A.    Overview

51.    The '461 patent purports to teach an array of stacked capacitors having "an insulator keeping at least two adjacent stacked capacitors mutually spaced apart, so that no electrical contact can arise between them and stacked capacitors are mechanically stabilized."

'461 patent at abstract.  In the "Background" section, the '461 patent explains that capacitors in DRAM cells are often configured as cylinders.  '461 patent at 1:18-25.  According to the '461 patent, "[i]n a disadvantageous manner, capacitors may incline toward one another on account of this instability [as the cylindrical capacitors are made too tall and thin].  If two neighboring capacitors incline toward one another to such an extent that they touch one another, a short circuit arises between these two capacitors, and memory errors occur…."  '461 patent at 1:27-32.  The '461 patent purports to solve this problem by forming an insulator between adjacent stacked capacitors so that they cannot unintentionally touch one another ('461 patent at 1:52-56):

> The idea on which the present invention is based essentially consists in providing a stacked capacitor array having a multiplicity of stacked capacitors, and an insulator keeping at least two adjacent stacked capacitors mutually spaced apart, so that no electrical contact can arise between them.

52.     Figure 1 of the '461 patent "shows a schematic illustration of a plan view of a stacked capacitor array according to the invention."  '461 patent at 4:6-7.  In Figure 1, capacitors 2 (tan circles) are arranged in a regular, repeating rectangular pattern, separated by insulator 10 (teal).  *Id* at 4:41-49.  "[Each] stacked capacitor 2 preferably has a smaller spacing from the respective adjacent stacked capacitors 2 in specific first directions 3 [red] than in specific second directions 4 [blue]."  *Id*. at 4:31-34.  That is, in Figure 1, the stacked capacitor array 1 is "checkered", and "both the first directions 3, such as for example the rows and columns shown in FIG. 1, and the second directions 4, which are diagonal to the first directions 3, are perpendicular to one another."  *Id* at 4:34-39.



FIG 1

53.      As a result, "two stacked capacitors 2 that are adjacent in the first direction 3 are supported by means of the insulator 10 filling the space between the capacitors" whereas holes 11 (green) "are formed through the insulator 10 between two stacked capacitors 2 that are adjacent in the second direction 4". *Id*. at 4:41-52.  Figure 2c, reproduced below, is a cross-sectional sideview of the array of stacked capacitors "illustrat[ing] the stacked capacitors 2 in the first direction 3 spaced apart to a smaller extent." *Id* at 4:8-11, 5:21-23.  In Figure 2c, capacitors 2 (tan circles) are separated in the first specific directions 3 by insulator 10 (blue) and an auxiliary layer 5 (red) that is subsequently removed via the holes (that are not visible from this cross-section).  *Id*. at 5:30-43.

23



**B.      File History**

54.     I have reviewed the file history for the '461 patent, and in my opinion, the file history shows clearly that the patent applicant amended the claims and made arguments to deliberately distinguish and avoid covering an array of stacked capacitors in which the capacitors are arranged in a honeycomb pattern.

55.     Arrays of memory cells can be arranged in a variety of repeating patterns. For example, capacitors in an array can be arranged in a repeating square or rectangular pattern, like the one below. Rectangles are useful because they form a repeatable pattern. In a rectangular pattern, lines connecting adjacent capacitors result in right angles—that is, the lines are perpendicular to one another.



Figure 1 of the '461 patent also depicts capacitors arranged in a rectangular pattern, which the patent refers to as a "checkered" pattern. '461 patent at 4:34-39.

FIG 1



56.    Another regular, repeatable pattern is a hexagonal pattern, shown below, in which capacitors are arranged in a hexagonal pattern that may or may not have a capacitor located in the middle. This is sometimes referred to as a "honeycomb" pattern, because when repeated it resembles honeycombs. Although the pattern on the left is formed of repeating equilateral triangles (i.e., each capacitor is at the corner of a triangle), because the triangular pattern itself forms a larger hexagonal pattern, I will refer to both as a honeycomb pattern. In a perfect honeycomb pattern, lines connecting adjacent capacitors form 60 or 120 degree angles, depending on whether the pattern is a triangle or hexagon pattern.

25



57.    Original claim 1 of the '461 patent application initially claimed a "[s]tacked capacitor array" but did not require the capacitors to be arranged in any particular configuration (POLNANYA003293).  I reproduced this original claim 1 below.

> 1.    (Currently Amended)    Stacked  capacitor  array  (1)  having  a multiplicity of stacked capacitors (2), an insulator (10) keeping at least two adjacent stacked capacitors (2) mutually spaced apart, so that no electrical contact can arise between them.

By contrast, original claim 6 required the capacitors to be "arranged regularly" such that each capacitor "ha[s] a smaller spacing from the respective adjacent capacitors in *specific first directions* than in specific second directions"  *Id*.  I reproduced this original claim 6 below.

> 6.    (Currently Amended)    Stacked  capacitor  array  according  to Claim 1, ~~characterized in that~~ wherein the multiplicity of stacked capacitors (2) is arranged regularly, a stacked capacitor (2) having a smaller spacing from the respective adjacent stacked capacitors (2) in specific first directions (3) than in specific second directions (4), the insulator (10) keeping spaced apart at least two stacked capacitors (2) that are adjacent in the first direction (3).

58.    The examiner issued a first office action rejecting original claim 1 (the only independent claim before the examiner) and original claim 6 in view of two prior art references, U.S. Patent No. 6,667,505 B2 ("Narimatsu") and U.S. Patent No. 6,395,600 B1 ("Durcan"). POLNANYA003021.  Specifically, regarding claim 6, the examiner found that both Narimatsu and Durcan teach "the multiplicity/plurality of stacked capacitors **is arranged regularly**, a

26

stacked capacitor having a smaller spacing from the respective **stacked capacitor in a first direction** than in a second direction." *Id.* In doing so, the examiner cited, among others, Figure 3 of Narimatsu and Figure 1 of Durcan, reproduced here.

**Narimatsu, Fig. 3**
(NTCPOL00025117)

**Durcan, Fig. 1**
(NTCPOL00025081)



59.     As can be easily seen, Figure 3 of Narimatsu depicts an array of stacked capacitors arranged in a honeycomb pattern with capacitors in the middle of the hexagons, while Figure 1 of Durcan depicts an array of stacked capacitors in a honeycomb pattern without capacitors in the middle.

27

**Narimatsu, Fig. 3**

(NTCPOL00025117)

**Durcan, Fig. 1**

(NTCPOL00025081)

60.      In response to the first office action rejection, the applicant withdrew original claim 1 and added new pending claim 23.  POLNANYA002985.  Unlike original claim 1, which did not require any particular geometric arrangement of the capacitors, new claim 23 first introduced the concepts of "rows" and "columns" in into the claims, and required the "stacked capacitors [to be] **aligned in at least two rows** such that the capacitors of adjacent rows are **aligned in at least two columns**, **said rows and said columns extending in first directions.**" POLNANYA002984.  That is, unlike the withdrawn claim 1 rejected by the examiner in view of Naramatsu and Durcan, claim 23 now required capacitors arranged in "rows" and "columns". *Id* I reproduced this new claim 23 introduced during prosecution below:

23. (New) An array of stacked capacitors comprising:

a multiplicity of stacked capacitors aligned in at least two rows such that the capacitors of adjacent rows are aligned in at least two columns, said rows and said columns extending in first directions, each of said capacitors of said multiplicity having an electrode layer extending away from a surface of a substrate to an upper end and said electrode layer further defining a top region at said upper end; and

an insulator in said top region and between said rows and said columns to provide spacing and to prevent the electrode layer of each of said capacitors in said adjacent rows and columns from touching and such that there is no electrical contact.

61.    In the applicant's statements accompanying the amendment, the applicant stated that "[t]he new independent claim 23 now includes **limitations clearly not even suggested, much less taught, by either Narimatsu or Durcan**. More specifically, **claim 23 now requires that the array of capacitors be in aligned rows and columns**, and that the insulator material be located at the top region of the capacitor." POLNANYA002985.[1]  In other words, the applicant expressly told the examiner that Narimatsu and Durcan, which each have a honeycomb pattern, do not teach or even suggest an "array of capacitors [] aligned in rows and columns."

62.    Claim 23 ultimately issued as claim 1, which still requires that stacked capacitors be arranged in rows and columns:

An array of stacked capacitors comprising:

**a multiplicity of stacked capacitors aligned in at least two rows** extending in one of two first specific but different directions such that the **stack capacitors of adjacent rows are aligned in at least two columns** extending in another one of said two first specific directions, **said rows and said columns** extending in said two first specific directions….

---

[1] Both Durcan and Naramatsu show that insulator material is formed along the entire sidewalls of their capacitors, including at the top of the capacitors. *See, e.g.*, Durcan at Fig. 2B (showing dielectric layer 19 at the top of capacitor container cells 8), 3:3-4, 3:55-56;  Naramatsu at Fig. 2 (showing interlayer insulating layer 10 at the top of capacitor 14), 1:64-67, 5:45-48.   The examiner noted this fact about both references: "Narimatsu, (see figures 1-4), Durcan (see figures 1-13) teach the insulator/insulating 10, 19… is provided [at] an upper end of the stacked capacitors." POLNANYA003021.

63.     In my opinion, the applicant's response to the first office action to require that the capacitors be arranged in "rows" and "columns", combined with the applicant's argument to the examiner that Narimatsu and Durcan *do not* teach or suggest capacitors in "rows" and "columns", indicates that the applicant was unequivocally stating that the claimed "rows" and "columns" arrangement did *not* cover Naramatsu and Durcan's honeycomb patterns.

**NOT Arranged in Rows and Columns, According to Patent Applicant:**



**Narimatsu, Fig. 3** (NTCPOL00025117)     **Durcan, Fig. 1** (NTCPOL00025081)

64.     In response to the applicant's amendment to the claims and its arguments, the examiner withdrew the rejection over Narimatsu and Durcan, apparently accepting the applicant's characterization that the honeycomb pattern in Durcan and Narimatsu did not teach or suggest capacitors in rows and columns.  POLNANYA002976.  However, the examiner did not immediately allow the claims.  Instead, the examiner issued a second non-final office action objecting to (among other limitations) the part of pending claim 23 reciting "stacked capacitors of adjacent rows are aligned in at least two columns, said rows and said columns extending in first direction" as "not described/supported in the specification."  POLNANYA002976.

65.     In response to the second office action, the applicant again amended pending claim 23 as well as the specification and clarified more specifically the rows and columns recited

30

in the claim. First, the applicant amended paragraph [0038] of the specification to add that "both the first directions 3" are in "rows and columns," referring to the "checkered" pattern shown in Figure 1 of the '461 patent (POLNANYA002964):

[0038]     Figure 1 shows a schematic illustration of a plan view of a stacked capacitor array according to the invention. Reference symbol 1 designates the stacked capacitor array according to the invention, which has six stacked capacitors 2 in the detail from the stacked capacitor array 1 shown. A stacked capacitor 2 preferably has a smaller spacing from the respective adjacent stacked capacitors 2 in specific first directions 3 than in specific second directions 4. The regular arrangement of the stacked capacitors 2 in the stacked capacitor array 1 is preferably checkered, and both the first directions 3, such as for example the rows and columns shown in Figure 1, and the second directions 4, which are diagonal to the first directions 3, are perpendicular to one another. Any other regular arrangement is likewise conceivable.

66.     Regarding the amended paragraph, the applicant stated that "[a]lthough the words 'row' and 'columns' were not used in the specification[,] **Figure 1 clearly shows that <u>the first specific</u> directions 3 are aligned perpendicular to each other as horizontal rows and vertical columns**" whereas "second specific directions **are diagonal to or at an angle to the first specific directions 3**" (POLNANYA002969):

Claim 23 was objected to as not being described or supported in the specification. Applicants respectfully disagree. Although the words "row" and "columns" were not used in the specification. Figure 1 clearly shows that the first specific directions 3 are aligned perpendicular to each other as horizontal row and vertical columns. In any event, paragraph [0038] of the specification now clarifies that the first directions 3 may be in rows and columns as shown in Figure 1. Likewise, Figure 1 and paragraph [0052] clearly show and discuss that the second specific directions 4 are diagonal or at an angle to the first specific directions 3. Further, Figure 4F and the last sentence of paragraph [0052] clearly show and describe how insulator 10 spaces apart the capacitor in the first specific directions (i.e. rows and columns) so that there is no electrical contact.

In any event, it is believed that the clarifications to claim 23 removes any possible misunderstanding.

31

That is, the applicant told the examiner that the checkered rectangular pattern of Figure 1 of the '461 patent *is* arranged in rows and columns (while the honeycomb pattern was not), and that the rows and columns are in two "first specific directions" that are perpendicular to each other.

67.    In addition to the amendment to the specification paragraph [0038], the applicant again amended pending claim 23, to change the more general term "first directions" to the coined term "two first *specific* directions", and told the examiner "it is believed that the clarifications to [pending] claim 23 removes any possible misunderstanding" regarding what paragraph [0038] teaches (POLNANY002968):

23.    (Currently Amended)  An array of stacked capacitors comprising:

a multiplicity of stacked capacitors aligned in at least two rows extending in one of two first specific but different directions such that the stack capacitors of adjacent rows are aligned in at least two columns extending in another one of said two first specific directions, said rows and said columns extending in said two first specific directions, each of said capacitors of said multiplicity having an electrode layer extending away from a surface of a substrate to an upper [[end]] region and said electrode layer further defining a top region portion at said upper end; and

an insulator in said [[top]] upper region and between at least one of said rows and said columns to provide spacing and to prevent the electrode layer of each of said capacitors in said adjacent rows and columns from touching and such that there is no electrical contact.

68.    Claim 23 ultimately issued as claim 1, which still requires that stacked capacitors be arranged in rows and columns in "two first specific but different directions":

An array of stacked capacitors comprising:

**a multiplicity of stacked capacitors aligned in at least two rows extending in one of two first specific but different directions** such that the stack capacitors of adjacent rows are aligned in at least two columns extending in another one of said two first specific directions, said rows and said columns extending in said two first specific directions….

69.    The applicant's response to the second office action reinforces my opinion that the applicant was deliberately drafting the claims to avoid covering the honeycomb patterns in

32

the prior art. For one thing, the applicant confirmed what would already be generally understood about the claimed rows and columns to a POSITA, which is that they are "perpendicular". In the repeating square pattern of Figure 1 shown below, the red lines that connect each capacitor to its closest neighbors all form right (perpendicular) angles.

FIG 1



70.    In a honeycomb pattern on the other hand, the lines connecting each capacitor to its closest neighbors are separated by 60 or 120 degrees, and are not perpendicular. Thus, the applicant's statement that the rows and columns of the claims are perpendicular is consistent with the applicant's prior statement that the honeycomb pattern in Durcan and Narimatsu do not teach or suggest the rows and columns of the claimed invention.

71.    Likewise, the applicant amended the claim to refer specifically to "two first *specific* directions" and told the examiner "the first *specific* directions 3 are aligned perpendicular to each other as horizontal row and vertical columns." (POLNANYA002969). The applicant's inclusion of the term "two first specific directions" in pending claim 23 serves an important function. Initially, it should be noted that the claim *already* required stacked capacitors aligned in rows and columns, which the applicant confirmed were perpendicular. The

33

addition of "two first specific directions" to the claim, the amendment of the specification, and the applicant's arguments against the examiner's objection further clarify the "rows" and "columns" arrangement intended by the applicant, which is reflected, for example, in the phrase "said rows and said columns extending in said two first specific directions."

72.     The "two first specific directions" further define *the directions* in which the perpendicular rows and columns must be oriented.  As the patent specification explains, "stacked capacitor[s] hav[e] *a smaller spacing* from the respective adjacent stacked capacitors in *specific first directions than in specific second directions*."  *Id.* at 2:12-14, 2:20-23, 4:31-34, 5:8-12. Thus, in Figure 1 of the '631 patent, the "two first specific directions" (denoted by the "3" arrows) must be oriented horizontally and vertically, because those are the directions in which the capacitors "hav[e] *a smaller spacing* from the respective adjacent stacked capacitors in *specific first directions than*" in other directions.  That is, the "rows" and "columns" cannot point in the "4" directions, which denote the "second specific directions", even though one can draw perpendicular lines that connect capacitors in those directions.

**Rows and Columns Aligned in First Specific Directions:**

**NOT Rows and Columns Aligned in First Specific Directions:**

34

This is consistent with my observation above that in Figure 1, one can draw lines connecting each capacitor *to its closest neighbors* (i.e., the directions in which there is a smaller spacing between capacitors than compared to other directions), which results in perpendicular angles. By contrast, as I noted earlier, conducting the same exercise on the honeycomb pattern results in lines that form 60/120 degree angles, not perpendicular angles.

73.    Based on the applicant's amendments and arguments in response to the second office action, the examiner subsequently allowed pending claim 23, which issued as claim 1. POLNANYA002952.

74.    In sum, the applicant's arguments and amendments during prosecution to overcome the examiner's rejections—namely, amending claims to cover an array of capacitors aligned in "rows" and "columns" that "extend[] in said two first specific directions"—demonstrate that the applicant was distinguishing the claims to cover rectangular patterns, on the one hand, but not honeycomb patterns, on the other.

| "Clearly" Rows and Columns, According to Patent Applicant: | NOT Rows and Columns, According to Patent Applicant: |
|---|---|
| | |

35

**C.**     **"two first specific but different directions";**
         **"said two first specific directions" (cl. 1)**

75.     Claim 1 of the '461 patent recites:

---

1. An array of stacked capacitors comprising:

a multiplicity of stacked capacitors aligned in at least two rows extending in **one of two first specific but different directions** such that the stack capacitors of adjacent rows are aligned in at least two columns extending in another **one of said two first specific directions**, said rows and said columns extending in **said two first specific directions**, each of said capacitors of said multiplicity having an electrode layer extending away from a surface of a substrate to an upper region and said electrode layer further defining a top portion at said upper region; and

an insulator in said upper region and between at least one of said rows and said columns to provide spacing and to prevent the electrode layer of each of said stacked capacitors in said adjacent rows and columns from touching and such that there is no electrical contact.

---

76.     I understand that Nanya is contending that the phrases "two first specific but different directions" and "said two first specific directions" in claim 1 of the '461 patent mean "two perpendicular directions arranged in rows and columns in which the spacing between adjacent capacitors along the rows and columns is smaller than the spacing between neighboring capacitors in a diagonal direction."

| Terms | Nanya's Construction |
|---|---|
| "two first specific but different directions"; "said two first specific directions" | "two perpendicular directions arranged in rows and columns in which the spacing between adjacent capacitors along the rows and columns is smaller than the spacing between neighboring capacitors in a diagonal direction" |

77.     My discussion above concerning the applicant's deliberate amendments and arguments to avoid claiming the honeycomb pattern memory arrays in the prior art is consistent with and supports Nanya's proposed constructions.

78.     As an initial matter, "first specific directions" is not a term of art in the industry in the fields of semiconductors and memory arrays, and I had not encountered that particular phrase

36

prior my engagement in this case.  Instead, "first specific directions" appears to be a term coined by the patent to explain its teachings.

79.    First, Nanya's construction recognizes that the "two first specific directions" are "two perpendicular directions arranged in rows and columns."  As I discussed above, the applicant was clear to the examiner that capacitors aligned in rows and columns are "clearly not even suggested, much less taught, by either Narimatsu or Durcan," which both have honeycomb patterns, rather than perpendicular rows and columns.  POLNANYA002984.

80.    Second, Nanya's construction requires "two perpendicular directions… in which the spacing between adjacent capacitors along the rows and columns is smaller than the spacing between neighboring capacitors in a diagonal direction."  This portion of the construction is consistent with my observation above that the "first specific directions" amendment to the pending claim clarified the orientation the rows and columns must have.  In particular, that orientation, "directions… in which the spacing between adjacent capacitors along the rows and columns is smaller than the spacing between neighboring capacitors in a diagonal direction", comes directly from the patent specification's definition of "first specific directions": "The stacked capacitor having a smaller spacing from the respective adjacent stacked capacitors in specific first directions than in specific second directions."  '461 patent at 2:20-22, 4:31-34 ("A stacked capacitor 2 preferably has a smaller spacing from the respective adjacent stacked capacitors 2 in specific first directions 3 than in specific second directions 4.").  The "second specific directions" in the patent "are diagonal to the first directions."  *Id*. at 4:34-39.

81.    As I discussed above, when the applicant amended issued claim 1 to recite "two first specific directions," it pointed the examiner to Figure 1 of the patent and even amended the specification to define the "rows" and "columns" of the claim as those of Figure 1.

37

82.     Finally, the understanding that the "two first specific directions" are those in which the spacing between adjacent stacked capacitors is smaller than in other directions makes sense in the context of claim 1.  The '461 patent is directed to forming an insulator between stacked capacitors in an array in order to prevent adjacent capacitors from contacting one another, thus shorting or breaking the capacitors.  *See, e.g.*, '461 patent at 1:52-61:

> **The idea on which the present invention is based** essentially consists in providing a stacked capacitor array having a multiplicity of stacked capacitors, and **an insulator keeping at least two adjacent stacked capacitors mutually spaced apart, so that no electrical contact can arise between them**.

> One advantage of the present invention is that the **insulator insulates two adjacent stacked capacitors from one another such that no electrical contact can arise** between them even if they incline toward one another. **Short circuits between the adjacent stacked capacitors are thus avoided.**

It would make sense that the directions in which adjacent capacitors are closer together would be at the greatest risk of having capacitors contact, because even a slight tilt in one capacitor will cause its top portion to be very close to its neighbor resulting in an electrical short or damage from contact, whereas two capacitors that are far apart would require a very substantial tilt in one or both capacitors to cause them to contact, as illustrated below.



On the other hand, when the spacing is further apart between the capacitors, the '461 patent explains that holes are needed in the insulation layer in order to remove a lower auxiliary layer on which the insulation is formed.  *See, e.g.*, '461 patent at 2:17-38:

38

> The **present object is achieved by providing the following method for fabricating a stacked capacitor array** having a regular arrangement of a multiplicity of stacked capacitors. The stacked capacitor having a smaller spacing from the respective adjacent stacked capacitors in specific first directions than in specific second directions by **providing a first auxiliary layer on a substrate**, providing a respective cylinder for each stacked capacitor in the first auxiliary layer in accordance with the regular arrangement, the first auxiliary layer remaining only in intermediate regions between the cylinders, etching back the first auxiliary layer in an upper region of the intermediate regions; depositing an insulator in the upper region of the intermediate regions; **etching back the insulator, so that in each case two stacked capacitors that are adjacent in the first direction are in contact with and supported by means of the insulator and so that in each case a hole is formed through the insulator between two stacked capacitors that are adjacent in the second direction. The first auxiliary layer is removed by means of the holes formed in the intermediate regions.** The stacked capacitor array is then completed.

In other words, as the '461 patent explains, the insulator remains between the capacitors in the "first specific directions", in which the capacitors are closer together and most likely to contact or short one another, whereas the holes are formed in the "second directions", in which the capacitors are further apart, and thus less likely to contact. Claim 1 parallels this basic concept. In claim 1, the stacked capacitors are arranged in "two first specific directions" aligned in rows and columns, and insulator is used "to provide spacing and to prevent the electrode layer of each of said stacked capacitors **in said adjacent rows and columns** from touching and such that there is no electrical contact". '461 patent at cl 1. It makes sense that in claim 1, the insulator would be used to prevent capacitors "in said adjacent rows and columns" (*i.e.*, in the first specific directions) from touching, *because those are the directions in which the capacitors are closer together*, whereas the insulator would not be required in other directions, in which the capacitors are further apart.

39

    **D.**    **"between at least one of said rows and said columns" (cl. 1)**

83.    Claim 1 of the '461 patent recites:

> 1. An array of stacked capacitors comprising:
>
> a multiplicity of stacked capacitors aligned in at least two rows extending in one of two first specific but different directions such that the stack capacitors of adjacent rows are aligned in at least two columns extending in another one of said two first specific directions, said rows and said columns extending in said two first specific directions, each of said capacitors of said multiplicity having an electrode layer extending away from a surface of a substrate to an upper region and said electrode layer further defining a top portion at said upper region; and
>
> an insulator in said upper region and **between at least one of said rows and said columns** to provide spacing and to prevent the electrode layer of each of said stacked capacitors in said adjacent rows and columns from touching and such that there is no electrical contact.

84.    I understand that a claim is indefinite if it is nonsensical. I further understand that claims are not to be rewritten to correct nonsensical phrasing.  As it is written, in my opinion "between at least one of said rows and said columns" in claim 1 is nonsensical.

85.    By its terms, the claim requires insulator between "at least one" row and one column, including when there is just one row and one column.  A POSITA would understand that, because a row and column intersect, there is no space "between" the two.  Moreover, according to claim 1, the stacked capacitors are arranged in and constitute the rows and columns.  Accordingly, even assuming the intersection of a row and a column is "between" a row and a column, the intersection between the rows and columns in claim 1 is *where the stacked capacitors are located*, and thus cannot be a location where insulator is located, as the claim recites.  I have demonstrated this fact below using Figure 1 of the '461 patent as an example, where the red rows and blue columns (the first specific directions 3) intersect at the locations of the stacked capacitors (tan).  *See* '461 patent at 4:26-40.

40



FIG 1

86.    I further note that claim 2 of the '461 patent uses the phrase "a space between at least two adjacent stacked capacitors in one of said rows or said columns." Thus, the patentee clearly understood how to describe a region between two capacitors along a row or a column, but used different language in claim 1 ostensibly to describe a different region(s). The contrast between that phrase in claim 2, and the phrase "between at least one of said rows and said columns" in claim 1 further supports my opinion that claim 1, as written, is nonsensical.

**E.    "each of said stacked capacitors is closely spaced to another capacitor and has a high aspect ratio" (cl. 6)**

87.    Claim 6 of the '461 patent recites:

6. The array of stacked capacitors according to claim 1, wherein each of said stacked capacitors is closely spaced to another capacitor and has a high aspect ratio.

88.    I understand that definiteness requires a POSITA to be able to ascertain the boundaries of the claim, based on the claim language, the specification, and the prosecution history, as well as their knowledge of the relevant art area.

41

89.     There are two distinct parts to this claim limitation, stacked capacitors that are (1) "closely spaced" and (2) have a "high aspect ratio", each of which individually fails to have the requisite clarity regarding the scope of the claim, and therefore renders claim 6 indefinite.

90.     First, the modifier "closely spaced" is a term of degree that lacks an objective standard.  For one thing, "closely spaced" is not a term of art in the field of semiconductors memory devices, and there is no established division between stacked capacitors that are "closely spaced" and those that are not "closely spaced" now, or in 2005, when the '461 patent application was filed.  Moreover, the specification does not provide any guidance on the separation between two stacked capacitors that would render the stacked capacitors "closely spaced"—in fact, the '461 patent specification does not cite any distance measurements at all.  Accordingly, a POSITA would have no way of ascertaining how far apart to space two adjacent stacked capacitors in order to avoid infringement, and therefore the term "closely spaced" is indefinite.

91.     Second, the modifier "high aspect ratio" is also a term of degree that lacks an objective standard.  For one thing, there is no established division between stacked capacitors that do and do not have a "high aspect ratio" now, or in 2005.  Moreover, the specification does not provide guidance on the aspect ratio of a stacked capacitor that would render the aspect ratio "high"—in fact, the '461 patent specification does not cite any aspect ratio measurements at all.  Instead, the '461 patent specification makes an equally nebulous statement that "In the known fabrication of stacked capacitors, and particularly of cylindrical stacked capacitors, in a stacked capacitor array, **there is the problem that as the aspect ratio of the individual stacked capacitors increases, their mechanical stability decreases**. **If the aspect ratio of pillar like or crown like capacitors increases** *above a specific value*, then the structures become

mechanically unstable…. This problem has been solved hitherto **by keeping the aspect ratio of the individual capacitor below a limit value determined <u>empirically</u>**.” ’461 patent at 1:25-38. References to “a specific value” or “a limit value” in the specification without providing such values, do not provide any further clarity to the claim or the understanding of its boundary. Moreover, the specification leaves to others the task of “determin[ing] empirically” an appropriate aspect ratio, but such determination would depend on the particular process flows and other manufacturing parameters in each case, and would require an inordinate amount of testing by persons attempting to practice the patent. A POSITA would have no way of ascertaining what aspect ratio to stay below in order to avoid infringement, or what value determined empirically is infringement, and therefore the term “high aspect ratio” is indefinite.

## VIII.   THE ’547 PATENT

### A.   Overview

92.     The ’547 patent is directed generally to a memory cell array having a particular arrangement of bit lines and word lines. ’547 patent at abstract. In particular, the ’547 patent states that “[t]he present invention provides a memory cell array in which the transistors of the memory cells are formed in continuous active area lines.” *Id*. at 2:60-62. That is, “[t]he active area lines are formed so that they extend continuously from one edge of the memory cell array to another edge of the memory cell array.” *Id*. at 2:62-64. Having continuous active area lines extending continuously across the memory cell array allows many transistors to be formed in a single active area “in contrast to known memory cell arrays in which the active area line is divided into segments which are electrically isolated from each other by an isolating material and in which each of the segments comprises one or two transistors.” *Id*. at 3:1-6. According to the patent, using a continuous active area rather than active area segments is “advantageous with

respect to known memory cell arrays since it is much easier to lithographically define active area lines instead of segments of active areas." *Id*. at 3:7-10.

> **B.**   **"active areas being aligned along straight lines" (cl. 1);**
> **"active area line" (cls. 1& 10);**
> **"active areas extending in a direction" (cl. 10)**

93.   Claims 1 and 10 of the '547 patent recite:

---

1. An integrated circuit including a memory cell array comprising: memory cells, each of the memory cells comprising a storage element and an access transistor; bit lines running along a first direction;

word lines running along a second direction that is transverse the first direction; and

**active areas being aligned along straight lines**, the access transistors being at least partially formed in the active areas and electrically coupling corresponding storage elements to corresponding bit lines via bit line contacts, the transistors being addressed by the word lines; wherein the bit line contacts are formed in a region generally defined by an intersection of a bit line and a corresponding **active area line**; and

wherein neighboring bit line contacts, each of which is connected to one of the straight lines, are connected with neighboring bit lines and wherein each of the memory cells is coupled to one bit line.

---

10. An integrated circuit including a memory cell array comprising: memory cells, each of the memory cells comprising a storage element and an access transistor;

bit lines running along a first direction;

word lines running along a second direction that is transverse the first direction; and

**active areas extending in a direction** that is slanted with respect to the first and second directions, gate electrodes of the access transistors being disposed in gate grooves that are formed in the active areas, the access transistors electrically coupling corresponding storage elements to corresponding bit lines via bit line contacts, the transistors being addressed by the word lines;

wherein the bit line contacts are formed in a region generally defined by an intersection of a bit line and a corresponding **active area line**; and

wherein neighboring bit line contacts, that are shifted along a direction that is slanted with respect to the first and second directions, are connected with neighboring bit lines and wherein each of the memory cells is coupled to one bit line.

---

44

94.    In my opinion, a POSITA would understand "active areas being aligned along straight lines" to mean "active areas extending continuously in straight lines"; "active area line" to mean "active area extending continuously in a straight line"; and "active areas extending in a direction" to mean "active areas extending in a continuous line". My understanding of these three terms reflects that in the context of the '547 patent specification, the invention and all the embodiments are described as having active areas that are continuous across the memory array. This understanding is supported by the specification's characterization of the invention, the contrast the specification draws between continuous and segmented active areas, as well as elementary geometry.

| Terms | Nanya's Construction |
|---|---|
| "active areas being aligned along straight lines" | "active areas extending continuously in straight lines" |
| "active area line" | "active area extending continuously in a straight line" |
| "active areas extending in a direction" | "active areas extending in a continuous line" |

95.    First, in the '547 patent, the invention is characterized as one directed to having "continuous" active areas. The abstract of the '547 patent indicates that the patent is directed to memory cells with "**continuous** active area lines" ('547 patent at abstract):

> A memory cell array includes memory cells, bit lines running along a first direction, word lines running along a second direction perpendicular to the first direction, and **continuous active area lines**, wherein transistors are at least partially formed in the active area lines.

Elsewhere, in multiple places, the patent defines "the present invention" in terms of "**continuous** active area lines":

- "**The present invention** provides a memory cell array in which the transistors of the memory cells are formed in **continuous active area lines**. **The active area lines are formed so that they extend continuously from one edge of the memory cell array to another edge of the memory cell array**. Neighboring or first and second active area lines are separated and electrically isolated from each other by isolation trenches which are filled with an isolating material such as silicon dioxide.

> **Accordingly, a plurality of transistors is formed in one continuous active area line**." '547 patent at 2:60-3:2.

- "**According to the present invention**, a memory cell array is further provided, the memory cell array comprising memory cells, each of said memory cells comprising a storage element and an access transistor, the memory cell array further comprising bit lines running along a first direction, the bit lines being formed as straight bit lines, a semiconductor substrate, **continuous active area lines**…." '547 patent at 4:24-28.

- "Accordingly, **the present invention** provides a memory cell in which the bit lines are formed as straight lines. In addition, **the continuous active area lines** are formed so as to intersect a plurality of bit lines forming a bit line contact at an intersection of a bit line and a corresponding active area line." '547 patent at 4:41-45.

According to the patent, one reason continuous active areas are achievable is because the word lines can act as isolation gates to help isolate neighboring transistors from each other. *Id*. at 4:8-13.

96.    Moreover, after describing the present invention as having continuous active area lines, the patent explicitly distinguishes the "continuous" active area lines of the invention from "known memory cells arrays in which the active area line is divided into segments" and touted the advantage of the continuous active line invention over segmented active areas ('547 patent at 2:60-3:10):

> The present invention provides a memory cell array in which the transistors of the memory cells are formed in continuous active area lines. The active area lines are formed so that they extend continuously from one edge of the memory cell array to another edge of the memory cell array. Neighboring or first and second active area lines are separated and electrically isolated from each other by isolation trenches which are filled with an isolating material such as silicon dioxide. Accordingly, a plurality of transistors is formed in **one continuous active area line**. **This is in contrast to known memory cell arrays in which the active area line is divided into segments** which are electrically isolated from each other by an isolating material and in which **each of the segments comprises one or two transistors**.

46

> **The methods of the present invention are advantageous** with respect to known memory cell arrays since it is **much easier to lithographically define active area lines instead of segments of active areas**.

Having active area lines is achieved by "applying an appropriate voltage to the isolation gate lines" such that "memory cells adjacent to the isolation gate line are electrically isolated from each other", *id*. at 4:14-18, rather than dividing the active areas into segments using isolating material, *id*. at 3:2-6.

97.    The dichotomy between (continuous) active area lines versus active area segments reflects principles of geometry, in which lines are generally understood to extend unbroken, whereas segments are discrete portions of lines.  Geometry: An Integrated Approach, Gerver et al. (South-Western Educational Publishing 1998) (definitions of "line" and "segment") (NTC-POL00027651).  This dichotomy also suggests that the patentee understood the common distinction between (continuous) lines and (discontinuous) segments, and was using each in accordance with its common but specific meaning in the patent.  By using the term "lines", it is my opinion that the patentee intended the claim to cover active area "lines", not active area "segments".

98.    Moreover, in the '547 patent, the description of the present invention in reference to "continuous" active area lines is not just incidental.  Rather, the use of "continuous" active areas was a critical feature for achieving the advantages contemplated by the '547 patent, because (according to the patent) it is easier to fabricate continuous active area lines than segments of active areas ('547 patent at 3:7-10):

> The methods of **the present invention are advantageous** with respect to known memory cell arrays **since it is much easier to lithographically define active area lines instead of segments of active areas**.

That is, continuous active areas lines can be formed simply by defining isolation trenches between the active area lines.  The isolation trenches can be formed, for example, by etching

rows of trenches parallel to the active area lines and filling the trenches with an insulating

material such as silicon dioxide.  Multiple transistors can then be formed along the continuous

active area lines.  Techniques for forming continuous active area lines is much simpler and

requires less steps than techniques for forming a specific segment of active material for each

transistor or pair of transistors.  For example, according to the '547 patent, because the

continuous active area of Figure 1 is formed as a straight line, the mask needed to pattern the

active area is very simple, requiring only a stripe pattern (*Id*. at 6:4-9):

> The memory cell device of FIG. 1 can be implemented very easily, since the active
> area is formed as a straight line. Accordingly, it can be lithographically defined in
> a simple manner, because only masks having a stripe pattern need to be used. To
> be more specific, in this case, the masks have a pattern of lines and spaces.

99.    Forming segmented active regions, on the other hand, requires the additional steps

of etching isolation trenches across the active area lines and filling in these trenches, thereby

breaking the long active area into segments.  Additional steps make the process more complex

and may lead to potential areas of error with associated decrease in yield of working devices.

Because segmented active areas do not achieve the advantages of the patented "invention", a

POSITA would understand that the "active areas" and "straight lines" as claimed are continuous,

rather than segmented.

100.    Lastly, the claim language itself dispels any interpretation of the claim to cover

discontinuous active areas "aligned" along straight lines, as opposed to active areas that *are*

(continuous) straight lines.  Claims 1 and 10 each later refers to "active area *lines*", indicating

that the active areas of those claims *are* the "lines" referenced earlier in the claims.  Second,

claim 1 also refers to "bit line contacts, each of which is connected to *one of the straight lines*,"

indicating to a POSITA that the "straight lines" are physical components (i.e., the active areas)

capable of being physically and electrically connected to bit line contacts rather than

mathematical abstractions. Thus, the context of the claims would demonstrate to a POSITA that the active areas *are* continuous lines, not merely items running parallel to straight lines.

## IX.    THE '631 PATENT

### A.    Overview

101.    The '631 patent is directed to a "method for fabricating a memory cell arrangement with a folded bit line arrangement and corresponding memory cell arrangement with a folded bit line arrangement." '631 patent at cover (title). The patent explains that (*id*. at 1:54-57):

> The folded bit line concept is generally understood to mean memory cell arrangements in which every second crossover point between a specific word line and a respective bit line has a memory cell.

According to the patent, one advantage to the folded bit line arrangement is "[i]t is thus possible to route a bit line and an adjacent reference bit line to a sense amplifier and to ensure low-noise operation." *Id*. at 1:57-59. Moreover, the folded bit line arrangement described in the patent "is an essential advantage of the present invention" according to the patent because it "has a small space requirement of minimally only $8F^2$ and can be fabricated relatively simply and reliably." *Id* at 2:58-62.

102.    Figure 2D is a schematic illustration of the folded bit line arrangement at an advanced step of the fabrication process according to the '631 patent. *Id*. at 3:45-47. In Figure 2D below, word lines WL1-WL4 (blue) cross with bit lines BL1-BL4 (red), while active area zones AA1-AA4 run diagonally. *Id*. at 5:30-39. According to the '631 patent, "[t]he folded bit line concept is already evident in FIG. 2D, every second crossover point between a specific word line and a respective bit line having a memory cell." *Id*. at 5:46-49.

49



FIG 2D

**B.** **"a memory cell arrangement with a folded bit line arrangement" (cl. 1)**

103.     Claim 1 of the '631 patent recites:

1. *An integrated circuit <u>having</u>* **a memory cell arrangement with a folded bit line arrangement**, comprising:

a plurality of active regions along a first direction in a semiconductor body; the active regions being surrounded by isolation trenches on all sides;

a plurality of parallel buried word lines along a second direction in the semiconductor body; the buried word lines running through the active regions and having an upper portion below a surface of the semiconductor body, where two of the buried word lines are spaced apart from one another and from the isolation trenches running through a respective active region, and the buried word lines being insulated from a channel region in the respective active region by a gate dielectric layer;

a source region between the two buried word lines;

a first drain region between one of the two buried word lines and an isolation trench portion;

a second drain region between the other of the two buried word lines and another isolation trench portion;

a plurality of parallel bit lines along a third direction at the surface of the semiconductor body; the bit lines running perpendicular to the second direction;

wherein a bit line makes contact with the source region;

a plurality of storage capacitors; a first and second storage capacitor of the plurality of storage capacitors being connected to the first and second drain regions, respectively;

wherein the first direction is diagonal to the second and third directions.

104.     As discussed above in paragraph 32, "memory cells" are structural components of an integrated circuit, and they can be arranged structurally either in a folded bit line or open bit line format in a generic integrated circuit.  However, the claim here specifically recites that the integrated circuit is one that has a memory cell arrangement that is in a folded bit line arrangement.  That this structural element is important to the claims can also be seen in claim 4 of the '631 patent (which indirectly depends from claim 1) that specifically refers to "the memory cell arrangement" of claim 1.  Claim 4 recites:

4. The integrated circuit of claim 3, further comprising gates for peripheral elements of ***the* memory cell arrangement** formed from the layers of the bit lines.

105.    The reference to "*the* memory cell arrangement" is a reference back to a prior "memory cell arrangement", and the only prior memory cell arrangement in claim 3 is the reference to "a memory cell arrangement with a folded bit line arrangement" incorporated into claim 3 from claim 1.  In my opinion, the phrase "a memory cell arrangement with a folded bit line arrangement" provides the necessary structure referenced in claim 4.  A POSITA would otherwise not know what "the memory cell arrangement" of claim 4 is referring to.  Likewise, because the claim refers to "peripheral elements of the memory cell arrangement," a POSITA would need to understand what the memory cell arrangement is (folded versus open bit line) in order to ascertain what the peripheral elements are and how they must be configured to the memory array.

106.    As I discussed above in paragraphs 40-42, the phrase "folded bit line arrangement" is a term of art that tells a POSITA that a specific structural arrangement of bit lines relative to cell connections and sense amplifiers is to be used.  In particular, as I discussed above in Section V.B, in a folded bit line arrangement, the sense amplifiers are connected to pairs of bit lines arranged to connect to individual memory cells so that are positioned side-by-side and run in the same direction, such that they remain physically close to each other.  In contrast, in an open bit line arrangement, the sense amplifiers are connected to pairs of bit lines that run away from one another, like a mirror image; the result is that the bit line pairs in an open bit line arrangement are located far apart, and localized disturbances affect each bit line unequally. Katto at 103-106 (NTC-POL00027647-27650); Keeth at 33, 69-82 (NTC-POL00027478, NTC-POL00027513-27526).

52



**Figure 2.6** Open digitline array schematic.          **Figure 2.4** Folded digitline array schematic.

The geometric organization of cell connections in a folded bit line arrangement is fundamentally different from an open bit line design, and results in the reduction of noise on the memory array. This is because of the physical proximity of the bit line pairs in a folded bit line arrangement; any noise is more likely to affect each bit line within a pair in the same way, and because the sense amplifier detects *differences* between the voltages in its two bit lines, noise that affects both bit lines is effectively canceled out.  The specification of the '631 patent specifically mentions that the invention makes it "possible to route a bit line and an adjacent reference bit line to a sense amplifier and to ensure low-noise operation." *Id.* at 1:57-59.  This informs a POSITA that the folded bit line arrangement is an integral part of the invention in achieving its advantages.

107.    Indeed, that "a memory cell arrangement with a folded bit line arrangement" was an important structural requirement of the invention is demonstrated by the patent's repeated and

53

consistent description of that feature being part of the "invention" and an essential advantage

over prior memory cell arrangements:

- "Method for fabricating a memory cell arrangement with **a folded bit line arrangement** and corresponding memory cell arrangement with **a folded bit line arrangement**" '631 patent at cover.

- "**The present invention** relates to a method for fabricating a memory cell arrangement with **a folded bit line arrangement**, and a corresponding memory cell arrangement with **a folded bit line arrangement**." '631 patent at 1:10-13.

- "**The present invention** provides a method for fabricating a memory cell arrangement with **a folded bit line arrangement**, comprising the steps of:… forming a plurality of parallel bit lines with **a folded bit line arrangement**…." '631 patent at 1:63-2:13.

- "**The present invention** also provides a memory cell arrangement with **a folded bit line arrangement**, comprising:…." '631 patent at 2:29-30.

- "**The essential advantage of the present invention** is that it provides a memory cell arrangement with **a folded bit line arrangement**, and a corresponding fabrication method, which has a small space requirement of minimally only 8F2 and can be fabricated relatively simply and reliably." '631 patent at 2:58-62.

A POSITA would understand from these numerous, unqualified statements that the inventors

view the folded bit line arrangement as a critical part of the invention.

54

# APPENDIX A
## CURRICULUM VITAE

## Dean P. Neikirk

Emeritus Professor, Emeritus Cullen Trust for Higher Education Professorship in Engineering
Department of Electrical and Computer Engineering
Cockrell School of Engineering
The University of Texas at Austin
Austin, TX 78712

## Education:

| | | |
|---|---|---|
| Oklahoma State University (Physics and Mathematics; with Honors) | B.S. | 1979 |
| California Institute of Technology (Applied Physics) | M.S. | 1981 |
| California Institute of Technology (Applied Physics) | Ph.D. | 1984 |

## Professional Experience:

Assistant Professor, University of Texas at Austin, Jan. 1984 - Aug. 1988
Associate Professor, University of Texas at Austin, Sept. 1988- Aug. 1992
Full Professor, University of Texas at Austin, Sept. 1992-Jan. 2021
Associate Dean of Graduate Studies, Aug. 2014 – Jan. 2021
Emeritus Professor, Feb. 2021 - present

## Honors and Awards:

- 1984 Marconi International Fellowship Young Scientist Award "for contributions to the development of millimeter wave integrated circuits especially in the areas of detectors and imaging arrays."
- Listed in the Second Edition of Who's Who in Frontiers of Science and Technology, 5th Edition of Who's Who in Technology Today, 1994 American Men & Women of Science; 1985 Outstanding Young Man of America, 1989 Outstanding Young Man of America; 7th Edition of Who's Who in Technology.
- 1984-85 Engineering Foundation Faculty Award, University of Texas at Austin Engineering Foundation Advisory Council.
- 1985-90 General Motors Foundation Centennial Teaching Fellowship, University of Texas at Austin.
- 1985-86 IBM Corporation Faculty Development Award
- 1986 National Science Foundation Presidential Young Investigator.

- 1987 Award for Outstanding Engineering Teaching by an Assistant Professor, College of Engineering, University of Texas at Austin.
- 1990-1992 Temple Foundation Endowed Faculty Fellowship (No. 1), University of Texas at Austin.
- 1992-present Cullen Trust for Higher Education Professorship in Engineering (No. 7), University of Texas.
- 1997 College of Engineering Award for Outstanding Teaching in the Department of Electrical and Computer Engineering, University of Texas at Austin.
- 2003 Department of Electrical and Computer Engineering Gordon T. Lepley IV Endowed Memorial Teaching Award, University of Texas at Austin.
- 2007 Lockheed Martin Aeronautics Company Award for Excellence in Engineering Teaching
  - each year since 1956, Lockheed Martin and its predecessor, has sponsored an award for excellence in engineering teaching to reward one College of Engineering faculty member for exceptional teaching. This prestigious award is given to a faculty member dedicating time and energy in abundance to teaching undergraduate and graduate students. As a result, his or her work leaves a mark of excellence on the entire College of Engineering. Nominations for this award are made by The University of Texas at Austin engineering students and faculty. Final selection is made by a committee composed the five most recent faculty recipients of the award and the student presidents of the Student Engineering Council (SEC) and the Graduate Engineering Council (GEC).
- 2015 Civitatis Award: The University of Texas at Austin Civitatis Award was established in 1997 to recognize outstanding faculty citizenship. The Civitatis Award is conferred upon a member of the faculty in recognition of dedicated and meritorious service to the University above and beyond the regular expectations of teaching, research, and writing. The award is made by the President upon the recommendation of the Faculty Council Executive Committee. Prof. Neikirk was nominated for the award for his "extensive, effective and distinguished service record to his department, college and [the] University of Texas."

### Vita for Dean P. Neikirk:

Dean P. Neikirk received the B.S. degree (1979) in physics from Oklahoma State University, and the M.S. (1981) and Ph.D. (1984) degrees in applied physics from the California Institute of Technology.  He joined the faculty of The University of Texas at Austin in 1984, and is currently a Professor in the Department of Electrical and Computer Engineering, holding the Cullen Trust for Higher Education Professorship in Engineering (No. 7).  Dr. Neikirk developed the first monolithic, high resolution focal plane detector array for use at wavelengths between 0.1 mm and 1 mm, and in 1984 received the Marconi International Fellowship Young Scientist Award "for contributions to the development of millimeter wave integrated circuits especially in the area of detectors and imaging arrays."

2

He has also been named a 1986 National Science Foundation Presidential Young Investigator.

Dr. Neikirk's research interests concentrated on the fabrication and modeling of electromagnetic and micromachined sensors and actuators. His work also included projects involving integrated circuit processing and the high frequency properties of transmission lines. His work concentrated on the use of advanced fabrication techniques, including silicon micromachining, for new device and sensor development. Dr. Neikirk developed the teaching laboratory for semiconductor device fabrication at The University of Texas at Austin, and was an active member of The University of Texas at Austin Microelectronics Research Center. Recently Dr. Neikirk's research project related to the development of new chemical sensors (an "electronic taste" sensor) was selected for a commercialization venture between the University of Texas and LabNow, Inc. Dr. Neikirk has also served as the Graduate Advisor of the Department of Electrical and Computer Engineering at UT-Austin, an Associate Chairman of the ECE Department, the Chair of the UT-Austin Graduate Assembly, the Chair of the UT-Austin Faculty Council, the Secretary of the General Faculty at UT-Austin, and as an Associate Dean of the University of Texas at Austin Graduate School.

**Professional Societies:**

Lifetime Senior Member, Institute of Electrical and Electronics Engineers
• Associate Editor for Solid State and VLSI Electronics, **IEEE
Transactions on Education** (March 1991- Oct. 1994)


**Commercialization of Technology:**

Two companies have been founded based on technology developed by Dr. Neikirk's research group. In both cases the technology was developed at The University of Texas at Austin and licensed to start-ups.

From a University of Texas news release:
*Firm commercializing University of Texas technology rounds up $14 million venture capital investment (October 1, 2004)*

*AUSTIN, Texas—LabNow Inc. has received $14 million in first-round venture investment for its point-of-care diagnostic system from the Soros Group, Austin Ventures and other investors.*

*The money will be used to develop the company's technology and to launch its initial product, CD4Now™, a point-of-care diagnostic tool for HIV/AIDS patients.*

*The device, which is based on technology developed at The University of Texas at Austin, quickly and accurately analyzes complex fluids such as blood.*


**Patents**

1. US Patent 5,080,870:  "Sublimating and Cracking Apparatus," Jan. 14, 1992; Inventors: B. G. Streetman, T. J. Mattord, D. P. Neikirk

2. US Patent 5,408,107:  "Semiconductor Device Having Multiple Current-Voltage Curves and Zero-Bias Memory," April 18, 1995;
   Inventors:  Dean P. Neikirk and Kiran Kumar Gullapalli

3. US Patent 6,589,779: "General signaling protocol for chemical receptors in immobilized matrices," July 8, 2003;
   Inventors: McDevitt; John T.; Anslyn; Eric V.; Shear; Jason B.; Neikirk; Dean P.
   Assignee:  Board of Regents, The University of Texas System (Austin, TX)

4. US Patent 6,602,702: "Detection system based on an analyte reactive particle," August 5, 2003
   Inventors: McDevitt; John T. (Austin, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Austin, TX)

4

Assignee: The University of Texas System (Austin, TX)

5. US Patent  6,649,403: "Method of preparing a sensor array," November 18, 2003
   Inventors:  McDevitt; John T. (Travis, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Travis, TX)
   Assignee:  Board of Regents, The University of Texas Systems (Austin, TX)

6. US Patent  6,680,206, "Sensor arrays for the measurement and identification of multiple analytes in solutions," January 20, 2004
   Inventors:  McDevitt; John T. (Travis, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Travis, TX)
   Assignee:  Board of Regents, The University of Texas Systems (Austin, TX)

7. US Patent  6,713,298, "Method and apparatus for the delivery of samples to a chemical sensor array, " March 30, 2004
   Inventors:  McDevitt; John T. (Travis, TX); Anslyn; Eric V. (Travis, TX); Shear; Jason B. (Travis, TX); Neikirk; Dean P. (Travis, TX)
   Assignee:  Board of Regents, The University of Texas System (Austin, TX)

8. US Patent 6,908,770, "Fluid based analysis of multiple analytes by a sensor array," June 21, 2005
   Inventors:  McDevitt; John T. (Austin, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Austin, TX)
   Assignee:  Board of Regents, The University of Texas System (Austin, TX)

9. US Patent 7,022,517, "Method and apparatus for the delivery of samples to a chemical sensor array," April 4, 2006, filed:  July 14, 2000
   Inventors:  McDevitt; John T. (Austin, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Austin, TX); Borich; Damon V. (Austin, TX)
   Assignee: Board of Regents, The University of Texas System (Austin, TX)

10. US Patent 7,316,899, "Portable sensor array system," January 8, 2008, filed: January 31, 2001
    Inventors:  McDevitt; John T. (Austin, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Austin, TX)
    Assignee: Board of Regents, The University of Texas System (Austin, TX)

11. US Patent 7,491,552, "Fluid based analysis of multiple analytes by a sensor array," February 17, 2009, filed: January 20, 2005
    Inventors:  McDevitt; John T. (Austin, TX); Anslyn; Eric V. (Austin, TX); Shear; Jason B. (Austin, TX); Neikirk; Dean P. (Austin, TX)
    Assignee: Board of Regents, The University of Texas System (Austin, TX)

12. United States Patent 7,651,868, "Method and system for the analysis of saliva using a sensor array," January 26, 2010, Filed: December 13, 2004

Inventors: McDevitt; John T. (Austin, TX), Anslyn; Eric V. (Austin, TX), Shear; Jason B. (Austin, TX), Neikirk; Dean P. (Austin, TX), Christodoulides; Nick J. (Austin, TX)

Assignee: The Board of Regents of The University of Texas System (Austin, TX)

13. United States Patent 8,101,431, "Integration of fluids and reagents into self-contained cartridges containing sensor elements and reagent delivery systems," January 24, 2012, Filed: December 22, 2004

Inventors: McDevitt; John T. (Austin, TX), Ballard; Karri L. (Pflugerville, TX), Floriano; Pierre N. (Austin, TX), Christodoulides; Nick J. (Austin, TX), Neikirk; Dean (Austin, TX), Anslyn; Eric (Austin, TX), Shear; Jason (Austin, TX)

Assignee: Board of Regents, The University of Texas System (Austin, TX)

14. United States Patent 8,105,849, "Integration of fluids and reagents into self-contained cartridges containing sensor elements," January 31, 2012, Filed: December 22, 2004

Inventors: McDevitt; John T. (Austin, TX), Ballard; Karri L. (Pflugerville, TX), Floriano; Pierre N. (Austin, TX), Christodoulides; Nick J. (Austin, TX), Neikirk; Dean (Austin, TX), Anslyn; Eric (Austin, TX), Shear; Jason (Austin, TX)

Assignee: Board of Regents, The University of Texas System (Austin, TX)

15. United States Patent 8,257,967, "Method and system for the detection of cardiac risk factors," September 4, 2012, Filed: April 28, 2003

Inventors: McDevitt; John T. (Austin, TX), Anslyn; Eric V. (Austin, TX), Shear; Jason B. (Austin, TX), Neikirk; Dean P. (Austin, TX), Christodoulides; Nick J. (Austin, TX)

Assignee: Board of Regents, The University of Texas System (Austin, TX)

16. United States Patent 9,291,586, "Passive wireless self-resonant sensor," March 22, 2016, Filing Date: May 5, 2013

Inventors: Neikirk, Dean P. (Austin, TX, US), Pasupathy, Praveenkumar (Austin, TX, US), Zhang, Sheng (Austin, TX, US), Leonhardt, Brad (Austin, TX, US), Ekerdt, John G. (Austin, TX, US), Korgel, Brian A. (Austin, TX, US), Holmberg, Vincent C. (Seattle, WA, US), Shipman, Catherine D. (Reston, TX, US), Bogart, Timothy D. (Oxford, GB), Chockla, Aaron (Chicago, IL, US)

Assignee: Board of Regents, The University of Texas System (Austin, TX, US)

17. United States Patent 9,581,559, "Corrosion detection sensor embedded within a concrete structure with a diffusion layer placed over the sacrificial transducer," February 28, 2017, Filing Date: August 14, 2014

Inventors: Neikirk; Dean P. (Austin, TX), Wood; Sharon L. (Austin, TX), Pasupathy; Praveenkumar (Austin, TX), Yosef; Ali Abu (Austin, TX)

Assignee: Board of Regents, The University of Texas System (Austin, TX)

6

**Publications:**

**A: Refereed archival journal publications**

1. D. P. Neikirk and R. C. Powell, "Laser Time-Resolved Spectroscopy of Host-Sensitized Energy Transfer in $Bi_4Ge_3O_{12}:Er^{3+}$ Crystals," **J. Lumin.**, vol. 20, 1979, pp. 261- 270.

2. R. C. Powell, D. P. Neikirk, J. M. Flaherty, and J. G. Gualtieri, "Lifetime Measurements, Infrared and Photoacoustic Spectroscopy of $NdP_5O_{14}$," **J. Phys. Chem. Solids**, vol. 41, 1980, pp. 345-350.

3. R. C. Powell, D. P. Neikirk, and D. Sadar, "Radiationless Decay Processes of $Nd^{3+}$ Ions in Solids," **J. Opt. Soc. Am.**, vol. 70 (5), May 1980, pp. 486-490.

4. D. P. Neikirk, D. B. Rutledge, M. S. Muha, H. Park, and C. X. Yu, "Far-Infrared Imaging Antenna Arrays," **Appl. Phys. Lett.**, vol. 40 (3), l February 1982, pp. 203-205.

5. D. P. Neikirk, D. B. Rutledge, M.S. Muha, H. Park, and C. X. Yu, "Progress in Millimeter-Wave Integrated-Circuit Imaging Antenna Arrays," **Proc. Soc. Photo-Opt. Instr. Eng.**, vol. 317, 1981, pp. 206-211.

6. D. P. Neikirk, D. B. Rutledge, P.P. Tong, H. Park, and P. E. Young, "Imaging Antenna Array at 119μm," **Appl. Phys. Lett.**, vol. (41), 15 August 1982, pp. 329-331.

7. D. P. Neikirk and D. B. Rutledge, "Self-Heated Thermocouples for Far-Infrared Detection," **Appl. Phys. Lett.**, vol. 41, (5), 1 September 1982, pp. 400-402

8. P.P. Tong, D. P. Neikirk, D. Psaltis, D. B. Rutledge, K. Wagner, and P. E. Young, "Tracking Antenna Arrays for Near- Millimeter Waves," **IEEE Trans. Antennas Propagat.**, vol. AP- 31, May, 1983, pp. 512-515.

9. D. P. Neikirk and D. B. Rutledge, "Air-Bridge Microbolometer for Far-Infrared Detection," **Appl. Phys. Lett. 44**,15 Jan. 1984, pp. 153-155.

10. P.P. Tong, D. P. Neikirk, D. B. Rutledge, P. E. Young, W. A. Peebles, N. C. Luhmann, Jr., "Imaging Polarimeter Arrays for Near-Millimeter Waves," **IEEE Trans. Microwave Theory Tech. MTT-32**, March 1984, pp. 507-512.

11. D. P. Neikirk, D. B. Rutledge, and W. Lam, "Far-Infrared Microbolometer Detectors," **Int. J. Infrared and Millimeter Waves 5**, March 1984, pp. 245-277.

12. D. P. Neikirk and D. B. Rutledge, "Far-Infrared Imbedding Impedance Measurements,"

7

**Int. J. Infrared and Millimeter Waves 5**, July 1984, pp. 1017-1026.

13.  P. E. Young, D. P. Neikirk, P.P. Tong, D. B. Rutledge, and N. C. Luhmann, Jr., "Multichannel far-infrared phase imaging for fusion plasmas," **Rev. Sci. Instrum. 56**, Jan. 1985, pp. 81-89.

14.  P. E. Young, N. C. Luhmann, Jr., R. J. Taylor, D. P. Neikirk, and D. B. Rutledge, "Far-infrared imaging of tokamak plasma," **Rev. Sci. Instrum. 56**, May 1985, pp. 903-904.

15. Y. Fukuoka, Q. Zhang, D. Neikirk, and T. Itoh, "Analysis of multilayer interconnection lines for a high speed digital integrated circuit," **IEEE Trans. Microwave Theory Tech. MTT- 33**, June 1985, pp. 527-532.

16. N. Song, D. P. Neikirk, and T. Itoh, "Modeling of Ion-implanted GaAs MESFETs by the Finite Element Method," **IEEE Electron Device Lett. EDL-7**, April 1986,  pp. 208-210.

17.  V. P. Kesan, D. P. Neikirk, B. G. Streetman, and P. A. Blakey, "A New Transit Time Device Using Quantum Well Injection," **IEEE Electron Device Lett. EDL-8**, April 1987, pp. 129-131.

18.  A. C. Cambell, V. P. Kesan, G. E. Crook, C. M. Maziar, D. P. Neikirk, and B. G. Streetman, "Impedance Switching Effects in GaAs/AlAs Barrier Structures," **Electronics Letters 23**, Aug  27, 1987, pp. 926-927.

19.  Y. D. Lin, D. P. Neikirk, and T. Itoh, "Coplanar Waveguide Phase Shifter Controlled by a Spatially Periodic Optical Illumination," **Int. J. Infrared and Millimeter Waves 8**, Sept. 1987, pp. 1027-1036.

20.  C. W. Farley, G. E. Crook, V. P. Kesan, T. R. Block, H. A. Stevens, T. J. Mattord, D. P. Neikirk, and B. G. Streetman, "Substrate Rotation and Carbon Generation in a Molecular Beam Epitaxy System," **J. Vac. Science Tech. B**, Sept./Oct. 1987, pp. 1374-1376.

21.  V. P. Kesan, D. P. Neikirk, T. D. Linton, P. A. Blakey, and B. G. Streetman, "Influence of Transit Time Effects on the Optimum Design and Maximum Oscillation Frequency of Quantum Well Oscillators," **IEEE Trans. Electron Devices ED-35**, April 1988, pp. 405-413.

22.  A. C. Campbell, V. P. Kesan, G. E. Crook, C. M. Maziar, D. P. Neikirk, and B. G. Streetman, "Capacitive Hysteresis Effects in 5.0 nm Single and Double Barrier AlAs Tunneling Structures Grown by MBE," **J. Vac. Science Tech. B 6**, Mar/Apr 1988, pp. 651-656.

23.  V. P. Kesan, A. Mortazawi, D. P. Neikirk, and T. Itoh, "Monolithic Millimeter-Wave Oscillator using a Transmission Line Periodically Loaded by QWITT Diodes," **Electronics Letters** , May 26, 1988, pp. 666-667.

8

24.  T. J. Mattord, V. P. Kesan, G. E. Crook, T. R. Block, A. C. Campbell, D. P. Neikirk, and B. G. Streetman, "Baffle-free Refractory Dimer Source for Molecular Beam Epitaxy," **J. Vac Sci. Technol. B 6**, Nov./Dec. 1988, pp. 1667-1670.

25.  V. P. Kesan, A. Dodabalapur, D. P. Neikirk, and B. G. Streetman, "Growth and Rapid Thermal Annealing of AlGaAs/InGaAs Pseudomorphic Modulation-doped Structures," **Appl. Phys. Lett. 53**, 22 Aug. 1988, pp. 681-683.

26.  T. J. Mattord, V. P. Kesan, D. P. Neikirk, and B. G. Streetman, "A Single-filament Effusion Cell with Reduced Thermal Gradient for Molecular Beam Epitaxy," **J. Vac Sci. Technol. B 7**, Mar/Apr 1989, pp. 214-216.

27.  A. Dodabalapur, V. P. Kesan, T. R. Block, D. P. Neikirk, and B. G. Streetman, "Optical and Electrical Characterization of Pseudomorphic AlGaAs/InGaAs/GaAs Modulation-doped Structures Processed by Rapid Thermal Annealing," **J. Vac Sci. Technol. B 7**, March/April 1989, pp. 380-383.

28.  V. P. Kesan, A. Mortazawi, D. R. Miller, T. Itoh, B. G. Streetman, and D. P. Neikirk, "Microwave Frequency Operation of the Quantum Well Injection Transit Time (QWITT) Diode," **Electronics Letters 24**, 24 Nov. 1988, pp. 1473-1474.

29.  C. S. Kyono, V. P. Kesan, D. P. Neikirk, C. M. Maziar, and B. G. Streetman, "Dependence of Apparent Barrier Height on Barrier Thickness for Perpendicular Transport in AlAs/GaAs Single Barrier Structures Grown by MBE," **Appl. Phys. Lett. 54**, 6 Feb. 1989, pp. 549-551.

30.  R. L. Rogers and D. P. Neikirk, "Use of Broadside Twin Element Antennas to Increase Efficiency on Electrically Thick Dielectric Substrates," **Int. J. Infrared and Millimeter Waves 9**, Nov. 1988, pp. 949-969.

31.  R. L. Rogers and D. P. Neikirk, "Radiation Properties of Slot and Dipole Elements on Layered Substrates," **Int. J. Infrared and Millimeter Waves 10**, June 1989, pp. 697-728.

32.  A. Dodabalapur, V. P. Kesan, D. R. Hinson, D. P. Neikirk, and B. G. Streetman, "Photoluminescence Studies of Pseudomorphic modulation-doped AlGaAs/ InGaAs/ GaAs Quantum Wells," **Appl. Phys. Lett. 54**, 24 April 1989, pp. 1675-1677.

33.  A. C. Campbell, V. P. Kesan, T. R. Block, G. E. Crook, D. P. Neikirk, and B. G. Streetman, "Influence of MBE Growth Temperature on GaAs/AlAs Resonant Tunneling Structures," **Journal of Electronic Materials 18**, 1989, pp. 585-588.

34.  S. M. Wentworth, D. P. Neikirk, and C. R. Brahce, "The High Frequency Characteristics of Tape Automated Bonding (TAB) Interconnects," **IEEE. Trans. Components, Hybrids, and Manufacturing Tech. 12**, Sept. 1989, pp. 340-347.

9

35.  V. P. Kesan, A. Mortazawi, D. R. Miller, V. K. Reddy, D. P. Neikirk, and T. Itoh, "Microwave and Millimeter Wave QWITT Diode Oscillators," **IEEE Trans. Microwave Theory Tech. MTT-37** , Dec. 1989, pp. 1933-1941.

36.  P. Cheung, D. P. Neikirk, and T. Itoh, "A Schottky-Biased, Optically-Controlled Coplanar Waveguide Phase Shifter," **Electronics Letters 25**, Sept. 14, 1989, pp. 1301-1302.

37.  S. M. Wentworth and D. P. Neikirk, "Far Infrared Microbolometers made with Tellurium and Bismuth," **Electronics Letters 25**, Nov. 9, 1989, pp. 1558-1560.

38.  A. Dodabalapur, V. P. Kesan, D. P. Neikirk, and B. G. Streetman, "Photoluminescence and Electroreflectance Studies of Modulation-Doped Pseudomorphic  AlGaAs/ InGaAs/ GaAs Quantum Wells," **Journal of Electronic Materials 19**, 1990, pp. 265-270.

39.  P. Cheung, D. P. Neikirk, and T. Itoh, "Optically Controlled Coplanar Waveguide Phase Shifters,"  **IEEE Trans. Microwave Theory Tech. MTT-38** , May 1990, pp. 586-595.

40.  S. M. Wentworth, R. L. Rogers, J. G. Heston, D. P. Neikirk, and T. Itoh, "Millimeter Wave Twin Slot Antennas on Layered Substrates," **Int. J. Infrared and Millimeter Waves 11**, Feb. 1990, pp. 111-131.

41.  J. G. Heston, J. M. Lewis, S. M. Wentworth, and D. P. Neikirk, "Twin slot antenna structures integrated with microbolometer detectors for 94 GHz imaging," **Microwave and Optical Technology Letters 4**, no. 1, Jan. 5, 1991, pp. 15-19.

42.  R. L Rogers, S. M. Wentworth, D. P. Neikirk, and T. Itoh, "A twin slot antenna on a layered substrate coupled to a microstrip feed line," **Int. J. Infrared and Millimeter Waves 11**, no. 10, October 1990, pp. 1225-1249.

43.  T. Y. Chu, D. P. Neikirk, and B. G. Streetman, "Properties and Applications of $Al_xGa_{1-x}As$ Grown at Low Temperatures," **J. Crystal Growth 111**, 1991, pp. 26-29.

44.  V. K. Reddy, A. J. Tsao, and D. P. Neikirk, "High Peak-to-Valley Current Ratio AlGaAs/AlAs/GaAs Double Barrier Resonant Tunneling Diodes," **Electronics Letters 26**, Oct. 11, 1990, pp. 1742-1744.

45.  A. J. Tsao, V. K. Reddy, and D. P. Neikirk, "Epitaxial Liftoff of AlAs/GaAs Double Barrier Resonant Tunneling Diodes," **Electronics Letters 27**, March 14, 1991, pp. 484-486.

46.  D. R. Miller and D. P. Neikirk, "Simulation of Intervalley Mixing in Double Barrier Diodes Using the Lattice Wigner Function,"  **Appl. Phys. Lett. 58**, 17 June 1991, pp. 2803-2805.

10

47.  M.S. Islam, A. J. Tsao, V. K. Reddy, and D. P. Neikirk, "GaAs on Quartz Coplanar Waveguide Phase Shifter," **IEEE Microwave and Guided Wave Letters 1**, Nov. 1991, pp. 328-330.

48.  S. M. Wentworth and D. P. Neikirk, "Composite Microbolometers with Tellurium Detector Elements," **IEEE Trans. Microwave Theory Tech. MTT-40**, no. 2, Feb. 1992, pp. 196-201.

49.  T. D. Linton, Jr., P.A. Blakey, and D. P. Neikirk, "The impact of three-dimensional effects on EEPROM cell performance," **IEEE Trans. Electron Devices 39**, April 1992, pp. 843-850.

50.  V. K. Reddy and D. P. Neikirk, "Influence of Growth Interruption on I - V Characteristics of AlAs/GaAs Double Barrier Resonant Tunneling Diodes," **J. Vac. Sci. Technol. B 10**, Mar/Apr 1992, pp. 1045-1047.

51.  A. J. Tsao, V. K. Reddy, D. R. Miller, K. K. Gullapalli, and D. P. Neikirk, "The effect of barrier thickness asymmetries on the electrical characteristics of AlAs/GaAs double barrier resonant tunneling diodes," **J. Vac. Sci. Technol. B 10**, Mar/Apr 1992, pp. 1042-1044.

52.  T. R. Block, D. P. Neikirk, and B. G. Streetman, "Photoluminescence study of the effects of growth interruption on integer and fractional monolayer AlGaAs/GaAs quantum wells,"  **J. Vac. Sci. Technol. B 10**, Mar/Apr 1992, pp. 832-834.

53.  Emre Tuncer and Dean P. Neikirk, "Highly Accurate Quasi-Static Modeling of Microstrip Lines Over Lossy Substrates," **IEEE Microwave and Guided Wave Letters 2**, Oct. 1992, pp. 409-411.

54.  S. Javalagi, V. Reddy, K. Gullapalli, and D. Neikirk, "High efficiency microwave diode oscillators," **Electronics Letters 28**, 27 August 1992, pp. 1699-1701.

55.  K. K. Gullapalli, A. J. Tsao, and D. P. Neikirk, "Multiple self-consistent solutions at zero bias and multiple conduction curves in quantum tunneling diodes containing $N^-$ - $N^+$ - $N^-$ spacer layers," **Appl. Phys. Lett. 62**, 7 June 1993, pp. 2971-2973.

56.  K. K. Gullapalli, A. J. Tsao, and D. P. Neikirk, "Experimental observation of multiple current - voltage curves and zero-bias memory in quantum well diodes with $N^-$ - $N^+$ - $N^-$ spacer layers," **Appl. Phys. Lett. 62**, 31 May 1993, pp. 2856-2858.

57.  V. K. Reddy and D. P. Neikirk, "High breakdown voltage AlAs/InGaAs quantum barrier varactor diodes," **Electronics Letters 29**, 4 March 1993, pp. 464-466.

58.  T. R. Block, D. P. Neikirk, and B. G. Streetman, "Molecular-beam epitaxial growth condition dependence of reflection high-energy electron diffraction dampening and quantum well photoluminescence,"  **J. Vac. Sci. Technol. B 11**, May/June 1993, pp. 791-

11

794.

59.  Y. C. Albert Shih, D. P. Neikirk, B. G. Streetman, and C. W. Magee "Effects of As flux on Si δ-doped GaAs," **J. Vac. Sci. Technol. B 11**, May/June 1993, pp. 905-907.

60.  T. J. Mattord, K. Sadra, A. Srinivasan, A. Tang, T. R. Block, Y. C. Albert Shih, D. P. Neikirk, and B. G. Streetman, "Real-time flux monitoring and feedback control of a valved arsenic source," **J. Vac. Sci. Technol. B 11**, May/June 1993, pp. 1050-1052.

61.  M. Saiful Islam, Emre Tuncer and Dean P. Neikirk, "Calculation of Conductor Loss in Coplanar Waveguide using Conformal Mapping," **Electronics Letters 29**, 24 June 1993, pp. 1189-1191.

62.  Emre Tuncer and Dean P. Neikirk, "Efficient Calculation of Surface Impedance for Rectangular Conductors," **Electronics Letters 29**, 25 Nov. 1993, pp. 2127-2128.

63.  K. Sadra, A. Srinivasan, D. P. Neikirk, and B. G. Streetman, "Speed and Efficiency in Multiple p-i-n Photodetectors," **IEEE J. Lightwave Technol. 11**, December 1993, pp. 2052-2056.

64.  K. K. Gullapalli, D. R. Miller, and D. P. Neikirk, "Simulation of quantum transport in memory-switching double-barrier quantum-well diodes," **Phys. Rev. B (Condensed Matter) 49**, 15 January 1994, pp. 2622-2628.

65.  M. Saiful Islam, Emre Tuncer and Dean P. Neikirk, "Accurate Model for Schottky-Contacted Coplanar Waveguide Including Finite Epilayer Resistance Effects," **Electronics Letters 30**, 28 April 1994, pp. 712-713.

66.  Emre Tuncer, B.-T. Lee, M. S. Islam, and D. P. Neikirk, "Quasi-Static Conductor Loss Calculations in Transmission Lines using a New Conformal Mapping Technique," **IEEE Trans. Microwave Theory Tech. 42**, September 1994, pp. 1807-1815.

67.  Youngmin Kim and D. P. Neikirk, "Micromachined Fabry-Perot Cavity Pressure Transducer," **IEEE Photonics Technology Letters 7**, Dec. 1995, pp. 1471-1473.

68.  Youngmin Kim and Dean P. Neikirk, "Design for Manufacture of Micro Fabry-Perot Cavity-based Sensors," **Sensors and Actuators A 50**, Jan. 1996, pp. 141-146.

69.  I. Busch-Vishniac, C. S. Chu, S. Flagg, V. Gupta, C. Hearn, Y. Kim, P. Koeneman, W. Maddox, D. Masser, D. Neikirk, W. Weldon, H. Wells, and K. Wood, "Smart Hydrodynamic Bearings with Embedded MEMS Devices," Journal of Tribology, submitted 3/96, 1996.

70.  John J. Lavigne, Steve Savoy, Marvin B. Clevenger, Jason E. Richie, Bridget McDoniel, Seung-Jin Yoo, Eric V. Anslyn, John T. McDevitt, Jason B. Shear, and Dean Neikirk, "Solution-Based Analysis of Multiple Analytes by a Sensor Array: Toward the

12

Development of an 'Electronic Tongue'," *Journal of the American Chemical Society*, vol. 120, July, 1998, pp. 6429-6430.

71. K. L. Wood, D. Neikirk, I. Busch-Vishniac, W. Weldon, C.-S. Chu, Y. Kim, V. Gupta, W. Maddox, and D. Masser, "MEMs hydrodynamic bearings: Applications to and implications for machine failure prevention," *TriboTest*, vol. 4, pp. 275-288, 1998.

72. R. J. Friar and D. P. Neikirk, "Limitations on the Extraction of Loss Tangent from Submicron Transmission Line Test Structures," *IEEE TRANSACTIONS ON ADVANCED PACKAGING*, vol. 23, p. 393, August 2000.

73. T. Curey, A. Goodey, A. Tsao, J. Lavigne, Y. Sohn, J. McDevitt, E. Anslyn, D. Neikirk, and J. Shear, "Characterization of multicomponent monosaccharide solutions using an enzyme-based sensor array," *ANALYTICAL BIOCHEMISTRY*, vol. 293, June 15, pp. 178-184, 2001.

74. Goodey, Adrian; Lavigne, John J.; Savoy, Steve M.; Rodriguez, Marc D.; Curey, Theodore; Tsao, Andrew; Simmons, Glen; Wright, John; Yoo, Seung-Jin; Sohn, Youngsoo; Anslyn, Eric V.; Shear, Jason B.; Neikirk, Dean P.; McDevitt, John T., "Development of multianalyte sensor arrays composed of chemically derivatized polymeric microspheres localized in micromachined cavities," JOURNAL OF THE AMERICAN CHEMICAL SOCIETY 123 (11): pp. 2559-2570 MAR 21 2001.

75. N. Christodoulides, M. Tran, P. Floriano, N. Pierre, M. Rodriguez, A. Goodey, M. Ali, D. Neikirk, and J, McDevitt, "A novel Microchip-based Multi-Analyte Assay System for the Assessment of Cardiac Risk," Analytical Chemistry 74 (13), July 1, 2002, pp. 3030-3036.

76. L. Vardapetyan, L. Demkowicz, and D. Neikirk, "hp-Vector finite element method for eigenmode analysis of waveguides," *Comput. Methods Appl. Mech. Engrg.*, vol. 192, Jan. 3, 2003, pp. 185–201.

77. Ali, Mehnaaz F.; Kirby, Romy; Goodey, Adrian P.; Rodriguez, Marc D.; Ellington, Andrew D.; Neikirk, Dean P.; McDevitt, John T.; "DNA hybridization and discrimination of single-nucleotide mismatches using chip-based microbead arrays," Analytical Chemistry, v 75, n 18, Sep 15, 2003, p 4732-4739.

78. Sohn, Young- Soo; Goodey, Adrian; Anslyn, Eric V.; McDevitt, John T.; Shear, Jason B.; Neikirk, Dean P., "A micromachined fluidic structure for capillary-based sample introduction into a microbead array chemical sensor," Sensor Letters, vol. 2, No. 1, March 1, 2004, pp. 69-72.

79.. Kirby, Romy; Cho, Eun Jeong; Gehrke, Brian; Bayer, Travis; Park, Yoon Sok; Neikirk, Dean P.; McDevitt, John T.; Ellington, Andrew D.; "Aptamer-based sensor arrays for the detection and quantitation of proteins," Analytical Chemistry, v 76, n 14, Jul 15, 2004, p 4066-4075.

13

80. Sang-Wook Han, Jun-Wan Kim, Young-Soo Sohn, and Dean P. Neikirk "Design of Infrared Wavelength-Selective Microbolometers Using Planar Multimode Detectors," IEE Electronics Letters, vol. 40, No. 22, October 28, 2004, pp. 1410-1411.

81. Young-Soo Sohn, Adrian Goodey, Eric V. Anslyn, John T. McDevitt, Jason B. Shear and Dean P. Neikirk, "A microbead array chemical sensor using capillary-based sample introduction: toward the development of an 'electronic tongue'," Biosensors and Bioelectronics, Vol. 21, Aug. 8, 2005, pp. 303-312. (http://www.sciencedirect.com/science/article/B6TFC-4DXT7XR-2/2/63c4b30ed5019368cbf0daa18e961915).

82. Shifeng Li, Pierre N. Floriano, Nicolaos Christodoulides, David Y. Fozdar, Dongbing Shao, Mehnaaz F. Ali, Priya Dharshan, Sanghamitra Mohanty, Dean Neikirk, John T. McDevitt and Shaochen Chen, "Disposable polydimethylsiloxane/silicon hybrid chips for protein detection," Biosensors and Bioelectronics, Vol. 21, No. 4, Oct. 15, 2005, pp. 574-580. (http://www.sciencedirect.com/science/article/B6TFC-4F9MTDX-1/2/8723de52f98adaf1e55f417c04de29cb)

83. Han, S. W., Park, Y. S., Neikirk, D. P., "Broadband infrared detection using Jaumann absorbers with genetic algorithm," Electronics Letters, v 41, n 24, Nov 24, 2005, pp. 1307-1308.

84. Abu Yousef, A., Wood, S.L., Pasupathy, P., and Neikirk, D.P., "Resonant Sensors for Detecting Corrosion in Concrete Bridges," *Transportation Research Record*, Transportation Research Board, No. 2201, December 2010, pp. 19-26.

85. Sheng Zhang, Praveenkumar Pasupathy, and Dean Neikirk, "Microfabricated self-resonant structure as a passive wireless dielectric constant and conductivity sensor," *Microsystem Technologies*, Springer Berlin / Heidelberg, Issn: 0946-7076, pp. 1-7, http://dx.doi.org/10.1007/s00542-011-1403-y , Doi: 10.1007/s00542-011-1403-y.

86. Jong Yeon Park, Praveen Pasupathy and Dean P. Neikirk, "Wavelength Selective Microbolometers with Low Deformation Membranes Using a Planar Self-aligned Process," submitted to be considered for publication in the Journal of Micro/Nanolithography, MEMS, and MOEMS (JM3), April 2012.

87. Jeremiah Fasl, Todd Helwig, Sharon L. Wood, Praveen Pasupathy, Dean P. Neikirk, Frank Raffaeli, "Factors Affecting Wireless Network Communication in Monitoring Systems for Steel Bridges," Journal of Civil Structural Health Monitoring, Volume 2, Issue 2, September 2012, pp. 87-95.

88. Joo-Yun Jung, Jong Yeon Park, Sangwook Han, Aniruddha Weling, and Dean P Neikirk, "Wavelength-selective infrared Salisbury screen absorber," APPLIED OPTICS, Vol. 53, No. 11,10 April 2014, pp. 2431-2436

14

89. Ignacio F. Gallardo, Praveenkumar Pasupathy, Maxwell Brown, Carol M. Manhart, Dean P. Neikirk, Eric Alani, and Ilya J. Finkelstein, "High-Throughput Universal DNA Curtain Arrays for Single-Molecule Fluorescence Imaging," Langmuir, Vol. 31 (37), pp 10310–10317, Sept. 1, 2015. doi: 10.1021/acs.langmuir.5b02416.

90. Shixuan Yang, Ying-Chen Chen, Luke Nicolini, Praveenkumar Pasupathy, Jacob Sacks, Su Becky, Russell Yang, Sanchez Daniel, Yao-Feng Chang, Pulin Wang, David Schnyer, Dean Neikirk and Nanshu Lu, " 'Cut-and-Paste' Manufacture of Multiparametric Epidermal Sensor Systems," Advanced Materials, Vol. 27, No. 41, 11/1/2015, pp. 6423-6430.

91. Praveen Pasupathy, Tanuj Trivedi, Brad Leonhardt, Sheng Zhang, John G. Ekerdt, and Dean P. Neikirk, "Miniature Passive Wireless Resonant Platform for Chemical Memory based Threshold Sensing," IEEE Sensors Journal, Volume: 17, Issue: 5, March 1, 1 2017, pp. 1209 - 1210; DOI: 10.1109/JSEN.2016.2646686

92. Jung, Joo-Yun; Song, Kyungjun; Choi, Jun-Hyuk; Lee, Jihye; Choi, Dae-Geun; Jeong, Jun-Ho; Neikirk, Dean P., "Infrared broadband metasurface absorber for reducing the thermal mass of a microbolometer," Scientific Reports, Vol. 7, No. 430, March 27, 2017, 8 pages, 10.1038/s41598-017-00586-x.

93. Tanuj Trivedi, Anupam Roy, Hema C. P. Movva, Emily S. Walker, Seth R. Bank, Dean P. Neikirk, and Sanjay K. Banerjee, "Versatile Large-Area Custom-Feature van der Waals Epitaxy of Topological Insulators," ACS Nano, 2017, 11 (7), pp 7457–7467, DOI: 10.1021/acsnano.7b03894, Publication Date (Web): July 10, 2017.

94. Brad Leonhardt, Praveen Pasupathy, Tanuj Trivedi, Sheng Zhang, Dean P. Neikirk, and John G. Ekerdt, "Functionalized Polycyclic Aromatic Polymers for High Temperature Wireless Chemical Memory Threshold Sensors," submitted to ACS Ind. Eng. Chem. Res., 2017, 56 (19), pp 5479–5482, DOI: 10.1021/acs.iecr.6b04541, Publication Date (Web): May 2, 2017.

95. Tanuj Trivedi, Ye Chen, Ian A. D. Williamson, Praveen Pasupathy, and Dean P. Neikirk, "Group Velocity Estimation and Defect Localization in Magneto-inductive Waveguides," to be published in the IEEE Transactions on Microwave Theory and Techniques, Volume 6, April 2021, DOI: 10.1109/TMTT.2021.3055350, pp. 2072-2077.

Praveen Pasupathy, Vivek Subramanian, Ali Abu-Yousef, Sharon Wood, and Dean Neikirk, "Phase Detection of Passive Inductively Coupled Resonant Sensors," to be submitted to IEEE Sensors Letters.

Jong Yeon Park, Praveen Pasupathy and Dean P. Neikirk, "Wavelength Selective Microbolometers with Low Deformation Membranes Using a Planar Self-aligned Process," in preparation.

15

Sheng Zhang, Praveen Pasupathy, Dean Neikirk, "Extension of Interdigitated Capacitor Sensor Model for Conductive Material Measurement," in preparation.

Sheng Zhang, Praveen Pasupathy, Dean Neikirk, "Circuit model for estimating resonant frequency of inductively coupled self resonant sensor," in preparation.

**B. Refereed Conference Proceedings**

1.  D. P. Neikirk, D. B. Rutledge, M.S. Muha, H. Park, and C.-X. Yu, "Progress in Millimeter-Wave Integrated-Circuit Imaging Arrays," SPIE Conf. on Integrated Optics and Millimeter and Microwave Integrated Circuits, Huntsville, Alabama, November, 1981.

2.  D. P. Neikirk, D. B. Rutledge, M.S. Muha, H. Park, and C.-X. Yu, "Imaging Antenna Arrays," 6th Int. Conf. on Inf. and Millimeter Waves, Miami Beach, Florida, December, 1981, p. Th-4-1.

3.  D. P. Neikirk, D. B. Rutledge, H. Park, C.-X. Yu, W. A. Peebles and N. C. Luhmann, Jr., "Development of Imaging Arrays for Poloidal Field Determination and Holographic Imaging of Plasmas," Proc. of U.S.A. - Japan Workshop on Submillimeter Diagnostic Techniques, Nagoya, US-J FRC-006, p. 60, January, 1982.

4.  D. P. Neikirk, D. B. Rutledge, P. E. Young, N. C. Luhmann, Jr., H. Park, W. A. Peebles, and C.-X. Yu, "Far-Infrared Imaging Systems for the Determination of Fusion Plasma Density and Magnetic Field Distributions," Department of Energy Workshop on Magnetic Field Measurements, Oak Ridge, Tennessee, April, 1982.

5.  P. Young, Q.-X. Yu, W. A. Peebles, N. C. Luhmann, Jr., D. P. Neikirk, D. B. Rutledge, and P. Tong, "Far-Infrared Imaging," Digest 7th Int. Conf. on Inf. and Millimeter Waves, Marseille, France, February, 1983, p. J3-4.

6.  D. P. Neikirk, P.P. Tong, D. B. Rutledge, and P. E. Young, "Progress in Far-Infrared Imaging Arrays," 7th Int. Conf. on Inf. and Millimeter Waves, Marseille, France, February, 1983, p. J3-3.

7.  P. E. Young, W. A. Peebles, N. C. Luhmann, Jr., R. J. Taylor, D. P. Neikirk, D. B. Rutledge, and P.P. Tong, "Simultaneous FIR Interferometry/Polarimetry in the UCLA Microtor Plasma," 8th Int. Conf. on Infrared and Millimeter Waves, Miami, Florida, December, 1983.

8.  P. E. Young, W. A. Peebles, N. C. Luhmann, Jr., D. P. Neikirk, D. B. Rutledge, and P.P. Tong, "Interferometric FIR Phase Imaging of a Tokamak Plasma," 8th Int. Conf. on Infrared and Millimeter Waves, Miami, Florida, December, 1983.

16

9.  D. P. Neikirk and D. B. Rutledge, "Advances in Microbolometers," 8th Int. Conf. on Infrared and Millimeter Waves, Miami, Florida, December, 1983.

10.  P.P. Tong, D. B. Rutledge, and D. P. Neikirk, "Polarization- sensitive imaging arrays," IEEE MTT-S International Microwave Symposium, San Francisco, Ca., May 29- June 1, 1984, pp. 542-544.

11.  Y. Fukuaka, Q. Zhang, D. Neikirk, and T. Itoh, "Analysis of multilayer interconnection lines for a high speed digital integrated circuit," IEEE VLSI Multilevel Interconnection Conference, June 21-22, 1984, pp. 246-251.

12.  P. Young, D. Neikirk, C. Domier, P. Tong, W. Peebles, D. Rutledge, and N. Luhmann, "Near-millimeter wave imaging," 9th Int. Conf. on Infrared and Millimeter Waves, Takarazuka, Japan,  Oct. 22-26, 1984, pp. 250-251.

13.  P. Cheung, D. Fun, D. Miller, C.-K. C. Tzuang, D. P. Neikirk, and T. Itoh, "Optically Controlled Coplanar Waveguide Millimeter Wave Phase Shifter," Tenth International Conference on Infrared and Millimeter Waves, Lake Buena Vista, FL, Dec. 9-13, 1985, pp. 303-304.

14.  N. U. Song, D. P. Neikirk, and T. Itoh, "Device Modeling and Characterization of Ion-Implanted GaAs MESFET's by the Finite Element Method," 8th Colloquium on Microwave Communication, Budapest, Hungary, August 26-29, 1986.

15.  C.-K. Tzuang, P. Cheung, D. P. Neikirk, and T. Itoh, "Analysis of an Optically Controlled CPW Phase Shifter Containing Laterally Non-uniform Lossy Layers, Eleventh International Conference on Infrared and Millimeter Waves, Pisa, Italy, Dec., 1986, pp. 127-129.

16.  V. Kesan, D. P. Neikirk, and B G. Streetman, "A Proposed Quantum Well Injection Transit Time Device (QWITT)," Second Topical Meeting on Picosecond Electronics and Optoelectronics, Jan., 1987, pp. 66-68.

17.  C.-K. Tzuang, D. Miller, T.-H. Wang, D. P. Neikirk, T. Itoh, P. Williams, and M. Downer, "Picosecond Response of an Optically Controlled Millimeterwave Phase Shifter," Second Topical Meeting on Picosecond Electronics and Optoelectronics, Jan., 1987, pp. 182-184.

18.  Y.-D. Lin, D. P. Neikirk, and T. Itoh, "Periodically Illuminated CPW Phase Shifter," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987, pp. 93-94.

19.  V. P. Kesan, D. P. Neikirk, T. D. Linton, P.A. Blakey, and B. G. Streetman, "Influence of Transit Time Effects on the Optimum Design and Maximum Oscillation Frequency of Quantum Well Oscillators," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987, pp. 12-13.

17

20.  P. Cheung, D. P. Neikirk, and T. Itoh, "Measurements of an Optically Controlled Coplanar Waveguide Phase-Shifter," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987, pp. 91-92.

21.  R. L. Rogers, D. P. Neikirk, and H. Ling, "Planar Matching of Antennas on Electrically Thick Dielectric Substrates," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987, pp. 288-289.

22.  V. P. Kesan, T. D. Linton, C. M. Maziar, D. P. Neikirk,  P.A. Blakey, and B. G. Streetman, "Power-optimized design of quantum well oscillators," 1987 IEEE International Electron Devices Meeting, Dec. 6-9, 1987, pp. 62-65.

23.  S. M. Wentworth, D. P. Neikirk, and C. R. Brahce, "High Frequency Characterization of Tape-Automated Bonding (TAB) Interconnects," SPIE Advances in Semiconductors and Superconductors: Physics and Device Applications, Conf. 947: Interconnection of High Speed and High Frequency Devices and Systems, Newport Beach, CA, March 13-18, 1988. pp. 81-84.

24.  D. R. Miller, V. P. Kesan, R. L. Rogers, C. M. Maziar, and D. P. Neikirk, "Time Dependent Simulation of the Quantum Well Injection Transit Time Diode," 13th International Conference on Infrared and Millimeter Waves, R. J. Temkin, Editor, SPIE Vol. 1039, Dec. 5-9, 1988, pp. 5-6.

25.  P. Cheung, D. P. Neikirk, and T. Itoh, "Experimental Performance of a Periodically Illuminated Optically Controlled Coplanar Waveguide Phase Shifter," 13th International Conference on Infrared and Millimeter Waves, R.J. Temkin, Editor, SPIE Vol. 1039, Dec. 5-9, 1988, pp. 63-64.

26.  R. L. Rogers, D. P. Neikirk, H. Ling, and T. Itoh, "Antennas on Electrically Thick Multilayered Substrates," 13th International Conference on Infrared and Millimeter Waves, R. J. Temkin, Editor, SPIE Vol. 1039, Dec. 5-9, 1988, pp. 33-34.

27.  A. Mortazawi, V. P. Kesan, D. P. Neikirk, and T. Itoh, "Periodic Monolithic Millimeter-Wave Quantum Well Oscillator," 13th International Conference on Infrared and Millimeter Waves, R. J. Temkin, Editor, SPIE Vol. 1039, Dec. 5-9, 1988, pp. 47-48.

28.  V. P. Kesan, A. Mortazawi, D. P. Neikirk, and T. Itoh, "Microwave and Millimeterwave QWITT Diode Oscillator," IEEE MTT-S International Microwave Symposium Digest, Vol. 1, June 13-15, 1989, pp. 487-489.

29.  P Cheung, D. P. Neikirk, and T. Itoh, "An Optically Controlled Coplanar Waveguide Phase-Shifter," IEEE MTT-S International Microwave Symposium Digest, Vol. 1, June 13-15, 1989, pp. 307-309.

30.  A. Mortazawi, V. P. Kesan, D. P. Neikirk, and T. Itoh, "A Self Oscillating QWITT

18

Diode Mixer," 19th European Microwave Conference, London, Engl., Sept. 4-7, 1989, pp. 715-718.

31.  R. L. Rogers, D. P. Neikirk, and T. Itoh, "Impedance Measurements and Calculations of a Microstrip-fed Slot Antenna on a Multilayered Electrically Thick Dielectric Substrate," 19th European Microwave Conference, London, Engl., Sept. 4-7, 1989, pp. 167-171.

32.  S. M Wentworth, R. L. Rogers, D. P. Neikirk, and T. Itoh, "A Twin Slot Antenna Structure on a Layered Substrate for Millimeter Wave Imaging Arrays," 14th International Conference on Infrared and Millimeter Waves, M. von Ortenberg, Editor, SPIE Vol. 1240, Oct. 2-6, 1989, pp. 399-400.

33.  S. M. Wentworth, R. L. Rogers, J. G. Heston, and D. P. Neikirk, "Twin-slot multi-layer substrate-supported antennas and detectors for terahertz imaging," First International Symposium on Space Terahertz Technology, University of Michigan, Ann Arbor, Mich., March 5-6, 1990, pp. 201-213.

34.  D. R. Miller, V. K. Reddy, and D. P. Neikirk, "Realistic Band Structure Effects of GaAs/AlAs Quantum Well Diodes: Theory and Experiment," Proceedings of the SPIE Symposium on Advances in Semiconductors and Superconductors: High Speed Electronics and Device Scaling, SPIE Vol. 1288, San Diego, CA, March 17-21, 1990, pp. 167-176.

35.  P. Cheung, M.S. Islam, D. P. Neikirk, and T. Itoh, "Circuit Model of Coplanar Waveguide Phase Shifters on GaAs Substrates," Gallium Arsenide Applications Symposium '90, Rome, Italy, April 19-20, 1990.

36.  P. Cheung, D. P. Neikirk, and T. Itoh, "Measurements of an Optically Controlled Co-Planar Waveguide Phase Shifter," Microwaves and Optronics Conference and Exhibition on Ultra High Frequency Engineering (MIOP 90), Stuttgart, West Germany, April 24-26, 1990.

37.  S. M. Wentworth and D. P. Neikirk, "A Transition Edge Microbolometer (TREMBOL) for Far-Infrared Detection," SPIE Conference on Superconductivity Applications for Infrared and Microwave Devices, SPIE Proceedings Vol. 1292, Orlando, FL, April 19-20, 1990.

38.  M.S. Islam, P. Cheung, C.-Y. Chang, D. P. Neikirk, and T. Itoh, "Optically-Controlled Tunable CPW Resonators," IEEE MTT-S International Microwave Symposium Digest, Vol. II, May 8-10, 1990, pp. 949-950.

39.  S. M. Wentworth and D. P. Neikirk, "Far-Infrared Composite Microbolometers," IEEE MTT-S International Microwave Symposium Digest, Vol. III, May 8-10, 1990, pp. 1309-1310.

19

40.  J. G. Heston, S. M. Wentworth, R. L. Rogers, D. P. Neikirk, and T. Itoh, "MM Wave /FIR Twin Slot Antenna Structures," AP-S International Symposium and URSI Radio Science Meeting, May, 1990.

41.  T. Y. Chu, D. P. Neikirk, and B. G. Streetman, "Properties and Applications of $Al_xGa_{1-x}As$ Grown at Low Temperatures," Proceedings of the Sixth International Conference on Molecular Beam Epitaxy, Aug. 27-31, 1990, La Jolla, CA, Journal of Crystal Growth, vol. 111, n 1-4, May 2, 1991..

42.  A. Mortazawi, D. Miller, D. P. Neikirk, and T. Itoh, "Small Signal Measurements of the Microwave Impedance of QWITT Diodes," 20th European Microwave Conference, Budapest, Hungary, Sept. 10-14, 1990, pp. 715-718.

43.  V. K. Reddy, A. J. Tsao, S. Javalagi, D. R. Miller, and D. P. Neikirk, "Quantum Well Injection Transit Time (QWITT) Diode Oscillators," 15th International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1514, Dec. 10-14, 1990, pp. 88-90.

44.  M. S. Islam, P. Cheung, D. P. Neikirk, and T. Itoh, "Microwave response of a coplanar waveguide phase shifter to pulsed optical illumination," 15th International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1514, Dec. 10-14, 1990, pp. 484-486.

45.  J. M. Lewis, D. P. Neikirk, and S. M. Wentworth, "Low growth temperature GaAs microbolometers," 15th International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1514, Dec. 10-14, 1990, pp. 398-400.

46.  C. S. Kyono, P. Cheung, C. J. Pinzone, N. D. Gerrard, T. Bustami, C.M. Maziar, D. P. Neikirk, and R.D. Dupuis, "High gain, high speed InGaAs/InP heterojunction bipolar transistors," 1990 IEEE International Electron Devices Meeting, San Francisco, CA, Dec. 9-12,1990, pp. 677-680.

47.  Nanda Gopal, Dean P. Neikirk, and Lawrence T. Pillage, "Evaluating RC-Interconnect using Moment-Matching Approximations," 1991 IEEE International Conference on Computer-Aided Design Digest of Technical Papers, Conference on Computer-Aided Design - ICCAD-91, Santa Clara, CA, Nov. 10-14, 1991, pp. 74-77.

48.  K. K. Gullapalli, D. R. Miller, and D. P. Neikirk, "Hybrid Boltzmann Transport - Schrödinger Equation Model for Quantum Well Injection Transit (QWITT) Diodes," 1991 IEEE International Electron Devices Meeting, Washington, DC, Dec. 8-11, 1991, pp. 18.5.1-18.5.4.

49.  Douglas R. Miller and D. P. Neikirk, "Lattice Wigner simulations of double barrier resonant tunneling devices," Third International Symposium on Space Terahertz Technology, The University of Michigan, Ann Arbor, Mich., March 24-26, 1992, pp. 560-574.

20

50.   Youngmin Kim, Wanjun Wang, Dean P. Neikirk, and Ilene J. Busch-Vishniac, "Fabrication and characterization of a clover type position sensitive photodetector," IEEE Instrumentation / Measurement Technology Conference, New York NY, May 12-14, 1992.

51.   Nanda Gopal, Emre Tuncer, Dean P. Neikirk, and Lawrence T. Pillage, "Non-uniform lumping models for transmission line analysis," IEEE Topical Meeting on Electrical Performance of Electronic Packaging, Tucson, AZ, April 22-24, 1992, pp. 119-121.

52.   K. K. Gullapalli and D. P. Neikirk, "Evaluating space charge resistance in resonant tunneling diodes," 11th Annual Symposium on Electronic Materials, Processing, and Characterization, Richardson, TX, June 1-2, 1992.

53.   D. R. Miller and D. P. Neikirk, "Realistic Lattice Wigner simulations of double barrier resonant tunneling devices," 11th Annual Symposium on Electronic Materials, Processing, and Characterization, Richardson, TX, June 1-2, 1992.

54.   V. K. Reddy, S. Javalagi, and D. P. Neikirk, "Molecular beam epitaxial growth and characterization of double barrier resonant tunneling diodes for microwave oscillator applications," 11th Annual Symposium on Electronic Materials, Processing, and Characterization, Richardson, TX, June 1-2, 1992.

55.   Alwin J. Tsao, M. S. Islam, and D. P. Neikirk, "Epitaxial liftoff of GaAs/AlGaAs thin film device structures for hybrid integration on silicon and quartz substrates," 11th Annual Symposium on Electronic Materials, Processing, and Characterization, Richardson, TX, June 1-2, 1992 (Best Student Paper Award).

56.   A. J. Tsao, K. K. Gullapalli, and D. P. Neikirk, "Effect of barrier asymmetries in AlAs/GaAs double barrier resonant tunneling diodes: experiment and numerical simulation," 11th Annual Symposium on Electronic Materials, Processing, and Characterization, Richardson, TX, June 1-2, 1992.

57.   K. K. Gullapalli, A. J. Tsao, and D. P. Neikirk, "Observation of zero-bias multi-state behavior in selectively doped two-terminal quantum tunneling devices," 1992 IEEE International Electron Devices Meeting, San Francisco, CA, Dec. 13-16, 1992, pp. 479-482.

58.   D. R. Miller and D. P. Neikirk, "Lattice Wigner Simulations of Quantum Devices," 1992 IEEE International Electron Devices Meeting, San Francisco, CA, Dec. 13-16, 1992, pp. 561-564.

59.   J. M. Lewis and D. P. Neikirk, "HiTc composite microbolometers using YBCO," 17th International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1929, Dec. 14-17, 1992, pp. 202-203.

60.   V. K. Reddy and D. P. Neikirk, "AlAs/InAs heterojunction barrier varactors," 17th

21

International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1929, Dec. 14-17, 1992, pp. 358-359.

61. A. J. Tsao, M. Saiful Islam, and D. P. Neikirk, "Hybrid integration of millimeter wave devices using the epitaxial lift-off (ELO) technique," 17th International Conference on Infrared and Millimeter Waves, Richard J. Temkin, Editor, SPIE vol. 1929, Dec. 14-17, 1992, pp. 421-422.

62. M. Saiful Islam, Emre Tuncer and Dean P. Neikirk, "Accurate Quasi-Static Model for Conductor Loss in Coplanar Waveguide," 1993 IEEE MTT-S International Microwave Symposium Digest, Vol. II, pp. 959-962.

63. V. K. Reddy, S. Javalagi, and D. P. Neikirk, "AlAs/InGaAs Single Barrier Diodes," 12th Annual Symposium on Electronic Materials, Processing, and Characterization, Austin, TX, June 7-8, 1993.

64. Y. Kim and D. P. Neikirk, "Monolithically integrated optical pressure microsensor," 12th Annual Symposium on Electronic Materials, Processing, and Characterization, Austin, TX, June 7-8, 1993.

65. K. K. Gullapalli and D. P. Neikirk, "Memory Switching Phenomena in Quantum Well Diodes," 12th Annual Symposium on Electronic Materials, Processing, and Characterization, Austin, TX, June 7-8, 1993.

66. E. Tuncer, S. Y. Kim, L. T. Pillage and D. P. Neikirk, "A new, efficient circuit model for microstrip lines including both current crowding and skin depth effects" IEEE 2nd Topical Meeting on Electrical Performance of Electronic Packaging, Monterey, CA, Oct. 20-22, 1993, pp. 85-88.

67. S. Y. Kim, E. Tuncer, R. Gupta, B. Krauter, D. P. Neikirk, and L. T. Pillage, "An Efficient Methodology for Extraction and Simulation of Transmission Lines for Application Specific Electronic Modules," IEEE/ACM International Conference on Computer-Aided Design - 93, Santa Clara, CA, Nov. 7-11, 1993, pp. 58-65.

68. K. K. Gullapalli, D. R. Miller, and D. P. Neikirk, "Wigner-Poisson simulation of memory switching heterostructure tunneling diodes," 1993 IEEE International Electron Devices Meeting, Washington, DC, Dec. 5-8, 1993, pp. 109-112.

69. T. R. Block, K. G. Eyink, D. P. Neikirk, and B. G. Streetman, "Diffraction condition dependence of RHEED dampening during MBE growth," Epitaxial Growth Processes, Proc. SPIE Conf. on Optics, Electro-optics, and Laser Applications, SPIE Vol. 2140, Los Angeles, CA, Jan. 26-27, 1994, pp. 10-24.

70. K. K. Gullapalli and D. P. Neikirk, "Incorporating spatially varying effective-mass in the Wigner-Poisson model for AlAs/GaAs resonant-tunneling diodes," Proceedings of the Third Annual International Workshop on Computational Electronics, Portland, OR, May

22

18-20, 1994, pp. 171-174.

71.  E. Tuncer, Beom-Taek Lee, and D. P. Neikirk, "Interconnect Series Impedance Determination Using a Surface Ribbon Method" IEEE 3rd Topical Meeting on Electrical Performance of Electronic Packaging, Monterey, CA, Nov. 2-4, 1994, pp. 250-252.

72.  C. Hearn, W. Maddox, Y. Kim, V. Gupta, D. Masser, P. Koeneman, C. S. Chu, I. Busch-Vishniac, D. Neikirk, W. Weldon, and K. Wood, "Smart Mechanical Bearings Using MEMS Technology," ASME Energy and Environment EXPO '95:  Tribology Symposium 1995, editor: H. Masudi, Houston, TX, Jan. 29 - Feb. 1, 1995, pp. 1-10.

73.  Y. Kim and D. P. Neikirk, "Fabry Perot Pressure Sensor," *AVS 14th Annual Symposium on Electronic Materials, Processing, and Characterization*, Austin, Texas, June 6-7, 1995.

74.  O. Hartin and D. P. Neikirk, "Memory Switching in RTDs," *AVS 14th Annual Symposium on Electronic Materials, Processing, and Characterization*, Austin, Texas, June 6-7, 1995.

75.  V. Gupta and D. P. Neikirk, "Design  and Fabrication of an Inductive Proximity Sensor using a Two-Coil Planar Transformer on a Micromachined Membrane," *AVS 14th Annual Symposium on Electronic Materials, Processing, and Characterization*, Austin, Texas, June 6-7, 1995.

76.  D. P. Neikirk, E. Tuncer, and B.-T. Lee, "The Use of Effective Internal Impedance Approximations in Lossy Transmission Line Modeling," *Progress in Electromagnetics Research Symposium PIERS 95*, The Universtity of Washington, Seattle, Washington, July 24-28, 1995, p. 955.

77.  D. P. Neikirk, M. S. Islam, and E. Tuncer, "Accurate Quasi-Static Modeling of Transmission Lines on Semiconducting Substrates," *Progress in Electromagnetics Research Symposium PIERS 95*, The Universtity of Washington, Seattle, Washington, July 24-28, 1995, p. 929.

78.  B. Krauter, D. P. Neikirk, and L. T. Pillage, "Sparse Partial Inductance Matrix Formulation," *Progress in Electromagnetics Research Symposium PIERS 95*, The University of Washington, Seattle, Washington, July 24-28, 1995, p. 957.

79.  O. Hartin, D. P. Neikirk, A. Anselm, and B. Streetman, "Design and Fabrication of a Three Terminal Quantum Storage Device," Proceedings of the 1995 IEEE/Cornell Conference on Advanced Concepts in High Speed Semiconductor Devices and Circuits, Cornell University, Ithaca, NY, USA, August 7-9, 1995, p. 209-218.

80.  K. L. Wood, I. Busch-Vishniac, D. Neikirk, and W. Weldon, "Smart Hydrodynamic Bearing Applications of Micro-Electro-Mechanical Systems," *American Society of Mechanical Engineers' 1995 International Mechanical Engineering Congress and*

23

*Exposition*, San Francisco, Nov. 12-17, 1995.

81.  B.-T. Lee, E. Tuncer, and D. P. Neikirk, "Efficient 3-D Series Impedance Extraction using Effective Internal Impedance," *IEEE 4th Topical Meeting on Electrical Performance of Electronic Packaging*, Portland, OR, October 1-4, 1995, pp. 220-222.

82.  V. Gupta and D. P. Neikirk, "Design of an Eddy-Current Proximity Sensor using a Two-Coil Planar Transformer," in Micromachined Devices and Components, Ray Roop, Kevin Chau, Editors, Proc. SPIE 2642, pp. 173-182, Austin, Texas, USA, 23-24 October, 1995.

83.  Y. Kim and D. P. Neikirk, "Micromachined Fabry-Perot Pressure Transducer with Optical Fiber Interconnects," in Micromachined Devices and Components, Ray Roop, Kevin Chau, Editors, Proc. SPIE 2642, pp. 242-249, Austin, Texas, USA, 23-24 October, 1995.

84.  Kristin L. Wood, Dean Neikirk, Ilene Busch-Vishniac, and William Weldon, "MEMS Hydrodynamic Bearings:  Applications and Implications to Machine-Failure Prevention," Proceedings of a Joint Conference on Integrated Monitoring, Diagnostics and Failure Prevention, Joint Oil Analysis program Technical Support Center, University of Wales, Swansea, Mobile, AL, April 22-26, 1996, pp. 363-372.

85.  S. Kim and D. P. Neikirk, "Compact Equivalent Circuit Model for the Skin Effect," 1996 IEEE-MTT-S International Microwave Symposium, San Francisco, California, June 17-21, 1996, pp. 1815-1818.

86.  J. Han, D. P. Neikirk, M. Clevenger, and J. T. McDevitt, "Fabrication and characterization of a Fabry-Perot based chemical sensor," SPIE Microelectronic Structures and MEMS for Optical Processing II, M. E. Motamedi and W. Bailey, editors, Proc. SPIE 2881, Austin, Texas, USA, 14-15 October, 1996, pp. 171-178.

87.  J. Han and D. P. Neikirk, "Deflection behavior of Fabry-Perot pressure sensors having planar and corrugated membrane," SPIE's Micromachining and Microfabrication '96 Symposium: Micromachined Devices and Components II, R. Roop and K. Chau, Proc. SPIE 2882, Austin, Texas, USA, 14-15 October, 1996, pp. 79-90.

88.  B.-T. Lee and D. P. Neikirk, "Minimum Segmentation in the Surface Ribbon Method for Series Impedance Calculations of Microstrip Lines," *IEEE 5th Topical Meeting on Electrical Performance of Electronic Packaging*, Napa, CA, October 28-30, 1996, pp. 233-235.

89.  S. -J. Yoo, J. Lavigne, S. Savoy, J. B. McDoniel, E. V. Anslyn, J. T. McDevitt, D. P. Neikirk, J. B. Shear, "Micromachined storage wells for chemical sensing beads in an 'artificial tongue'," SPIE's Micromachining and Microfabrication '96 Symposium: Micromachined Devices and Components III, K. Chau and P. J. French, editors, Proc. SPIE 3224, Austin, Texas, USA, 29-30 September, 1997.

24

90.  Sangwoo Kim and Dean P. Neikirk, "Time Domain Multiconductor Transmission Line Analysis Using Effective Internal Impedance," *IEEE 6th Topical Meeting on Electrical Performance of Electronic Packaging*, San Jose, CA, October 27 - 29, 1997, pp 255-258.

91. S.-J. Yoo, R. Friar, and D. P. Neikirk, "Analytic modeling of monolithic inductors on semiconductor substrates," IEEE Topical Meeting on Electrical Performance of Electronic Packaging, , Oct 26-28, 1998, pp. 219-222.

92. S. Savoy, J. J. Lavigne, J. S.-J. Yoo, J. Wright, M. Rodriguez, A. Goodey, B. McDoniel, J. T. McDevitt, E. V. Anslyn, J. B. Shear, A. Ellington, and D. P. Neikirk, "Solution-based analysis of multiple analytes by a sensor array: toward the development of an electronic tongue," SPIE Chemical Microsensors and Applications, Vol. 3539, Boston, MA, Nov. 4, 1998, pp. 17-26.

93. J. J. Lavigne, A. Metzger, K. Niikura, L. A. Cabell, S. M. Savoy, J. S. Yoo, J. T. McDevitt, D. P. Neikirk, J. B. Shear, and E. V. Anslyn, "Single-analyte to multianalyte fluorescence sensors," SPIE Advances in Fluorescence Sensing Technology IV, S. A. Soper and R. B. Thompson, Vol. 3602, Boston, MA, May, 1999, pp. 220-231.

94. R. J. Friar and D. P. Neikirk, "Experimental Determination of the Importance of Inductance in Sub-Micron Microstrip Lines," IEEE 1999 International Interconnect Technology Conference, San Francisco, May 24-26, 1999, pp. 176-177.

95. Eames, Sara J.; Yoo, J. Seung-Jin; Warner, John C.; Neikirk, Dean P.; McDevitt, John Thomas, "Lithographically patterned superconductor bolometer detectors for visible and near-infrared radiation incorporating wavelength-selective light-absorbing elements," Proc. SPIE-Int. Soc. Opt. Eng.  (1999), 3790 (Engineered Nanostructural Films and Materials), pp. 160-168, July 23, 1999.

96. R. Friar and D. P. Neikirk, "Limitations due to systematic phase errors on the extraction of loss tangent from micron-sized transmission line test structures," IEEE Topical Meeting on Electrical Performance of Electronic Packaging, San Diego, CA, October 25-27, 1999, p. 67-70.

97. Youngsoo Sohn, John Levigne, Dr. Yi Deng, Adrian Goodey, Marc Rodriquez, Andrew Tsao, Theodore E. Curey, Dean P. Neikirk, Eric Anslyn, John McDevitt, and Jason Shear, "Micromachined multi-analyte sensors: towards an 'electronic tongue'," NASA NanoSpace 2000, International Conference on Integrated Nano/Microtechnology for Space Applications, League City, TX, Jan. 23-28, 2000.

98. Y.-S. Sohn, A. Tsao, E. Anslyn, J. McDevitt, J. B. Shear, and D. P. Neikirk, "Liquid Flow through an Array-based Chemical Sensing System," Proc. SPIE-Int. Soc. Opt. Eng. (2000),  4177 (Microfluidic Devices and Systems III), Sept. 18-21, 2000, pp. 212-219.

25

99. Young-Soo Sohn, Adrian P. Goodey, Eric V. Anslyn, John T. McDevitt, Jason B. Shear, and Dean P. Neikirk, "MEMS Based Microfluidic Structure for Biological and Chemical Sensor Array," TEX MEMS III, Dallas, TX, June 7, 2001, p. 23.

100. S. C. McCleskey, A. P. Goodey, M. D. Rodriguez, J. T. McDevitt, E. V. Anslyn, and D. P. Neikirk, "Development of a multi-component sensor array for the simultaneous detection of various analytes in solution," presented at 222nd ACS National Meeting,, Chicago, IL, 2001.

101. D. Neikirk, Y. Sohn, S. Yoo, B. Park, Y. Park, B. Woo, and S. Wood, "From medical to structural health monitoring: electronic taste chips to electronic structural surveillance tags," presented at International Sensor Conference 2001 (ISC 2001), Seoul, Korea, 2001.

102. Y.-S. Sohn, A. P. Goodey, E. Anslyn, J. McDevitt, J. Shear, and D. P. Neikirk, "Development of a Micromachined Fluidic Structure for a Biological and Chemical Sensor Array," presented at Fifth International Conference on Miniaturized Chemical and Biochemical Analysis Systems, µTAS 2001, Monterey, California, 2001.

103. S. Wood and D. Neikirk, "Development of a passive sensor to detect cracks in welded steel construction," presented at US-Japan Joint Workshop and Third Grantees Meeting,  US-Japan Cooperative Research in Urban Earthquake Disaster Mitigation, Seattle, 2001.

104. T. Postlethwaite, T. Spain-Santanta, P. Zhang, R. Priest, J. McDevitt, J. Shear, D. Neikirk, E. Anslyn, S. McCleskey, and P. Floriano, "Electronic taste chip sensor for the detection of chemical and biological targets," presented at SPIE AeroSense 2002: Conference 4722 Chemical and Biological Sensing III, Orlando, Florida, 2002.

105. Wiskur, Sheryl L.; Metzger, Axel; Lavigne, John J.; Schneider, Stephen E.; Anslyn, Eric V.; McDevitt, John T.; Neikirk, Dean; Shear, Jason B.; "Mimicking the mammalian sense of taste through single-component and multicomponent analyte sensors," ACS Symposium Series, v 825, 2002, p 276-288.

106. Novak, Lisa J.; Grizzle, Kristi M.; Wood, Sharon L.; Neikirk, Dean P., "Development of state sensors for civil engineering structures," Proceedings of SPIE's Vol. 5057 8th Annual International Symposium on NDE for Health Monitoring and Diagnostics: Smart Systems and NDE for Civil Infrastructures, March 3-6, 2003, pp. 358-363.

107. J. W. Kim and D. P. Neikirk, "Infrared wavelength selective micromachined microbolometers," Proceedings of SPIE Vol. 5116 Smart Sensors, Actuators, and MEMS, SPIE's First International Symposium on Microtechnologies for the New Millennium 2003, Maspalomas, Gran Canaria (Canary Islands), Spain, May 19-21, 2003, pp. 514-522.

26

108. B. H. Park, Y. S. Park, Y.-S. Sohn, and D. P. Neikirk, "Fabrication of bead size sorting chip for chemical array sensor," Proceedings of SPIE Vol. 5116 Smart Sensors, Actuators, and MEMS, SPIE's First International Symposium on Microtechnologies for the New Millennium 2003, Maspalomas, Gran Canaria (Canary Islands), Spain, May 19-21, 2003, pp. 303-313.

109. B. H. Park, Y.-S. Sohn, and D. P. Neikirk, "Development of micro bead size selection chip for a chemical array sensor," µTAS2003 / microTAS2003: The 7th International Conference on Miniaturized Chemical and BioChemical Analysis Systems, Squaw Valley, California USA, October 5-9 2003, pp. 631-634.

110. Jooyong Kim; Neikirk, D.P.; "Experimental characterization of copper/low-k transmission line interconnects through microwave measurements," IEEE Electrical Performance of Electrical Packaging (IEEE Cat. No. 03TH8710), Princeton, NJ, USA, Oct. 27-29, 2003, p. 93-96.

111. J. T. Simonen, M. M. Andringa, K. M. Grizzle, S. L. Wood, and D. P. Neikirk, "Wireless sensors for monitoring corrosion in reinforced concrete members," Proceedings of SPIE Smart Structures/NDE Joint Conference Vol. #5391, 15-18 March 2004, San Diego, CA, 2004, pp. 587-596.

112. M. M. Andringa, D. P. Neikirk, and S. L. Wood, "Unpowered wireless analog resistance sensor," Proceedings of SPIE Smart Structures/NDE Joint Conference Vol. 5391, 15-18 March 2004, San Diego, CA, 2004, pp. 356-367.

113. Shifeng Li, David Fozdar, Dongbing Shao, Shaochen Chen, Pierre N. Floriano, Nicolaos Christodoulides, Mehnaaz F. Ali, Priya Dharshan, John T McDevitt, Dean Neikirk, "Disposable Polydimethylsiloxane/Silicon Hybrid Chips for Protein Detection," IMECE2004-62170, Proceedings of IMECE: International Mechanical Engineering Congress and Exposition, November 13-19, 2004, Anaheim, California

114. J. W. Kim, Y. Sohn, and D. P. Neikirk, "Microfabrication of a multichannel microfluidic system for use with microbead reagent sources and detectors," SPIE MOEMS-MEMS 2005, MICROFLUIDICS, BIOMEMS AND MEDICAL MICROSYSTEMS III, Proceedings of SPIE Vol. #5718, 25-27 January 2005, pp. 265-271.

115. Nathan P. Dickerson, Jarkko T. Simonen, Matthew M. Andringa, Sharon L. Wood, and Dean P. Neikirk, "Wireless low-cost corrosion sensors for reinforced concrete structures," SPIE: Smart Structures/NDE Joint Conference, Proceedings of SPIE Vol. 5765, 7-10 March 2005, pp. 493-503.

116. S.-W. Han and D. P. Neikirk, "Design of infrared wavelength-selective microbolometers using planar multimode detectors," presented at Proceedings of the SPIE Vol. 5836 Smart Sensors, Actuators, and MEMS II, Microtechnologies for the New Millennium 2005, Seville, Spain, May 9-11, 2005, pp. 549-557.

27

117. B. Park, Y. S. Park, J. W. Kim, Y.-S. Sohn, and D. P. Neikirk, "MEMS-based method of polymer bead handling for chemical array sensors," Proceedings of the SPIE Vol. 5836 Smart Sensors, Actuators, and MEMS II, Microtechnologies for the New Millennium 2005, Seville, Spain, May 9-11, 2005, pp. 625-633.

118. Sang-Wook Han and D. P. Neikirk, "Design of broadband or wavelength selective planar multi-mode microbolometer infrared detectors," The Joint 30th International Conference on Infrared and Millimeter Waves and 13th International Conference on Terahertz Electronics, IRMMW-THz 2005 Volume 2,  19-23 Sept. 2005, pp. 650 – 651.

119. Sang-Wook Han, Yoon Sok Park, and D. P. Neikirk, "Multilayer Fabry-Perot microbolometers for infrared detection," The Joint 30th International Conference on Infrared and Millimeter Waves and 13th International Conference on Terahertz Electronics, IRMMW-THz 2005 Volume 2,  19-23 Sept. 2005, pp. 646 - 647.

120. Matthew M. Andringa, Dean P. Neikirk, Nathan P. Dickerson, Sharon L. Wood, "Unpowered wireless corrosion sensor for steel reinforced concrete", 4th IEEE International Conference on Sensors, Irvine, Ca, Nov. 1-3, 2005, pp. 155-158.

121. Andringa, Matthew M.; Puryear, John M.; Neikirk, Dean P.; Wood, Sharon L., "Low-cost wireless corrosion and conductivity sensors," Proceedings of SPIE - The International Society for Optical Engineering, v 6174 I, Smart Structures and Materials 2006 - Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2006, p 61740X.

122. Byungki Woo, Matthew Andringa, Sharon Wood, and Dean P. Neikirk, "Development of a Resonant Repeater Tag for the Enhancement of Sensitivity and Specificity in a Wireless Eddy Current Sensing Scheme" Proceedings of SPIE - The International Society for Optical Engineering, v 6174 I, Smart Structures and Materials 2006 - Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2006 [6176-54].

123. Dickerson, Nathan P., Andringa, Matthew M.; Puryear, John M.; Wood, Sharon L.; Neikirk, Dean P., "Wireless threshold sensors for detecting corrosion in reinforced concrete structures," Proceedings of SPIE - The International Society for Optical Engineering, v 6174 I, Smart Structures and Materials 2006 - Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2006, p 61741L.

124. Sangwook Han, Jooyong Kim, and Dean P. Neikirk, "RF Measurement, Characterization, and Verification of Cu/low-k Transmission Line Interconnects," IEEE International Conference on Microelectronic Test Structures, March 6-9, 2006 Hyatt Regency on Town Lake Austin, Texas USA.

125. S. Han and D. P. Neikirk, "Multilayer Fabry-Perot microbolometers for 2-color infrared detection," Proceedings of SPIE - The International Society for Optical

28

Engineering, v 6206 I, Infrared Technology and Applications XXXII, Orlando, Florida, April 17-21, 2006, p 62061G.

126. A. Weling, P. F. Henning, D. P. Neikirk, and S. Han, "Antenna-coupled microbolometers for multispectral infrared imaging," Proceedings of SPIE - The International Society for Optical Engineering, v 6206 I, Infrared Technology and Applications XXXII, , Orlando, Florida, April 17-21, 2006, p 62061F

127. Dean P. Neikirk, Archie Holmes, Eric V. Anslyn, "Point and Stand-off Sensors for Explosives Detection," The 7th International Symposium on Technology and the Mine Problem, Naval Postgraduate School, Monterey, CA, May 2-5, 2006.

128. Sangwook Han, Rubin Sidhu, Archie Holmes, and Dean P. Neikirk, "Wavelength selective mid and long wave infrared sensor design," 2006 International Symposium on Spectral Sensing Research (ISSSR-2006), organized by the US Army Edgewood Chemical & Biological Center, Bar Harbor, Maine, 29 May – June 2, 2006.

129. Yoon Park, Dean P. Neikirk, and Eric V. Anslyn, "Micromachined Chemiluminescent System for Explosives Detection," Proceedings of SPIE Vol. 6398, Optically-Based Biological and Chemical Detection for Defence III, Monday-Wednesday 11-13 September 2006, Stockholm.

130. Michael D. Engelhardt, Sharon L. Wood, and Dean P. Neikirk, "Challenges for Performance-Based Fire Safety Design of Steel Structures and Opportunities for Sensor Technologies," US-Korea Workshop on Smart Structures Technology for Steel Structures, Prima Hotel, Seoul, Korea, 16-18 November 2006.

131. Yoon S. Park, Matthew M. Andringa, Dean P. Neikirk, Himali S. Hewage, and Eric V. Anslyn, "Smart microplates: integrated photodiodes for detecting bead-based chemiluminescent reactions," 5th IEEE International Conference on Sensors, paper # B1L-E-4,  Daegu, Korea, October 22 – 25, 2006.

132. M. M. Andringa, J. M. Puryear, D. P. Neikirk, S. L. Wood, "In situ measurement of conductivity and temperature during concrete curing using passive wireless sensors," SPIE's 14th Annual International Symposium on Smart Structures and Materials & Nondestructive Evaluation and Health Monitoring, Proceedings of SPIE vol 6529 Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2007.

133. J. M. Puryear, M. M. Andringa, S. L. Wood, D. P. Neikirk, "Low-cost wireless sensors for civil infrastructure," SPIE's 14th Annual International Symposium on Smart Structures and Materials & Nondestructive Evaluation and Health Monitoring, Proceedings of SPIE vol 6529 Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2007.

29

134. J. Jung, S. Han, D. P. Neikirk, A. S. Weling, J. H. Goldie, P. D. Willson, "Wavelength-selective infrared detectors based on patterned resistive sheets," SPIE Defense and Security Symposium 2007, Conference 6542, Infrared Technology and Applications XXXIII, April 9-13, 2007, paper [6542-47].

135. Y. S. Park, H. S. Hewage, D. P. Neikirk, E. V. Anslyn, "Micromachined microfluidic chemiluminescent system for explosives detection," SPIE Defense and Security Symposium 2007, Conference 6554, Chemical and Biological Sensing VIII, April 11-12, 2007, paper [6554-02].

136. Yoon S. Park, P. Pasupathy, and Dean P. Neikirk, "Resonant chemical surveillance tags," SPIE Europe Symposium on Security and Defence, Florence, Italy, 17 - 20 September 2007, Proceedings of SPIE vol. 6739, Electro-Optical Remote Sensing, Detection, and Photonic Technologies and Their Applications, 2007, p. 673916, paper [6739B-43].

137. Joo-Yun Jung, Sangwook Han, Dean P. Neikirk, "Wavelength-selective infrared detectors," SPIE Europe Symposium on Security and Defence, Florence, Italy, 17 - 20 September 2007, Proceedings of SPIE vol. 6737, Electro-Optical and Infrared Systems: Technology and Applications IV, 2007, p. 67370Z, paper [6737-35].

138. Y. Park, M. Andringa, D. Neikirk, H. Hewage, and E. Anslyn, "Smart microplates: Photodiode Within Silicon Pyramidal Cavity for Detecting Bead-Based Chemiluminescence and AC Characterization for RFID-Type Readout," 6th IEEE Conference on Sensors, Atlanta, Georgia, Oct 28-31, 2007, pp. 1189-1192.

139. P. Pasupathy, Dean P. Neikirk, and Sharon L. Wood, "Improved reading techniques for electronic structural surveillance tags," Proc. SPIE Volume 6932 / Wireless Sensors/Networks, Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, March 2008, San Diego, California, USA, 2008693214 (2008), DOI:10.1117/12.776522.

140. Yoon Seok Park, Praveenkumar Pasupathy, Dean P. Neikirk, Eric V. Anslyn, "Micromachined platform for chemiluminescent and phosphorescent vapor detection" (Invited Paper), SPIE Europe Symposium on Security and Defence, Cardiff, Wales, 15 - 18 September 2008, Proceedings of SPIE vol. 7116, Optically Based Biological and Chemical Detection for Defence, paper [7116-27].

141. Puryear, J.M.H., Dickerson, N.P., Wood, S.L., and Neikirk, D.P., "Low-Cost Wireless Sensors for Concrete Bridges," NDE/NDT for Highways and Bridges: Structural Materials Technology, American Society for Nondestructive Testing, Oakland, CA, September 2008.

142. Pasupathy, P., Zhuzhou, M., Neikirk, D.P., Wood, S.L., "Unpowered resonant wireless sensor nets for structural health monitoring," 2008 IEEE Conference on Sensors, Lecce, Italy, Oct 26-29, 2008, pp. 697-700, ISBN: 978-1-4244-2580-8.

30

143. Wood, S.L. and Neikirk, D.P., "Passive Sensors for Infrastructure Monitoring," Proc. of SPIE Vol. 7292, keynote paper, Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems 2009, International Society for Optical Engineering, San Diego, California, 9 March 2009, pp. 729202-1 to 729202-11.

144. Joo-Yun Jung, Jong Yeon Park, and Dean P. Neikirk, "Wavelength-selective infrared detectors based on cross patterned resistive sheets," Proc. SPIE 7298, 72980L (2009), DOI:10.1117/12.818638, SPIE Defense and Security Symposium 2009, Infrared Technology and Applications XXXV, April 13-17, 2009.

145. Praveen Pasupathy, Shasi Munukutla, Dean P. Neikirk, and Sharon L. Wood, "Versatile wireless sacrificial transducers for electronic structural surveillance sensors," 2009 IEEE Conference on Sensors, Christchurch, New Zealand, Oct 25-28, 2009, paper B3L-C2, Oct. 27, IEEE Catalog Number: CFP09SEN-CDR, ISBN: 978-1-4244-5335-1, pp. 979-983.

146. Jun Wan Kim, Praveen Pasupathy, Sheng Zhang, and Dean P. Neikirk, "Measurement of liquid complex dielectric constants using non-contact sensors," 2009 IEEE Conference on Sensors, Christchurch, New Zealand, Oct 25-28, 2009, paper C5L-C5, Oct. 28, IEEE Catalog Number: CFP09SEN-CDR, ISBN: 978-1-4244-5335-1, pp. 2017-2020.

147. Ali Abu Yousef, Praveenkumar Pasupathy, Sharon L. Wood, and Dean P. Neikirk, "Embedded Passive Sensors for Detecting Corrosion in Concrete Bridge Decks," 89th Annual Meeting, Transportation Research Board, Washington, DC, January 2010, Paper #10-3483.

147. Ye Chen, Praveenkumar Pasupathy, Dean P. Neikirk, Sharon L. Wood, "Magneto-inductive waveguide as a passive wireless sensor nets  for structural health monitoring," Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems, Conference 7647 - Proceedings of SPIE Volume 7647, Date: Thursday 11 March, 2010, San Diego, California, USA.

148. Joo-Yun Jung, Jong Yeon Park, Dean P. Neikirk, Aniruddha S. Weling, William T. Hafer, James H. Goldie, Paul D. Willson, "Skin depth effects in wavelength-selective infrared microbolometers based on lossy frequency selective surfaces," Proceedings of SPIE, Vol. 7660, Infrared Technology and Applications XXXVI, Orlando, Florida, Monday-Friday 5-9 April 2010, paper number 7660-38.

149. Jong Yeon Park, Joo-Yun Jung, Dean P. Neikirk, Aniruddha S. Weling, William T. Hafer, James H. Goldie, Paul D. Willson, "Fabrication of wavelength selective germanium dielectric supported microbolometers," Proceedings of SPIE, Vol. 7660, Infrared Technology and Applications XXXVI, Orlando, Florida, Monday-Friday 5-9 April 2010, paper number 7660-139.

31

150. Ali Abu Yousef, Praveenkumar Pasupathy, Sharon L. Wood, and Dean P. Neikirk, "Passive Sensors for Detecting Corrosion in Concrete Structures," 3rd Congress of the International Federation for Structural Concrete, Washington, DC, May 2010.

151. Ali Abu Yousef, Praveenkumar Pasupathy, Sharon L. Wood, and Dean P. Neikirk, "Passive Sensors for Detecting Corrosion in Concrete Structures," 5th International Conference on Bridge Maintenance, Safety and Management, Philadelphia, PA, July 2010.

152. Ali Abu Yousef, Praveenkumar Pasupathy, Sharon L. Wood, and Dean P. Neikirk, "Passive Sensors for Detecting Corrosion in Concrete Bridge Decks," 7th International Bridge Engineering Conference Improving Reliability and Safety - Restoration, Renewal and Replacement, San Antonio, Texas, December 2010.

153. JinYoung Kim, Praveenkumar Pasupathy, Chih-Chieh Chou, Sharon L. Wood, and Dean P. Neikirk, "Embedded passive wireless sensors for detecting conductivity within RC structures," Proc. SPIE 7983, 79832L (2011); doi:10.1117/12.880412, SPIE Conference on Nondestructive Characterization for Composite Materials, Aerospace Engineering, Civil Infrastructure, and Homeland Security 2011Monday 7 March 2011, San Diego, California.

154. Ali E. Abu-Yousef, Praveenkumar Pasupathy, Sharon L. Wood, and Dean P. Neikirk, "Low-Cost, Passive Sensors for Monitoring Corrosion in Concrete Structures," Proc. SPIE 7983, 79831Q (2011); doi:10.1117/12.879893, SPIE Conference on Nondestructive Characterization for Composite Materials, Aerospace Engineering, Civil Infrastructure, and Homeland Security 2011Monday 7 March 2011, San Diego, California.

155. P. Pasupathy, A. Abu Yousef, D. P. Neikirk, and S. L. Wood, "Wireless Electronic Structural Surveillance Sensors Using Inductively Coupled Sacrificial Transducers," Progress in Electromagnetics Research Symposium, PIERS 2011, Marrakesh. Morocco, March 20-23, 2011, PIERS Online Vol. 7 No. 6 2011 pp: 511-515

156. Ye Chen, Praveen Pasupathy, and Dean P. Neikirk, "The Effects of Defects on Magneto-inductive Waveguide," Progress in Electromagnetics Research Symposium, PIERS 2011, Marrakesh. Morocco, March 20-23, 2011, PIERS Online Vol. 7 No. 6 2011 pp: 506-510

157. Sheng P. Zhang, Praveenkumar Pasupathy, Dean P. Neikirk, "Microfabricated self-resonant structure as a passive wireless chemical sensor," Proc. SPIE 8066, 80661L (2011); doi:10.1117/12.886895, SPIE International Symposium on Microtechnolgies, Conference 8066 Smart Sensors, Actuators and MEMS (EMT101), Prague, Czech Republic, 18-20 April 2011, Paper 8066-57.

158. Joo-Yun Jung, Jong Yeon Park, Dean P. Neikirk, Aniruddha S. Weling, Will Hafer, James H. Goldie, and Paul D. Willson, "Experimental LWIR spectral characterization of

32

wavelength selective microbolometers," SPIE Defense, Security, and Sensing, Infrared Technology and Applications XXXVII Proceedings of SPIE, paper number 8012-38, 25-29 April 2011, Orlando, Florida.

159. Jong Yeon Park, James E. Gardner, Praveen Pasupathy, Ji Won Suk, Rodney S. Ruoff, and Dean P. Neikirk, "Fabrication and Characterization of Wavelength Selective Microbolometers using a Planar Self-aligned Process for Low Deformation Membranes," in MOEMS and Miniaturized Systems XI, part of SPIE MOEMS-MEMS, San Francisco, California, 25 Jan 2012, SPIE Paper Number 8252-33, Proc. SPIE 8252, 82520Y (2012); http://dx.doi.org/10.1117/12.906290 , 7 pages.

160. Ye Chen, Praveen Pasupathy, Tanuj Trivedi, Dean P. Neikirk and Sharon L. Wood, "Improved magneto-inductive waveguide as wireless sensor net for structural health monitoring," Nondestructive Characterization for Composite Materials, Aerospace Engineering, Civil Infrastructure, and Homeland Security 2012, San Diego, California, USA, Proc. SPIE 8347, 83472H (2012); http://dx.doi.org/10.1117/12.915227, Monday 12 March 2012, 8 pages.

161. Ali E. Abu-Yosef, Praveen Pasupathy, Sharon L. Wood and Dean P. Neikirk, "Detection of multiple corrosion thresholds in reinforced concrete structures using passive sensors," Nondestructive Characterization for Composite Materials, Aerospace Engineering, Civil Infrastructure, and Homeland Security 2012, San Diego, California, USA, Proc. SPIE 8347, 83470J (2012); http://dx.doi.org/10.1117/12.915164 , Monday 12 March 2012, 7 pages.

162. JinYoung Kim, Praveenkumar Pasupathy, Sharon L. Wood and Dean P. Neikirk, "Enhanced resolution of passive wireless conductivity sensors," Sensors and Smart Structures Technologies for Civil, Mechanical, and Aerospace Systems 2012, San Diego, California, USA, Proc. SPIE 8345, 83451B (2012); http://dx.doi.org/10.1117/12.916754 , Monday 12 March 2012, 7 pages.

163. Tanuj Trivedi, Frank Raffaeli, Praveen Pasupathy, Ali E. Abu-Yousef, Ye Chen, Dean Neikirk and Sharon Wood, "A reflectometer-based reader for passive wireless structural surveillance sensors," Nondestructive Characterization for Composite Materials, Aerospace Engineering, Civil Infrastructure, and Homeland Security 2012, San Diego, California, USA, Proc. SPIE 8347, 83470I (2012); http://dx.doi.org/10.1117/12.915223 Monday 12 March 2012, 7 pages.

164. Hoo Kim and Dean P. Neikirk, "Three Dimensional Dual-band Stacked Microbolometer Design using resistive dipoles and slots," SPIE Infrared Technology and Applications XXXIX, edited by Bjørn F. Andresen, Gabor F. Fulop, Charles M. Hanson, Paul R. Norton, Proc. of SPIE Vol. 8704, 870419, 11 June 2013.

165. Dean P. Neikirk, Hoo Kim, Jong Yeon Park, Joo-Yun Jung, "Patterned resistive sheets for use in infrared microbolometers," SPIE Security + Defence, 25 Sep 2013 4:00 PM - 4:20 PM.

33

## C.  Published Abstracts

1.  P.E. Young, Q.-X. Yu, W. A. Peebles, N.C. Luhmann, Jr., D. P. Neikirk, and D. B. Rutledge, "Application of Far-Infrared Imaging Arrays to Plasma Density  and Magnetic Field Measurements,"  4th APS Topical Conference on High Temperature, 1982.

2.  P.E.  Young, Q.-X. Yu, W.A. Peebles, N.C. Luhmann, Jr., D. P. Neikirk, and D. B. Rutledge, "Demonstration of Far-Infrared Phase Imaging," 24th Annual Meeting, Division of Plasma Physics,  New Orleans, La., November, 1982.

3.  P. E. Young, W.A. Peebles, N.C. Luhmann, Jr., R.J. Taylor, D. B.  Rutledge, D. P. Neikirk, and P.P. Tong, "Current Profile Measurements in a Tokamak Plasma," 25th Ann. APS Meeting, Div. of Plasma  Physics, Nov., 1983.

4.  D. B. Rutledge, D. P. Neikirk, P.P. Tong, P.E. Young,  W.A. Peebles, N.C. Luhmann, Jr., and R.J. Taylor, "Demonstration of a FIR Imaging System as a Multi-Channel Interferometer," 25th Ann. APS  Meeting, Div. of Plasma Physics, Nov., 1983.

5.  P.E. Young, N.C. Luhmann, Jr., R.J. Taylor, D. P. Neikirk, and D. B. Rutledge, 26th Annual Meeting of the Division of Plasma Physics, Boston, MA, Oct 29- Nov 2, 1984.

6.  D.L. Brower, W.A. Peebles, S. Kim, R.L. Savage, Jr., T. Lehecka, N.C. Luhmann, Jr., J. Wagner, D. B. Rutledge, D. P. Neikirk, P.E. Young, and H.K. Park, "Recent advances in multichannel far-infrared collective scattering and interferometry systems,"  Eleventh Symposium on Fusion Engineering, Austin, TX, Nov. 18-22, 1985.

7.  A.C. Campbell, V.P. Kesan, G.E. Crook, C.M. Maziar, D. P. Neikirk, and B. G. Streetman, "Capacitive Hysteresis Effects in 5.0nm single and double barrier AlAs Tunneling Structures," 8th Molecular Beam Epitaxy Workshop, Los Angeles CA, September 9-11, 1987.

8.  A.C. Campbell, V.P. Kesan, G.E. Crook, D. P. Neikirk, and B. G. Streetman, "Capacitance Transient Analysis of GaAs/AlAs Tunneling Structures," 1988 Electronics Materials Conference, University of Colorado, Boulder, Colorado, June 22-24, 1988.

9.  V.P. Kesan, A. Dodabalapur, D. P. Neikirk, and B. G. Streetman, "Influence of MBE Growth and Rapid Thermal Annealing Conditions on the Electrical Properties of Normal and Inverted AlGaAs/InGaAs Pseudomorphic HEMT Structures," IEEE 46th Annual Device Research Conference, June 20-22, 1988, Boulder, CO.

34

10.  A. Dodabalapur, V.P. Kesan, T.R. Block, D. P. Neikirk, and B. G. Streetman, "Optical and Electrical Characteristics of Normal and Inverted AlGaAs/InGaAs Pseudomorphic HEMT Structures Processed by RTA," 9th Molecular Beam Epitaxy Workshop, West Lafayette, Indiana, September 21-23, 1988.

11.  A. Sharif, D. P. Neikirk, and D.R. Diller, "Design and Fabrication of a Multi-Sensor Cryomicroscope Stage using VLSI Technology," Cryo 89, Charleston, SC, June 1989, published in **Physics in Medicine and Biology 33.**

12.  A. Dodabalapur, V.P. Kesan, D. P. Neikirk, B. G. Streetman, M.H. Herman, and I.D. Ward, "Photoluminescence and Electroreflectance Characterization of Modulation-Doped Quantum Wells," Journal of Electronic Materials 18, July 1989, p. 51.

13.  V.K. Reddy and D. P. Neikirk, "Influence of Growth Interruption on I - V Characteristics of AlAs/GaAs Double Barrier Resonant Tunneling Diodes," 11th Annual Molecular Beam Epitaxy Workshop, Austin TX, Sept. 16-18, 1991.

14.  A.J. Tsao, V.K. Reddy, D.R.Miller, K.K. Gullapalli, and D. P. Neikirk, "The effect of barrier thickness asymmetries on the electrical characteristics of AlAs/GaAs double barrier resonant tunneling diodes," 11th Annual Molecular Beam Epitaxy Workshop, Austin TX, Sept. 16-18 1991.

15.  T.R. Block, D. P. Neikirk, and B. G. Streetman, "MBE growth condition dependence of RHEED dampening and QW photoluminescence," Twelfth North American Conference on Molecular Beam Epitaxy, Ottawa, Canada, Oct. 12-14, 1992.

16.  T.J. Mattord, D. P. Neikirk, A. Srinivasan, A. Tang, K. Sadra, Y.C. Shih, and B. G. Streetman, "Real time flux monitoring and feedback control of a valved arsenic source" Twelfth North American Conference on Molecular Beam Epitaxy, Ottawa, Canada, Oct. 12-14, 1992.

17.  Y.C. Shih, D. P. Neikirk, and B. G. Streetman, "Effects of As flux on Si δ-doped GaAs," Twelfth North American Conference on Molecular Beam Epitaxy, Ottawa, Canada, Oct. 12-14, 1992.

18.  Y. Kim and D. P. Neikirk, "Monolithically integrated optically interrogated pressure microsensor," **J. Acoust. Soc. Am.**, Vol. 92, No. 4 (pt. 2), October 1992, p. 2353.

19.  O. Hartin, D. P. Neikirk, A. Anselm, and B. Streetman, "Memory Switching Simulation in Resonant Tunneling Devices,"  1997 American Physical Society March Meeting, Kansas City, MO, March 17-21, Bulletin of the American Physical Society, Vol. 42, No. 1, 1997, p. 548.

20.  O. Hartin and D. P. Neikirk, "Tight Binding Simulation of Memory Switching in Resonant Tunneling Devices," 1997 American Physical Society International Conference on Computational Physics, University of California, Santa Cruz, Aug. 25, 1997.

35

21. D. Neikirk, "Embedded Passive Sensors for State Monitoring," presented at NSF Workshop on Exploring the Uses of Autoadaptive Media in Geotechnical Earthquake Engineering, Austin, TX, January 10-12 2001.

22. Lavigne, John J.; Savoy, Steve; Best, Michael; Anslyn, Eric V.; Shear, Jason B.; McDevitt, John T.; Neikirk, Dean, "Toward the development of an 'electronic tongue'," Book of Abstracts, 219th ACS National Meeting, San Francisco, CA, March 26-30, 2000 (2000), AGFD-193.

23. Wood, Sharon; Neikirk, Dean, "Development of a passive sensor to detect cracks in welded steel construction," US-Japan Joint Workshop and Third Grantees Meeting,  US-Japan Cooperative Research in Urban Earthquake Disaster Mitigation, Monbu-Kgagku-sho and The National Science Foundation, Seattle, August 15-16, 2001.

24. McCleskey, Shawn C.; Goodey, Adrian P.; Rodriguez, Marc D.; McDevitt, John T.; Anslyn, Eric V.; Neikirk, Dean P., "Development of a multi-component sensor array for the simultaneous detection of various analytes in solution," Abstracts of Papers, 222nd ACS National Meeting, Chicago, IL, United States, August 26-30, 2001.


## D. Other Major Publications

V. Kesan and D. P. Neikirk, "Quantum Well Devices," **Microwaves and RF**, vol. 25, July 1986, pp. 93-97.

D. P. Neikirk, P. Cheung, M.S. Islam, and T. Itoh, "Optically Controlled Coplanar Waveguide Phase Shifters," **Microwave Journal**, Dec. 1989, pp. 77-88.

D. P. Neikirk, "Quantum Wells and Other Deep Subjects," **Discovery**, Vol. 11, No. 3, 1989, pp. 5-8.

S. M. Wentworth, J. M. Lewis, and D. P. Neikirk, "Antenna-Coupled Thermal Detectors of mm-Wave Radiation," **Microwave Journal**, Jan. 1993, pp. 94-103.


## E. Book Chapter

D. B. Rutledge, D. P. Neikirk, and D. Kasilingam  "Integrated- Circuit Antennas," in **Infrared and Millimeter Waves**, vol. 11, editor K.J. Button, 1984.

Nicolaos Christodoulides, Priya Dharshan, Jorge Wong, Pierre N. Floriano, Dean Neikirk and John T. McDevitt, "A Microchip-Based Assay for Interleukin-6," In: Methods in Molecular Biology, Volume 385: Microchip-Based Assay Systems, Humana Press, ISBN 978-1-58829-588-0 (Print) 978-1-59745-426-1 (Online), Copyright 2008, pages 131-144.

36

**F.  Technical Reports**

C-K Tzuang, D. P. Neikirk, and T. Itoh, "Finite Element Analysis of Slow-Wave Schottky Contact Printed Lines," Microwave Laboratory Report No. 87-P-2, AFOSR Grant 86-0036, Feb., 1987.

D. P. Neikirk and T. Itoh, "Monolithic Phase Shifter Study," Microwave Laboratory Report No. 87-P-3, AFOSR Grant 86-0036, Jan., 1987.

V. P. Kesan and D. P. Neikirk, "Quantum Well Devices," Electrical Engineering Research Laboratory Report No. 87-P-8, Joint Services Electronics Program Research Contract AFOSR F49620-86-C-0045, August 7, 1987.

Stuart M. Wentworth and D. P. Neikirk, "High Frequency Characteristics of Tape Automated Bonding (TAB) Interconnects," Microwave Laboratory Report No. 87-P-7, August 26, 1987.

Stuart M. Wentworth and D. P. Neikirk, "Characterization of Tape Automated Bonding (TAB) Interconnects at High Frequency ," Microwave Laboratory Report No. 87-P-9, October 23, 1987.

D. P. Neikirk and T. Itoh, "Monolithic Phase Shifter Study," Microwave Laboratory Report No. 90-P-1, Final Technical Report for AFOSR Grant 86-0036, Feb., 1990.

A. Mortazawi, D. Neikirk, and T. Itoh, "Microwave and millimeter wave oscillators and planar power combining structures for QWITT and Gunn diodes," Microwave Laboratory Report No. 90-P-4, Technical Report for ARO Grant DAAL03-88-K-0005 and JSEP Grant F49620-89-0044, Aug., 1990.


**<u>Oral Presentations</u>**

**A. Professional Society Presentation**

D. B. Rutledge and D. P. Neikirk, "Imaging Antenna Arrays," Invited Keynote Speakers, Sixth International Conference on Infrared and Millimeter Waves, Miami. Fl., Dec. 7-12, 1981.

D. P. Neikirk and D. B. Rutledge, "Advances in Microbolometers," Invited Keynote Speakers, Eighth International Conference on Infrared and Millimeter Waves, Miami, Fl., Dec. 12-17, 1983.

37

D. P. Neikirk, "Optically Controlled Coplanar Waveguide Millimeter Wave Phase Shifter," Tenth International Conference on Infrared and Millimeter Waves, Lake Buena Vista, Fl., Dec. 9-13, 1985.

D. P. Neikirk, "Picosecond Response of an Optically Controlled Millimeterwave Phase Shifter," Second Topical Meeting on Picosecond Electronics and Optoelectronics, Jan., 1987.

D. P. Neikirk, "Influence of Transit Time Effects on the Optimum Design and Maximum Oscillation Frequency of Quantum Well Oscillators," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987.

D. P. Neikirk, "Measurements of an Optically Controlled Coplanar Waveguide Phase-Shifter," 12th International Conference on Infrared and Millimeter Waves, Dec. 14-18, 1987.

D. P. Neikirk, "High Frequency Characterization of Tape-Automated Bonding Interconnects," 5th Annual Texas Regional Symposium, International Society of Hybrid Manufacturing, April 11, 1988.

D. P. Neikirk, "Time Dependent Simulation of the Quantum Well Injection Transit Time Diode," 13th International Conference on Infrared and Millimeter Waves, Dec. 5-9, 1988.

D. P. Neikirk, "Experimental Performance of a Periodically Illuminated Optically Controlled Coplanar Waveguide Phase Shifter," 13th International Conference on Infrared and Millimeter Waves, Dec. 5-9, 1988.

## B. Invited Lectures

1.  D. P. Neikirk, "Exotic Heterojunction Devices for Microwave Circuits," NSF Workshop on Future Research Opportunities in Electromagnetics, Arlington, TX., January 29-31, 1986.

2.  D. P. Neikirk, "Optical Control of a Monolithic Millimeter Phase Shifter," ARO Workshop on Fundamental Issues in Millimeter and Submillimeter Waves, Los Angeles, Ca., Sept. 15-16, 1986.

3.  Dean P. Neikirk, "Quantum Well Oscillators for Millimeter Wave Applications," 1987 Workshop on Compound Semiconductor Microwave Materials and Devices (WOCSEMMAD), Hilton Head Island, S.C., March 2-4, 1987.

4.  S.M. Wentworth and D. P. Neikirk, "High Frequency Tape-Automated Bonding (TAB) Interconnect Characterization," IEEE 6th Annual VLSI and GaAs Packaging Workshop, Sept. 14-16, 1987.

38

5.  D. P. Neikirk, "The quantum well injection transit time diode," Engineering Foundation Conference on Advanced Heterostructure Transistors, Keauhou-Kona, Hawaii, Dec. 5-10, 1988.

6.  D. P. Neikirk, ""The High Frequency Characteristics of Tape Automated Bonding (TAB) Interconnects," presented to the Microelectronics and Computer Technology Corporation, April 19, 1989.

7.  Dean P. Neikirk, "Impedance measurements of quantum well diodes for millimeter wave applications," 1990 Workshop on Compound Semiconductor Microwave Materials and Devices (WOCSEMMAD), San Francisco, CA., Feb. 12-14, 1990.

8.  Dean P. Neikirk, "Twin-slot multi-layer substrate-supported antennas and detectors for terahertz imaging," First International Symposium on Space Terahertz Technology, University of Michigan, Ann Arbor, Mich., March 5-6, 1990.

9.  Dean P. Neikirk, "Microwave and Millimeterwave Oscillators using Quantum Well Diodes," Joint IEEE MTT/ED Dallas Chapter meeting, Sept. 27, 1990.

10.  Dean P. Neikirk, "Quantum Transport Simulations of Resonant Tunneling Diodes," 1991 Workshop on Compound Semiconductor Microwave Materials and Devices (WOCSEMMAD), Ft. Lauderdale, FL., Feb. 18-20, 1991.

11.  Dean P. Neikirk, "The Application of Physics in Electrical Engineering (or is it Engineering in Physics?): Electromagnetics in Very High Frequency Semiconductor Devices," Physics Colloquium, Oklahoma State University, March 5, 1992.

12.  D. P. Neikirk and B. G. Streetman, "MBE growth of multilayer heterostructures for photonic and high-speed electronic devices," Engineering Foundation Conference on High Speed Optoelectronic Devices and Circuits II, Banff, Alberta, Canada, Aug. 9-13, 1992.

13.  L. T. Pillage, D. P. Neikirk, and R. Mercer, "Design automation techniques and algorithms for application specific electronic modules (ASEMs)," ARPA Electronic Packaging & Interconnect Principle Investigator Meeting, Marina del Ray, CA, Feb. 14-18, 1994.

14.  D. P. Neikirk, "Micro-sensors - What happens when you make classical devices small?: Integrated Bolometric Radiation Detectors," Texas Instruments, Dallas, Texas, Oct. 20, 1994.

15.  Dean P. Neikirk, "Micromachined sensors," Motorola Sensors Steering Committee, Albuquerque, New Mexico, March 28, 1995.

16.  D. P. Neikirk, E. Tuncer, and B.-T. Lee, "The Use of Effective Internal Impedance Approximations in Lossy Transmission Line Modeling," *Progress in Electromagnetics*

39

*Research Symposium PIERS 95*, The Universtity of Washington, Seattle, Washington, July 28, 1995.

17.   D. P. Neikirk, M. S. Islam, and E. Tuncer, "Accurate Quasi-Static Modeling of Transmission Lines on Semiconducting Substrates," *Progress in Electromagnetics Research Symposium PIERS 95*, The Universtity of Washington, Seattle, Washington, July 28, 1995.

18.   D. P. Neikirk, "Impact of Finite Metal Conductivity on Inductance Extraction of Interconnects and Packages," Sematech meeting on Electrical Modeling Challenges Faced by Packaging Designers, Austin, Texas, Nov. 19, 1995.

19.  D. P. Neikirk, "Micromachined Fabry-Perot Pressure Transducers,"  Hughes Research Laboratory, Malibu, California, Nov. 21, 1995.

20.   D. P. Neikirk, "Classical Devices Made Small; or 'What's the big deal about little machines?'", Manufacturing 2000, University of Texas at Austin, Feb. 23, 1996.

21.  D. P. Neikirk, "Interconnect Inductance Modeling from DC to the Skin Effect Limit," Quad Designs, Camarillo, CA, July 10. 1996.

22. D. P. Neikirk, "Efficient Conductor Boundary Conditions in the dc to Skin Effect Limit," DARPA MAFET Program Review, Fairfax, VA, Oct. 27-31, 1997.

23. Micromachined Array-based Multi-analyte Chemical Sensors: Towards the Fabrication of an "Electronic Tongue" South, Texas Local Section of The Electrochemical Society Meeting, April 17, 1999.

24. D. P. Neikirk, "Resonant Chemical Surveillance Tags," IEEE Electron Device Chapter, Central Texas Section, September 25, 2008.

25. D.P. Neikirk, "Near Borehole Condition Sensing," Nanotechnology Conference and Trade Show - Nanotech 2009, Houston, TX May 3-7, 2009, Nanotech & Cleantech for Oil & Gas Session, (Session chair: Sean Murphy, Advanced Energy Consortium), May 5, 2009.

26. D.P. Neikirk, "Integrated Threshold Nanosensor Systems," Advanced Oil Consortium Microfabricated Sensors Workshop, Houston Research Center, Bureau of Economic Geology, University of Texas at Austin, September 8th-9th, 2010.

27. D. P. Neikirk, "Sensing systems for "harsh" environments," Engineering  Challenges for Deepwater Drilling at the "U.S. Offshore Oil Exploration: Managing Risks to Move Forward," James A. Baker III Institute for Public Policy and PFC Energy, Rice University, Houston, TX, February 11, 2011.

40

**C. Other Conference Presentations**

Praveen Pasupathy, Mingxiang Zhuzhou, Shasi K. Munukutla, Dean P. Neikirk, and Sharon L. Wood, "Resonant Wireless Sensor Nets for Civil  Infrastructure Health Monitoring," 2009 National Science Foundation Division of Civil, Mechanical and Manufacturing Innovation (CMMI) Engineering Research and Innovation Conference, Honolulu, Hawaii, June 22-25, 2009.

41

## Technical Consulting

Teltech Resource Network (1985-1993)

Ardex, Inc. (1986-88)

University and Polytechnic Grants Committee, Consultancy to examine Equipment Requirements for the Hong Kong University of Science and Technology, July, 1989

E. P. Hamilton Associates, (1987-90)

Burnett Company, Microwave Heating for Secondary Oil Recovery, July, 1990

Microelectronics and Computer Technology Corporation, June, 1990

Microelectronics and Computer Technology Corporation, Oct., 1994 - Sept., 1996

Baker-Hughes


## University Committee Assignments

**Departmental:**

Graduate Student Financial Aid, Sept. 1984- Sept. 1987

Faculty Recruiting, Sept. 1984- Aug. 1985

Microelectronics Jr. Faculty Recruiting, Sept. 1985- Sept. 1987 (chairman)

ECE Safety Committee, Sept. 1985- Aug. 1993 (chairman, 1985-89)

ECE Electronics Shop Coordinating Committee, March 1986- Aug. 1993

Solid State Electronics Area Graduate Advisor, Aug. 1986- Aug. 89

ECE Space Allocation Committee, Sept. 1989-Aug. 1993 (chairman)

ECE Facilities Committee, Sept. 1993- Aug. 1996 (chairman)

ECE Areas Committee, Electromagnetics/Acoustics, Sept. 1993-present

ECE Ad Hoc Committee to Review the Undergraduate Curriculum, Jan. 1995- Aug. 1995

ECE World Wide Web Home Page Committee, Sept. 1995-Aug. 1996

ECE Ad Hoc Committee to Review the Undergraduate Curriculum, Jan. 1997- Aug. 1997

ECE Areas Committee, Materials and Quantum Electronics, Sept. 1993-present; chairman, Sept. 1996-present

Chair of ECE Graduate Studies Committee, May 1998-August 2006

ECE Chair's council, November 1999-2010

ECE Graduate Advisor, Sept. 1999- 2010

ECE Associate Chair, Sept. 2001-Dec. 2010

ECE peer Faculty Annual Review Committee, Sept. 2012-Aug. 2013


**College:**

Engineering Scholastic Appeals, Sept. 1984- Aug. 1985

Engineering Safety Committee, Sept. 1985- Aug. 1994 (chairman, Sept. 1989- Aug. 1994)

42

Aerospace Engineering Machine Shop, Sept. 1989-Aug. 1993
College Annual Report Quality Team, Jan. 1994- Aug. 1994
College Multimedia Committee, Sept. 1995-Aug. 2000
Equal Opportunity in Engineering (EOE) Program, 1995-Dec. 1996
Graduate Fellowship Review Committee, Sept. 2011-Aug. 2013

**University:**

Presidential Ad Hoc Committee on Research Infrastructure Enhancement, Jan. 1988 - Aug. 1994

Research Safety Advisory Committee, Oct. 1991-present (chairman, Sept. 1996-1999)

Ad Hoc Consultative Committee for the Selection of a Dean of the College of Engineering, Nov. 1995-May 1996

Faculty Building Advisory Committee, Sept. 1995-Aug. 2000; Aug. 2003-Aug. 2004

Ad Hoc Project Committee for Parking Garage # 4A, Sept. 1996-Aug. 2000

Faculty Council, Sept. 1996-Aug. 2000; Sept. 2002 - Aug. 2004

Faculty Advisory Committee on the Budget, Sept. 99 - Aug. 2000; Sept. 2008 – Aug. 2011 (vice chair Sept. 2009- Aug. 2010)

Graduate Assembly, April 1997- Aug. 2000; Sept. 2001 - Aug. 2008

Administrative sub-committee of GA, Sept. 1997-Aug. 1998; Sept. 2006-Aug. 2007

Academic sub-committee of GA, Sept. 1998-Aug. 2000; Sept. 2001-Aug. 2006; Sept. 2007-Aug. 2008

Chair, Graduate Assembly, 2004-2005

Academy of Distinguished Teachers selection committee, academic year 1999-2000

Outstanding Graduate Adviser selection committee, academic year 1999-2000

Outstanding Graduate Coordinator selection committee, academic year 1999-2000

Faculty Council, Sept. 2008 – Aug. 2012; Chair-elect Sept. 2009- Aug. 2010; Chair Sept. 2010- Aug. 2011; past chair: Sept. 2011-Aug. 2012

Faculty Council Executive Committee, Sept. 2009 – Aug. 2012

General Faculty Rules and Governance Committee, Sept. 2010 – Aug. 2015 (Chair, Sept. 2011 – Aug. 2013)

Ad Hoc Consultative Committee for the Selection of a Dean of the Graduate School, Nov. 2012 – Sept. 2012

Secretary of the General Faculty and Faculty Council, Sept. 2013 – Aug. 2015

Committee on Undergraduate Degree Program review, Sept. 2013 – Aug. 2015

Faculty Council Executive Committee, Sept. 2013 – Aug. 2015

Faculty Committee on Committees, *ex officio* member, Sept. 2013 – Aug. 2015

**UT System:**

Task Force on Doctoral Programs and Post-Doctoral Experience, Spring-Fall 2006

University of Texas System Faculty Advisory Council, Sept. 2009- Aug. 2011

**State of Texas:**

Texas Higher Education Coordinating Board Graduate Education Advisory Committee (GEAC), September 1, 2015 - August 31, 2018.

## Evidence of Teaching Effectiveness

**Senior Design Projects:**

Umer Yousafzai and Venuka Jayatilaka, Spring 1994

Chris Eiting and Sonny Gonzalez, Spring 1994

David Lee and David Onsongo, Fall 1996

Dave Pyle and Aruna Murthy, Spring 1999

Hitesh Mehta and Edward Zhu, Spring 1999, "Giving the electronic tongue a sense of good taste: image analysis tools and GUI"

Gus Espinosa and Donnie Garcia, Spring 1999, "Design and Implementation of a Computer Interfacing Circuit to Control LED's for use with a Chemical Sensor"

Natthanant Pon Skulkaew and Prem Nainani, Spring 2001, "PC-based data acquisition and wireless transmission system"

Matthew Andringa and Allen Hall, Spring 2001, "Non-Invasive RFID Weld Inspection"

Michael Amalfitano and Sapun Parekh, Spring 2002, "Output circuitry for a transmitter used in an Electronic Structural Surveillance system"

Kunal Patel and Jacy Little, Spring 2002, "Swept, high frequency oscillator to work in an Electronic Structural Surveillance (ESS) system"

Dong Pak, Spring 2002, "Automated image-processing software of an electronic chemical sensor"

Rajesh Nerlikar, Jonathan Solomon, Spring 2003, "Wireless Data Acquisition System for Bluetooth-enabled RFID Readers"

Nola Li, Judith Chen, Maria Huang, Fall 2003, "Design and build a tuning network for a swept frequency reader used in structural health analysis"

Tuenlap (Daniel) Chan, Imranul Islam, Derek Choi, Spring 2004, "Design and build an RFID Interrogator Receiver"

John McKee and Terence Man, Spring 2007, "Improved Corrosion Sensors"

Abdulaziz Beayeyz , Sravan Bhagavatula, Rahul Mitra, Shasi Munukutla, Spyder Spann, Fall 2009, "Portable Corrosion Detector"

Jonathan Pham, Po-Han Wu, Josh Schulte, Pritesh Solanki, Mesele Bedasa, Spring 2011- Fall 2011, "Multi-Sensor Robotics Platform"

Raymund Lee, Simon Chow, Connor Landy, Kevin Woo, and Anirudh Kashyap, Fall 2012-Spring 2013, "Variable Frequency RFID Tag and Reader"

Javier Chacon, Joshua Poncik, Joshua Orozco, Sebastian Salomon, Yongcong Zou, Fall 2013-Spring 2014, "Environmental Sensor Monitoring Network"

44

**Organized Classes Taught:**

EE 363M Introduction to Microwaves, Spring 1984, # 16455
EE 396K VLSI Fabrication Techniques, Fall 1984, # 16255
EE 379K Integrated Circuit Fabrication, Spring 1985, # 16055
EE 396K VLSI Fabrication Techniques, Fall 1985, # 16275
EE 379K Integrated Circuit Fabrication, Fall 1985, # 16070
EE 396K VLSI Fabrication Techniques, Spring 1986, # 17680
EE 379K Integrated Circuit Fabrication, Spring 1986, # 17450
EE 396K VLSI Fabrication Techniques, Fall 1986, # 15245
EE 379K Integrated Circuit Fabrication, Fall 1986, # 15020
EE 396K VLSI Fabrication Techniques, Spring 1987, # 15205
EE 379K Integrated Circuit Fabrication, Spring 1987, # 14970
EE 396K VLSI Fabrication Techniques, Fall 1987, # 15010
EE 440 Integrated Circuit Fabrication, Fall 1987, # 14545
EE 363M Introduction to Microwaves, Spring 1988, # 14535
EE 396K VLSI Fabrication Techniques, Spring 1988, # 14865
EE 440 Integrated Circuit Fabrication, Spring 1988, # 14390
EE 396K VLSI Fabrication Techniques, Fall 1988, # 15165
EE 440 Integrated Circuit Fabrication, Fall 1988, # 14705
EE 363M Introduction to Microwaves, Spring 1989, # 14525
EE 396K VLSI Fabrication Techniques, Spring 1989, # 14855
EE 396K VLSI Fabrication Techniques, Fall 1989, # 15165
EE 440 Integrated Circuit Fabrication, Fall 1989, # 14705
EE 363M Introduction to Microwaves, Spring 1990, # 14050
EE 396K VLSI Fabrication Techniques, Spring 1990, # 14355, 14360
EE 440 Integrated Circuit Fabrication, Spring 1990, # 13915, 13920
EE 396K VLSI Fabrication Techniques, Fall 1990, # 14630, 14635
EE 440 Integrated Circuit Fabrication, Fall 1990, # 14200, 14205
EE 363M Introduction to Microwaves, Spring 1991, # 14365
EE 396K VLSI Fabrication Techniques, Spring 1991, # 14660, 14665, 14670
EE 440 Integrated Circuit Fabrication, Spring 1991, # 14220, 14225, 14230
EE 396K VLSI Fabrication Techniques, Fall 1991, # 14865, 14860
EE 440 Integrated Circuit Fabrication, Fall 1991, # 14425, 14430
EE 363M Introduction to Microwaves, Spring 1992, # 14270
EE 396K VLSI Fabrication Techniques, Spring 1992, # 14545, 14550, 14555
EE 440 Integrated Circuit Fabrication, Spring 1992, # 14130, 14135
EE 396K VLSI Fabrication Techniques, Fall 1992, # 15095, 15100, 15105
EE 440 Integrated Circuit Fabrication, Fall 1992, # 14670, 14675
EE 397K Microwave Devices, Spring 1993, # 14805
EE 396K VLSI Fabrication Techniques, Fall 1993, # 14800, 14805, 14810
EE 440 Integrated Circuit Fabrication, Fall 1993, # 14385, 14390
EE 363M Introduction to Microwaves, Spring 1994, # 14370
EE 396K VLSI Fabrication Techniques, Fall 1994, # 14365

45

EE 440 Integrated Circuit Fabrication, Fall 1994, # 13870
EE 397K Electromagnetics in Packaging, Spring 1995, # 14555
EE 396K VLSI Fabrication Techniques, Fall 1995, # 14765
EE 440 Integrated Circuit Fabrication, Fall 1995, # 14260
EE 397K Electromagnetics in Packaging, Spring 1996, # 14695
EE 382M Simulation Methods in CAD/VLSI, Spring 1996, # 14500
EE 396K VLSI Fabrication Techniques, Fall 1996, # 14535
EE 440 Integrated Circuit Fabrication, Fall 1996, # 14090
EE 382M Simulation Methods in CAD/VLSI, Spring 1997, # 14325
EE 363M Introduction to Microwaves, Spring 1997, # 14120
EE 396K VLSI Fabrication Techniques, Fall 1997, # 15315
EE 440 Integrated Circuit Fabrication, Fall 1997, # 14820
EE 363M Introduction to Microwaves, Spring 1998, # 14530
EE 397K Microwave Devices, Spring 1998, # 14950
EE 396K VLSI Fabrication Techniques, Fall 1998, # 15475
EE 440 Integrated Circuit Fabrication, Fall 1998, # 14965
EE 363M Introduction to Microwaves, Spring 1999, # 14825
EE 397K Microwave Devices, Spring 1999, # 15260
EE 396K VLSI Fabrication Techniques, Fall 1999, # 15340
EE 440 Integrated Circuit Fabrication, Fall 1999, # 14820
EE 363M Introduction to Microwaves, Spring 2000, # 14755
EE 396K VLSI Fabrication Techniques, Fall 2000, # 15600
EE 440 Integrated Circuit Fabrication, Fall 2000, # 15100
EE 397K Micro-electromechanical Systems (MEMS), Spring 2001, #15170
EE 396K VLSI Fabrication Techniques, Fall 2001, # 15725
EE 440 Integrated Circuit Fabrication, Fall 2001, # 15230
EE 397K Micro-electromechanical Systems (MEMS), Spring 2002, #15330
EE 396K VLSI Fabrication Techniques, Fall 2002, # 16050
EE 440 Integrated Circuit Fabrication, Fall 2002, # 15485
EE 397K Microwave Devices, Spring 2003, # 15110
EE 396K VLSI Fabrication Techniques, Fall 2003, # 15580
EE 440 Integrated Circuit Fabrication, Fall 2003, # 15095
EE 325 Electromagnetic Engineering, Spring 2004, # 14345
EE 396K VLSI Fabrication Techniques, Fall 2004, # 16250
EE 440 Integrated Circuit Fabrication, Fall 2004, # 15715
EE 396K 26-Microelectromechanical Systems, Spring 2005, # 15690
EE 396K VLSI Fabrication Techniques, Fall 2005, # 16455
EE 440 Integrated Circuit Fabrication, Fall 2005, # 15930
EE 396K VLSI Fabrication Techniques, Fall 2006, # 17040
EE 440 Integrated Circuit Fabrication, Fall 2006, # 16430
EE 325 Electromagnetic Engineering, Spring 2007, # 15765
EE 396K VLSI Fabrication Techniques, Fall 2007, # 17425
EE 440 Integrated Circuit Fabrication, Fall 2007, # 16770
EE 396K-26 Microelectromechanical Systems, Spring 2008, # 16815
EE 396K VLSI Fabrication Techniques, Fall 2008, # 17380
EE 325 Electromagnetic Engineering, Spring 2009, # 16000

46

EE 396K-24 Microwave Devices, Spring 2010, # 16975
EE 396K VLSI Fabrication Techniques, Fall 2010, # 17075, 17080, 17085, 17090
EE 440 Integrated Circuit Fabrication, Fall 2010, # 16540, 16545, 16550, 16555
EE 396K VLSI Fabrication Techniques, Fall 2011, # 17295, 17300, 17305, 17310
EE 440 Integrated Circuit Fabrication, Fall 2011# 16760, 16765, 16770, 16775
EE 396K 26-Microelectromechanical Systems, Spring 2012, #17070
EE 396K VLSI Fabrication Techniques, Fall 2012, # 17185, 17190, 17195, 17200
EE 440 Integrated Circuit Fabrication, Fall 2012, # 16640, 16645, 16650, 16665
EE 363M Introduction to Microwaves, Spring 2013, # 16605
EE 396K Ultra Large Scale Integrated Circuit Fabrication Techniques, Fall 2013, # 17425, 17430, 17435, 17440
EE 440 Integrated Circuit Nanomanufacturing Techniques, Fall 2013, # 16790, 16795, 16800, 16805
EE 396K-24 Microwave Devices. Spring 2014, #17440
EE 396K Ultra Large Scale Integrated Circuit Fabrication Techniques, Fall 2014, #17525, 17530, 17535, 17540
EE 440 Integrated Circuit Nanomanufacturing Techniques, Fall 2014, #16960, 16965, 16970, 16975
EE 363M Microwave and Radio Frequency Engineering, Spring 2015, #16355
EE 396K Ultra Large Scale Integrated Circuit Fabrication Techniques, Fall 2015, #16965, 16970, 16975
EE 440 Integrated Circuit Nanomanufacturing Techniques, Fall 2015, #16480, 16485, 16490
EE 363M Microwave and Radio Frequency Engineering, Spring 2016, #16550
EE 396K Ultra Large Scale Integrated Circuit Fabrication Techniques, Fall 2016
EE 440 Integrated Circuit Nanomanufacturing Techniques, Fall 2016
EE 396K 26-Microelectromechanical Systems, Spring 2017
EE 363M Microwave and Radio Frequency Engineering, Spring 2018, #15890
EE 363M Microwave and Radio Frequency Engineering, Spring 2019, #16625
EE 363M Microwave and Radio Frequency Engineering, Spring 2020, #16695

## Continuing Education Courses Taught

"Microelectronics Fabrication - Chemical Aspects," with Isaac Trachtenberg, Continuing Engineering Studies, College of Engineering, The University of Texas at Austin, June 1-4, 1987.

"Integrated Circuit Process & Design," with M. R. Mercer, Motorola short course, Continuing Engineering Studies, College of Engineering, The University of

47

Texas at Austin:
- Aug.-Sept., 1987
- Nov.-Dec., 1987
- Nov.-Dec., 1988
- March-April, 1989
- Aug.-Sept., 1989
- Nov.-Dec., 1989
- Feb.-March, 1990
- April, 1990
- Aug., 1990

"Integrated Circuit Processing and Design," with L. T. Pillage, Advanced Micro Devices short course, Continuing Engineering Studies, College of Engineering, The University of Texas at Austin:
- Oct.-Nov., 1990
- June-July, 1991

"Microelectronics Fabrication," for the Fellows of the Senior Service College Fellowship Program, Continuing Engineering Studies, College of Engineering, The University of Texas at Austin, yearly 1993-2003.

Cases in last five years with declaration, report, or testimony at trial or deposition: Dean P. Neikirk As of October 2023

- May 2016 – May 2018: McDermott Will & Emery on behalf of Hewlett-Packard, in NETWORK-1 TECHNOLOGIES, INC. v. HEWLETT-PACKARD COMPANY, ET AL. DOCKET NO. 6:13cv72, Case No. 6: 11-cv-00492-RWS-KNM.

- April 2017 – January 2019: Baker & Hostetler LLP, on behalf of Renesas Electronics Corp., in Lone Star Silicon Innovations LLC v. Renesas Electronics Corp., et al. (E.D. TX), and associated IPRs.

- June 2018 – Nov. 2018: O'Melveny & Myers LLP on behalf of Samsung in Certain Wafer-Level Packaging Semiconductor Devices and Products Containing Same (Including Cellular Phones, Tablets, Laptops, and Notebooks) and Components Thereof, ITC No. 337-3262; Tessera Advanced Techs., Inc. v. Samsung Elecs. Co., Ltd., et al., No. 2:17-cv-00671 (E.D. Tex.); Tessera Advanced Techs., Inc. v. Samsung Elecs. Am., Inc., et al., No. 2:17-cv-07621 (D.N.J.); Invensas Corp. v. Samsung Elecs. Co., Ltd., et al., No. 2:17-cv-00670 (E.D. Tex.); Invensas Corp. v. Samsung Elecs. Co., Ltd., et al., No. 1:17-cv-01363 (D. Del.); Invensas Bonding Techs., Inc. v. Samsung Elecs. Am., Inc., et al., No. 1:17-cv-07609 (D.N.J.); FotoNation Ltd. et al. v. Samsung Elecs. Co., Ltd., et al., No. 2:17-cv-00669 (E.D. Tex.).

- October 2018 – July 2020: Lowenstein & Weatherwax LLP on behalf of VLSI Technology LLC in connection with inter partes review proceedings.

- March 2019 – October 2019: Alston & Bird LLP, on behalf of Cellco Partnership d/b/a Verizon Wireless in FRACTUS, S.A., Plaintiff, v. AT&T MOBILITY LLC, Defendant. SPRINT COMMUNICATIONS COMPANY, L.P., ET AL., Defendants. T-MOBILE US, INC. ET AL., Defendants. VERIZON COMMUNICATIONS INC. ET AL., Defendants.

- Dec. 2018 - Feb. 2020: Fish & Richardson P.C., on behalf of Wasica Finance GMBH and Bluearc Finance AG in WASICA FINANCE GMBH and BLUEARC FINANCE AG, Plaintiffs, v. SCHRADER INTERNATIONAL, INC. and SCHRADER-BRIDGEPORT INTERNATIONAL, INC., Defendants, C.A. No. 13-1353-LPS.

- July 2019 – November 2019: Weil, Gotshal & Manges LLP ("Weil"), on behalf of Bio-Rad Laboratories, Inc., in Agilent Technologies, Inc. v. Bio-Rad Laboratories, Inc., and related IPRs.

- August 2019 – July 2020: Kirkland & Ellis LLP, on behalf of Samsung, in Greenthread, LLC v. Samsung Electronics Co., Ltd., et al., UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION Case No. 2:19-CV-0147-JRG.

- February 2020 – December 2021: Weil, Gotshal & Manges LLP ("Weil"), on behalf of Pacific Biosciences, Inc., in Personal Genomics Taiwan, Inc. v. Pacific Biosciences of California, Inc. before the United States District Court for the District of Delaware, C.A. No. 19-cv-1810-LPS, and related IPRs.

- March 2020 – September 2020: Fish & Richardson, on behalf of Samsung, in Bell Northern Research, LLC v. Samsung Electronics Co., Ltd., et al., USDC-EDTEX, Case No. 2:19-cv-00286-JRG.

- October 2018 – present: Irell & Manella LLP on behalf of VLSI Technology LLC, in VLSI Technology LLC v. Intel Corp., Case No. 1:18-cv-00966-CFC-CJB, as well as in Northern District of California captioned VLSI Technology LLC v. Intel Corp., Case No. 5:17-cv-05671-BLF and related IPRs.

- November 2020- May 2021: Kirkland & Ellis LLP on behalf of Samsung Electronics America, Inc., and Samsung Semiconductor, Inc. (collectively "Samsung") in Pictos Technologies v. Samsung USITC Inv. No. 337-TA-1231.

- February 2021 – November 2021: O'Melveny & Myers, on behalf of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Display Co., Ltd., in Samsung Display Co., Ltd. (collectively "Samsung"), in Certain Active Matrix OLED Display Devices And Components Thereof, 337-TA-1243 and Solas OLED Ltd. v. Samsung Electronics Co., Ltd. et al, 2:20-cv-00307-JRG (E.D. Tex.),

- November 2019 – present: Ropes & Gray LLP, on behalf of Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., in Cellect LLC v. Samsung Electronics Co., Ltd., et al., USDC-COL Civil Action No. 1:19-cv-00438-CMA-MEH

- May 2020 – June 2021: Sidley Austin LLP, on behalf of Renesas Electronics America Inc., in Bell Semiconductor, LLC v. Renesas Electronics Corporation, Renesas Electronics America Inc., 6-19-cv-02196 (MDFL).

- March 2020 – July 2021: Haltom & Doan, on behalf of Hewlett Packard Enterprise, in Network-I Technologies, Inc. v. Hewlett-Packard Company and Hewlett Packard Enterprise Company, United States District Court of the Eastern District of Texas, Tyler Division, Civil Action No. 6: 13-cv-072-RWS.

- July 2021 – present: DLA Piper LLP on behalf of Home Depot, in Lynk Labs, Inc., Plaintiff, v. Home Depot USA, Inc., The Home Depot Inc., and Home Depot Product Authority, LLC, Defendants, Case No. 6:21-cv-00097-ADA, and related IPRs.

- September 2021 – May 2022: Ropes & Gray LLP, on behalf of LG Electronics, Inc. ("LGE") in ParkerVision Inc. v. LG Electronics United States District Court of the Western District of Texas 6:21-cv-00520.

- October 2021 – April 2022: Sidley Austin LLP, on behalf of Canadian Solar in the ITC action entitled Certain Silicon Photovoltaic Cells and Modules with Nanostructures, and Products Containing The Same, Inv. No. 337-TA-1271.

- October 2021 – February 2022: Willkie Farr & Gallagher on behalf of Lenovo *inter partes* review ("IPR") of patents asserted in the dispute with Bell Northern Research, LLC ("BNR"), currently pending as *Bell Northern Research, LLC v. Lenovo Group, Ltd., Lenovo (United States), Inc. and Motorola Mobility, LLC*, No. 6:21-cv-00847 (W.D. Tex.).

- February 2022 – October 2022: DLA Piper LLP, on behalf of Lenovo (United States) Inc., Lenovo Holding Company, Inc., and Motorola Mobility LLC, in Fundamental Innovations Systems International LLC v. Lenovo and Motorola Mobility, Civil Action No. 20-cv-551-CFC-CJB (US District Court for the District of Delaware)

- January 2022 – October 2022: Ratner Prestia, on behalf of Bayerische Motoren Werke AG and BMW of North America, LLC ("BMW"), Daimler AG and Mercedes-Benz USA, LLC ("Mercedes"), General Motors LLC ("General Motors"), Nissan Motor Co., Ltd. and Nissan North America, Inc. ("Nissan"); Tesla, Inc. and Tesla Motors TX, Inc. ("Tesla"), Toyota Motor Corp. and Toyota Motor North America, Inc. ("Toyota"); Volkswagen AG and Volkswagen Group of America, Inc. ("VW"), and ADC Automotive Distance Control Systems GmbH, Continental AG, and Conti Temic microelectronic GmbH ("Conti"), collectively, the "Defendants" in Arigna Technology Limited v. Volkswagen AG et al Case No. 2:21-cv-00054-JRG (E.D. Tex.).

- March 2022 – December 2022: Alston & Bird LLP on behalf of Ericsson AB, Telefonaktiebolaget LM Ericsson, and Ericsson Inc., in ITC action entitled Certain Cellular Base Station Communication Equipment, Components Thereof, and Products Containing Same, Inv. No. 337-TA-1302.

- December 2022 – June 2023: Goodwin Proctor LLP on behalf of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung SDS Co., Ltd., Samsung SDS America, Inc., Coates US Inc., and Coates Signco Pty Ltd., in ITC action entitled - Certain Outdoor and Semi-Outdoor Electronic Displays, Investigation ITC Inv. No. 337-TA-1331,

- April 2020 – present: Irell & Manella LLP on behalf of VLSI Technology LLC, in litigation in the Northern District of California captioned VLSI Technology LLC v. Intel Corp., Case No. 5:17-cv-05671-BLF.

- November 2022 – present: Sidley Austin LLP on behalf of STMicroelectronics, in litigation entitled The Trustees of Purdue University v. STMicroelectronics, Inc. et al., Case No. 6:21-cv-727-ADA (W.D. Tex.).

**APPENDIX B**
**LIST OF MATERIALS CONSIDERED**

U.S. Patent No. 7,456,461

Prosecution History of U.S. Patent No. 7,456,461

U.S. Patent No. 7,471,547

Prosecution History of U.S. Patent No. 7,471,547

U.S. Patent No. 7,772,631

Prosecution History of U.S. Patent No. 7,772,631

U.S. Patent No. 6,395,600 B1 to Durcan (NTCPOL00025080)

U.S. Patent No. 6,667,505 B2 to Narimatsu (NTCPOL00025114)

Geometry: An Integrated Approach, Gerver et al. (South-Western Educational Publishing 1998) (NTC-POL00027651)

"64-K RAM rebuffs external noise", H. Katto, H. Kawamoto, K. Mitsusada, and K. Itoh, Electronics, July 31, 1980 (NTC-POL00027647)

DRAM CIRCUIT DESIGN: A Tutorial, Brent Keeth and  R. Jacob Baker (NTC-POL00027426)

POLNANYA0006478;

POLNANYA0006482;

POLNANYA0006486;

POLNANYA0006490;