# EXHIBIT 10



SOUTH-WESTERN

# Geometry

AN INTEGRATED APPROACH

GERVER, SGROI, HANSEN
LYNCH & MOLINA

NTC-POL00027651
NWP_Rev_00003165

# SOUTH-WESTERN
# Geometry

### GERVER, SGROI, HANSEN
### LYNCH & MOLINA

**JOIN US ON THE INTERNET**

WWW: http://www.thomson.com

EMAIL: findit@kiosk.thomson.com    A service of  I T P



South-Western Educational Publishing

*an International Thomson Publishing company*  I T P

Cincinnati • Albany, NY • Belmont, CA • Bonn • Boston • Detroit • Johannesburg • London • Madrid
Melbourne • Mexico City • New York • Paris • Singapore • Tokyo • Toronto • Washington

NTC-POL00027652

NWP_Rev_00003165

Case 2:23-cv-00044-JRG    Document 62-11    Filed 05/16/24    Page 4 of 6 PageID #: 1092

| | |
|---|---|
| **Vice President of Publishing** | Peter McBride |
| **Team Leader** | Thomas A. Emrick |
| **Project Manager** | Enid Nagel |
| **Editors** | Tamara S. Jones, Charles B. Sonenshein, Edna Stroble |
| **Assistant Editor** | Darrell E. Frye, Suzanne Thomas |
| **Marketing Manager** | Colleen J. Skola |
| **National Mathematics Consultants** | Carol Ann Dana, Everett T. Draper |
| **Manufacturing Coordinators** | Jennifer D. Carles, Brian Harvey |
| **Art and Design Coordinator** | John Robb |
| **Photo Editing** | Kathryn A. Russell/Pix Inc |
| **Editorial Assistant** | Lisa M. Bell |
| **Marketing Assistant** | Laurie L. Brown |
| **Composition/Scans/ Prepress/Imaging** | Better Graphics, Inc. |
| **Cover Design** | Photonics Graphics |
| **About the Cover** | The cover design is a collage of real world images from the chapter themes. How many can you find? |

Copyright © 1998
by South-Western Educational Publishing
Cincinnati, Ohio

ALL RIGHTS RESERVED

The text of this publication, or any part thereof, may not be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, storage in an information retrieval system, or otherwise, without the prior written permission of the publisher.

ISBN: 0-538-67122-X
4 5 6 7 8 VH 04 03 02 01 00 99 98
Printed in the United States of America
ALGEBLOCKS is a registered trademark used herein under license by South-Western Educational Publishing.

I(T)P®

International Thomson Publishing
South-Western Educational Publishing is an ITP Company. The ITP logo is a registered trademark used herein under License by South-Western Educational Publishing.

NTC-POL00027653
NWP_Rev_00003165

**internally tangent circles** (p. 665) See *tangent circles.*

**intersection of geometric figures** (pp. 17, 65) The set of points common to all the figures.

**inverse** (p. 106) The statement that results when the hypothesis and conclusion of a conditional statement are both negated.

**isometric drawing** (p. 25) A drawing of a three-dimensional object in which parallel edges of the object are shown as parallel line segments in the drawing.

**isometry** (p. 211) A transformation in which a figure and its image are congruent. Also called a *rigid transformation.*

**isosceles trapezoid** (pp. 374, 398) A trapezoid in which the legs are congruent.

**isosceles triangle** (pp. 256, 324) A triangle with at least two congruent sides. The two congruent sides are called *legs.* The third side is the *base.*

### ⬦ ⬦ K ⬦ ⬦

**kite** (p. 404) A convex quadrilateral in which two distinct nonoverlapping pairs of consecutive sides are congruent.

### ⬦ ⬦ L ⬦ ⬦

**lateral area of a prism** (p. 732) The sum of the areas of its lateral faces.

**lateral edge of a prism or pyramid** (pp. 419, 420) The intersection of two lateral faces.

**lateral faces of a prism or pyramid** (pp. 419, 420) See *prism* and *pyramid.*

**lateral surface of a cone or cylinder** (pp. 646, 647) See *cone* and *cylinder.*

**legs of an isosceles triangle** (p. 324) See *isosceles triangle.*

**legs of a right triangle** (p. 290) The sides opposite the acute angles.

**legs of a trapezoid** (p. 397) The nonparallel sides.

**length of a segment** (pp. 40, 72) The distance between the endpoints of the segment.

**line** (pp. 9, 65) A set of points that extends without end in two opposite directions. This is one of the basic undefined terms of geometry.

**linear pair** (p. 94) Two adjacent angles whose noncommon sides are opposite rays.

**line of reflection** (p. 210) See *reflection.*

**line of symmetry** (pp. 7, 10) A line that divides a plane figure into two parts that are mirror images of each other.

**line segment** (pp. 30, 67) See *segment.*

**line symmetry** (pp. 7, 10) See *reflection symmetry of a plane figure.*

**locus** (p. 314) The set of all points that satisfy a given condition or a set of given conditions. The plural of locus is *loci.*

### ⬦ ⬦ M ⬦ ⬦

**magnitude of a vector** (p. 176) The size of the vector. The magnitude of a vector $\overrightarrow{AB}$ is the length of $\overline{AB}$.

**major arc** (p. 614) An arc that is larger than a semicircle.

**mapping** (p. 210) See *transformation.*

**means of a proportion** (p. 494) In the proportion $a : b = c : d$, $b$ and $c$ are called the means.

**measure of an angle** (pp. 31, 92) See *degree measure of an angle.*

**measure of an arc** (p. 669) See *degree measure of an arc.*

**median of a triangle** (p. 332) A segment whose endpoints are a vertex of the triangle and the midpoint of the opposite side.

**midpoint of a segment** (pp. 49, 74) The point that divides the segment into two congruent segments.

**midsegment of a trapezoid** (p. 397) The segment whose endpoints are the midpoints of the legs.

**midsegment of a triangle** (p. 336) A segment whose endpoints are the midpoints of two sides.

**minor arc** (p. 614) An arc that is smaller than a semicircle.

### ⬦ ⬦ N ⬦ ⬦

**net** (p. 18) A two-dimensional figure that, when folded, forms the surface of a three-dimensional figure.

**network** (p. 78) A finite set of points, called the *vertices* or *nodes* of the network, joined by segments or arcs, called the *edges* of the network. Also called a *graph.*

***n*-gon** (p. 196) A polygon with *n* sides.

**nonagon** (p. 196) A polygon with nine sides.

**non-Euclidean geometry** (pp. 47, 155) A geometry in which one or more postulates are not the same as those of Euclidean geometry. The *classical non-Euclidean geometries* assume a parallel postulate that is fundamentally different from Euclid's.

NTC-POL00027654

NWP_Rev_00003165

**regular polygon** (p. 197) A polygon that is both equilateral and equiangular.

**regular polyhedron** (p. 725) A convex polyhedron in which the faces are bounded by congruent regular polygons and the same number of edges intersect at each vertex. Also called a *Platonic solid.*

**regular prism** (p. 419) A right prism whose bases are regular polygonal regions.

**regular pyramid** (p. 420) A right pyramid whose base is a regular polygonal region.

**regular tessellation of the plane** (p. 268) A tessellation in which each shape is a regular polygon and all the shapes are congruent.

**rhombus** (pp. 374, 391) A quadrilateral with four congruent sides.

**right angle** (p. 93) An angle whose measure is equal to 90°.

**right cone** (p. 647) A cone in which the axis and the altitude are the same segment.

**right cylinder** (p. 646) A cylinder in which the axis also is an altitude.

**right prism** (p. 419) A prism whose lateral edges are perpendicular to the bases.

**right pyramid** (p. 420) A pyramid in which the base has rotation symmetry and the segment from the vertex to the center of symmetry is perpendicular to the base.

**right triangle** (p. 256) A triangle with one right angle.

**rigid transformation** (p. 211) See *isometry.*

**rotation** (p. 224) A rotation through $a°$ about a point $O$ is a transformation that maps every point $P$ to a point $P'$ such that: (1) if point $P$ is different from point $O$, then $OP' = OP$ and $m\angle POP' = a°$; (2) if point $P$ is point $O$, then $P'$ is $P$. Point $O$ is the *center of rotation*, $a°$ is the *angle of rotation*, and $P'$ is the *rotation image* of $P$.

**rotation symmetry of a plane figure** (p. 10) A plane figure has rotation symmetry if it can be turned around a point so it coincides with its original position two or more times during a complete turn.

**rotation symmetry of a three-dimensional figure** (p. 18) A three-dimensional figure has rotation symmetry if it can be turned around a line so it coincides with its original position two or more times during a complete turn.

**ruler** (pp. 29, 72) A tool used to find the length of a segment.

•  •  **S**  •  •

**same-side exterior angles** (p. 145) When two lines are intersected by a transversal, same-side exterior angles are two exterior angles on the same side of the transversal.

**same-side interior angles** (p. 141) When two lines are intersected by a transversal, same-side interior angles are two interior angles on the same side of the transversal.

**scale drawing** (p. 34) A two-dimensional drawing that is similar to the object it represents. The ratio of the size of the drawing to the actual size of the object is the *scale* of the drawing.

**scale factor of similar polygons** (p. 502) The ratio of the lengths of corresponding sides.

**scale factor of similar solids** (p. 770) The ratio of corresponding linear measures.

**scale model** (p. 35) A three-dimensional figure whose surfaces are similar to the corresponding surfaces of the object it represents. The ratio of the size of the model to the actual size of the object is the *scale* of the model.

**scalene triangle** (p. 256) A triangle with no congruent sides.

**secant of a circle** (p. 663) A line that intersects a circle at two points.

**sector** (p. 621) A region bounded by two radii of a circle and their intercepted arc.

**segment** (pp. 30, 67) Part of a line that begins at one point and ends at another. The points are called the *endpoints* of the segment.

**segment bisector** (pp. 49, 74) Any segment, ray, line, or plane that intersects the segment at its midpoint.

**segment of a circle** (p. 622) A region bounded by an arc and the chord having the same endpoints as the arc.

**semicircle** (p. 614) An arc whose endpoints are the endpoints of a diameter.

**sequence** (p. 628) A set of numbers, called *terms*, arranged in a specific order.

**side of an angle** (pp. 31, 92) One of the two rays that form the angle.

**side of a polygon** (p. 195) See *polygon.*

**similar figures** (p. 34) Figures that have the same shape, but not necessarily the same size.

GLOSSARY

NTC-POL00027655

NWP_Rev_00003165