# EXHIBIT 11

Case 2:23-cv-00044-JRG    Document 62-12    Filed 05/16/24    Page 2 of 15 PageID #: 1096

# DRAM
## Circuit Design
### A TUTORIAL

## Brent Keeth • R. Jacob Baker



**IEEE Press Series on Microelectronic Systems**

Stuart K. Tewksbury and Joe E. Brewer, *Series Editors*

NTC-POL00027428

NWP_Rev_00006364

# DRAM CIRCUIT DESIGN

NTC-POL00027429
NWP_Rev_00006364

IEEE Press
445 Hoes Lane, P.O. Box 1331
Piscataway, NJ 08855-1331

**IEEE Press Editorial Board**
Robert J. Herrick, *Editor in Chief*

| | | |
|---|---|---|
| M. Akay | M. Eden | M. S. Newman |
| J. B. Anderson | M. E. El-Hawary | M. Padgett |
| P. M. Anderson | R. F. Hoyt | W. D. Reeve |
| J. E. Brewer | S. V. Kartalopoulos | G. Zobrist |
| | D. Kirk | |

Kenneth Moore, *Director of IEEE Press*
Catherine Faduska, *Senior Acquisitions Editor*
John Griffin, *Acquisitions Editor*
Robert H. Bedford, *Assistant Acquisitions Editor*
Surendra Bhimani, *Production Editor*

IEEE Solid-State Circuits Society, *Sponsor*
SSC-S Liaison to IEEE Press, Stuart K. Tewksbury

Cover design: William T. Donnelly, *WT Design*
Technical edits and illustrations: Mary J. Miller, *Micron Technology, Inc.*

**Technical Reviewers**
Joseph P. Skudlarek, *Cypress Semiconductor Corporation, Beaverton, OR*
Roger Norwood, *Micron Technology, Inc., Richardson, TX*
Elizabeth J. Brauer, *Northern Arizona University, Flagstaff, AZ*

**Books of Related Interest from the IEEE Press**

*Electronic and Photonic Circuits and Devices*
Edited by Ronald W. Waynant and John K. Lowell
A Selected Reprint Volume
1999      Softcover      232 pp      IEEE Order No. PP5748      ISBN 0-7803-3496-5

*EMC and the Printed Circuit Board: Design, Theory, and Layout Made Simple*
Mark I. Montrose
1999      Hardcover      344 pp      IEEE Order No. PC5756      ISBN 0-7803-4703-X

*High-Performance System Design: Circuits and Logic*
Edited by Vojin G. Oklobdzija
A Selected Reprint Volume
1999      Hardcover      560 pp      IEEE Order No. PC 5765      ISBN 0-7803-4716-1

*Integrated Circuits for Wireless Communications*
Edited by Asad A. Abidi, Paul R. Gray, Robert G. Meyer
A Selected Reprint Volume
1999      Hardcover      688 pp      IEEE Order No. PC5716      ISBN 0-7803-3459-0

*CMOS: Circuit Design, Layout, and Simulation*
R. Jacob Baker, Harry W. Li, David E. Boyce
1998      Hardcover      944 pp      IEEE Order No. PC5689      ISBN 0-7803-3416-7

NTC-POL00027430

NWP_Rev_00006364

# DRAM CIRCUIT DESIGN

## *A Tutorial*

**Brent Keeth**
*Micron Technology, Inc.*
*Boise, Idaho*

**R. Jacob Baker**
*Boise State University*
*Micron Technology, Inc.*
*Boise, Idaho*

IEEE Solid-State Circuits Society, *Sponsor*



**IEEE Press Series on Microelectronic Systems**

Stuart K. Tewksbury and Joe E. Brewer, *Series Editors*



**IEEE PRESS**

The Institute of Electrical and Electronics Engineers, Inc., New York

NTC-POL00027431

NWP_Rev_00006364

This book and other books may be purchased at a discount from the publisher when ordered in bulk quantities. Contact:

IEEE Press Marketing
Attn: Special Sales
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331
Fax: +1 732 981 9334

For more information about IEEE Press products, visit the IEEE Online Catalog & Store: http://www.ieee.org/ieeestore.

©2001 by the Institute of Electrical and Electronics Engineers, Inc.
3 Park Avenue, 17th Floor, New York, NY 10016-5997.

*All rights reserved. No part of this book may be reproduced in any form, nor may it be stored in a retrieval system or transmitted in any form, without written permission from the publisher.*

10    9    8    7    6    5    4    3    2    1

ISBN 0-7803-6014-1
IEEE Order No. PC5863

**Library of Congress Cataloging-in-Publication Data**

Keeth, Brent, 1960–
    DRAM circuit design : a tutorial / Brent Keeth, R. Jacob Baker.
        p. cm.
    "IEEE Solid-State Circuits Society, sponsor."
    Includes bibliographical references and index.
    ISBN 0-7803-6014-1
    1. Semiconductor storage devices Design and construction. I. Baker, R. Jacob, 1964–
II. Title

TK7895.M4 K425 2000
621.39'732--dc21

                                                                00-059802

NTC-POL00027432
NWP_Rev_00006364

Chapter

# 2

# The DRAM Array

This chapter begins a more detailed examination of standard DRAM array elements. This examination is necessary for a clear understanding of fundamental DRAM elements and how they are used in memory block construction. A common point of reference is required before considering the analysis of competing array architectures. Included in this chapter is a detailed discussion of mbits, array configurations, sense amplifier elements, and row decoder elements.

## 2.1 THE MBIT CELL

The primary advantage of DRAM over other types of memory technology is low cost. This advantage arises from the simplicity and scaling characteristics of its 1T1C memory cell [1]. Although the DRAM mbit is simple conceptually, its actual design and implementation are highly complex. Therefore, successful, cost-effective DRAM designs require a tremendous amount of process technology.

Figure 2.1 presents the layout of a modern buried capacitor DRAM mbit pair. (*Buried* means that the capacitor is below the digitline.) This type of mbit is also referred to as a *bitline over capacitor* (BOC) cell. Because sharing a contact significantly reduces overall cell size, DRAM mbits are constructed in pairs. In this way, a digitline contact can be shared. The mbits comprise an active area rectangle (in this case, an n+ active area), a pair of polysilicon wordlines, a single digitline contact, a metal or polysilicon digitline, and a pair of cell capacitors formed with an oxide-nitride-oxide dielectric between two layers of polysilicon. For most processes, the wordline polysilicon is silicided to reduce sheet resistance, permitting longer wordline segments without reducing speed. The mbit layout, as shown in Figure

**35**

NTC-POL00027479
NWP_Rev_00006364



**Figure 2.1** Mbit pair layout.

2.1, is essentially under the control of process engineers, for every aspect of the mbit must meet stringent performance and yield criteria.

A small array of mbits appears in Figure 2.2. This figure is useful to illustrate several features of the mbit. First, note that the digitline pitch (width plus space) dictates the active area pitch and the capacitor pitch. Process engineers adjust the active area width and the field oxide width to maximize transistor drive and minimize transistor-to-transistor leakage. Field oxide technology greatly impacts this balance. A thicker field oxide or a shallower junction depth affords a wider transistor active area. Second, the wordline pitch (width plus space) dictates the space available for the digitline contact, transistor length, active area, field poly width, and capacitor length. Optimization of each of these features by process engineers is necessary to maximize capacitance, minimize leakage, and maximize yield. Contact technology, subthreshold transistor characteristics, photolithography, and etch and film technology dictate the overall design.



**Figure 2.2** Layout to show array pitch.

NTC-POL00027480

NWP_Rev_00006364

Sec. 2.1   The Mbit Cell                                                37

At this point in the discussion, it is appropriate to introduce the concept of feature size and how it relates to cell size. The mbit shown in Figures 2.1 and 2.2 is by definition an eight-square feature cell ($8F^2$) [2][3]. The intended definition of feature (F) in this case is minimum realizable process dimension but in fact equates to a dimension that is one-half the wordline (row) or digitline (column) pitch. A 0.25 μm process having wordline and digitline pitches of 0.6 μm yields an mbit size that is

$$(8) \cdot (0.3 \ \mu m)^2 \ = \ 0.72 \ \mu m^2.$$

It is easier to explain the $8F^2$ designation with the aid of Figure 2.3. An imaginary box drawn around the mbit defines the cell's outer boundary. Along the x-axis, this box includes one-half digitline contact feature, one wordline feature, one capacitor feature, one field poly feature, and one-half poly space feature for a total of four features. Along the y-axis, this box contains two one-half field oxide features and one active area feature for a total of two features. The area of the mbit is therefore

$$4F \cdot 2F \ = \ 8F^2.$$

The folded array architecture, as shown in Figure 2.2, always produces an $8F^2$ mbit. This results from the fact that each wordline connects or forms a crosspoint with an mbit transistor on every other digitline and must pass around mbit transistors as field poly on the remaining digitlines. The field poly in each mbit cell adds two square features to what would have been a $6F^2$ cell. Although the folded array yields a cell that is 25% larger than other array architectures, it also produces superior signal-to-noise performance, especially when combined with some form of digitline twisting [4]. Superior low-noise performance has made folded array architecture the architecture of choice since the 64kbit generation [5].

A folded array is schematically depicted in Figure 2.4. Sense amplifier circuits placed at the edge of each array connect to both true and complement digitlines *(D and D*)* coming from a single array. Optional digitline pair twisting in one or more positions reduces and balances the coupling to adjacent digitline pairs and improves overall signal-to-noise characteristics [4]. Figure 2.5 shows the variety of twisting schemes used throughout the DRAM industry [6].

Ideally, a twisting scheme equalizes the coupling terms from each digitline to all other digitlines, both true and complement. If implemented properly, the noise terms cancel or at least produce only common-mode noise to which the differential sense amplifier is more immune.

NTC-POL00027481
NWP_Rev_00006364



**Figure 2.3** Layout to show $8F^2$ derivation.

Each digitline twist region consumes valuable silicon area. Thus, design engineers resort to the simplest and most efficient twisting scheme to get the job done. Because the coupling between adjacent metal lines is inversely proportional to the line spacing, the signal-to-noise problem gets increasingly worse as DRAMs scale to smaller and smaller dimensions. Hence, the industry trend is toward use of more complex twisting schemes on succeeding generations [6][7].

An alternative to the folded array architecture, popular prior to the 64kbit generation [1], was the open digitline architecture. Seen schematically in Figure 2.6, this architecture also features the sense amplifier circuits between two sets of arrays [8]. Unlike the folded array, however, true and complement digitlines $(D$ and $D^*)$ connected to each sense amplifier pair come from separate arrays [9]. This arrangement precludes using digitline twisting to improve signal-to-noise performance, which is the prevalent reason why the industry switched to folded arrays. Note that unlike the folded array architecture, each wordline in an open digitline architecture connects to mbit transistors on every digitline, creating crosspoint-style arrays.

NTC-POL00027482

NWP_Rev_00006364

Sec. 2.1    The Mbit Cell                                                                            39



**Figure 2.4** Folded digitline array schematic.

This feature permits a 25% reduction in mbit size to only 6F² because the wordlines do not have to pass alternate mbits as field poly. The layout for an array of standard 6F² mbit pairs is shown in Figure 2.7 [2]. A box is drawn around one of the mbits to show the 6F² cell boundary. Again, two mbits share a common digitline contact to improve layout efficiency. Unfortunately, most manufacturers have found that the signal-to-noise problems of open digitline architecture outweigh the benefits derived from reduced array size [8].

Digitline capacitive components, contributed by each mbit, include junction capacitance, digitline-to-cellplate (poly3), digitline-to-wordline, digitline-to-digitline, digitline-to-substrate, and, in some cases, digitline-to-storage cell (poly2) capacitance. Therefore, each mbit connected to the digitline adds a specific amount of capacitance to the digitline. Most modern DRAM designs have no more than 256 mbits connected to a digitline segment.

NTC-POL00027483
NWP_Rev_00006364



**Figure 2.5** Digitline twist schemes.

Two factors dictate this quantity. First, for a given cell size, as determined by row and column pitches, a maximum storage capacitance can be achieved without resorting to exotic processes or excessive cell height. For processes in which the digitline is above the storage capacitor (buried capacitor), contact technology determines the maximum allowable cell height. This fixes the volume available (cell area multiplied by cell height) in which to build the storage capacitor. Second, as the digitline capacitance increases, the power associated with charging and discharging this capacitance during Read and Write operations increases. Any given wordline

NTC-POL00027484
NWP_Rev_00006364

Sec. 2.1   The Mbit Cell                                                        **41**

essentially accesses (crosses) all of the columns within a DRAM. For a 256-Meg DRAM, each wordline crosses 16,384 columns. With a multiplier such as that, it is easy to appreciate why limits to digitline capacitance are necessary to keep power dissipation low.

   Figure 2.8 presents a process cross section for the buried capacitor mbit depicted in Figure 2.2, and Figure 2.9 shows a SEM image of the buried capacitor mbit. This type of mbit, employing a buried capacitor structure, places the digitline physically above the storage capacitor [10]. The digitline is constructed from either metal or polycide, while the digitline contact is formed using a metal or polysilicon plug technology. The mbit capacitor is formed with polysilicon (poly2) as the bottom plate, an oxide-nitride-oxide (ONO) dielectric, and a sheet of polysilicon (poly3). This top sheet of polysilicon becomes a common node shared by all mbit capacitors. The capacitor shape can be simple, such as a rectangle, or complex, such as concentric cylinders or stacked discs. The most complex capacitor structures are the topic of many DRAM process papers [11][12][13].



**Figure 2.6** Open digitline array schematic.

The ONO dielectric undergoes optimization to achieve maximum capacitance with minimum leakage. It must also tolerate the maximum DRAM operating voltage without breaking down. For this reason, the cell-plate (poly3) is normally biased at $+V_{CC}/2$ V, ensuring that the dielectric has no more than $V_{CC}/2$ V across it for either stored logic state, a logic one at $+V_{CC}/2$ V or a logic zero at $-V_{CC}/2$ V.

Two other basic mbit configurations are used in the DRAM industry. The first, shown in Figures 2.10, 2.11, and 2.12, is referred to as a *buried digitline* or *capacitor over bitline* (COB) cell [14][15]. The digitline in this cell is almost always formed of polysilicon rather than of metal.



**Figure 2.7** Open digitline array layout.
(Feature size (F) is equal to one-half digitline pitch.)

NTC-POL00027486
NWP_Rev_00006364

# DRAM Circuit Design
## A TUTORIAL

A volume in the IEEE Press Series on Microelectronic Systems
Stuart K. Tewksbury and Joe E. Brewer, *Series Editors*

More Dynamic Random Access Memory (DRAM) circuits are manufactured than any other integrated circuit (IC) in production today, with annual sales in excess of US $25 billion. In the last two decades, most DRAM literature focused on the user rather than the chip designer. This comprehensive reference makes DRAM IC design accessible to both novice and practicing engineers, with a wealth of information available in one volume.

*DRAM chips contain both analog and digital circuits, requiring a variety of skills and techniques* to accomplish a superior design. This easy-to-read tutorial covers transistor-level design of DRAM building blocks, including the array and architecture, voltage regulators and pumps, and peripheral circuits. *DRAM Circuit Design* will help the IC designer prepare for the future in which DRAM will be embedded in logic devices for complete systems on a chip.

Topics covered include:
- DRAM array
- Peripheral circuitry
- Global circuitry and considerations
- Voltage converters
- Synchronization in DRAMs

*DRAM Circuit Design* is an invaluable introduction for students, academics, and practitioners with a background in electrical and computer engineering. Applications engineers and practicing IC designers will develop a better understanding of the important facets of DRAM device structure across the board.

## About the Authors

**Brent Keeth** began his electrical engineering career designing radar subsystems for military applications and hybrid integrated circuits for avionics control systems. He went on to design baseband scrambling and descrambling equipment for the CATV industry and professional production and post-production video equipment for the broadcast television industry. Mr. Keeth, a principal fellow at Micron Technology, Inc., has engaged in the R&D of generations of CMOS DRAMs and currently performs extensive research in high-speed bus protocols and open standard memory design. He has served on technical program committees for both the IEEE International Solid-State Circuits Conference and the Symposium on VLSI Circuits. In addition, Mr. Keeth has reviewed numerous papers for the *Journal of Solid-State Circuits*. He holds over 60 U.S. and foreign patents.

**R. Jacob Baker** is an associate professor of electrical engineering at Boise State University and a senior design engineer at Micron Technology, Inc. At Boise State, Dr. Baker teaches courses and conducts research in CMOS analog and digital integrated circuit design, while at Micron Technology he designs circuits for emerging memory technologies and DRAM interfaces. He is a coauthor of the popular textbook *CMOS: Circuit Design, Layout, and Simulation* (IEEE Press, 1998). Dr. Baker holds 12 patents.

IEEE Press
445 Hoes Lane
P.O. Box 1331
Piscataway, NJ 08855-1331 U.S.A.
+1 800 678 IEEE (Toll free in U.S.A. and Canada)
or +1 732 981 0060

Shop at the IEEE Store! Visit http://www.ieee.org/ieeestore.

IEEE Order No. PC5863



ISBN 0-7803-6014-1
90000
9 780780 360143

NTC-POL00027640
NWP_Rev_00006364